UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VILLAGE OF STILLWATER, TOWN OF STILLWATER, TOWN OF WATERFORD, WATER COMMISSIONERS OF THE TOWN OF WATERFORD, VILLAGE OF WATERFORD, TOWN OF HALFMOON and COUNTY OF SARATOGA,

                     Plaintiffs,

- vs. -

GENERAL ELECTRIC COMPANY,

                     Defendant.

**STIPULATION AND ORDER OF PARTIAL DISMISSAL**

1:09-CV-00228, DNH-CFH

---

SARATOGA COUNTY WATER AUTHORITY,

                     Plaintiff,

v.

GENERAL ELECTRIC COMPANY,

                     Defendant.

1:11-cv-0006, DNH-CFH

---

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between the undersigned, the attorneys for plaintiffs Village of Stillwater, Town of Stillwater, Town of Waterford, Water Commissioners of the Town of Waterford, Village of Waterford ("Discontinuing Plaintiffs") and defendant General Electric Company ("Defendant"), that: (1) the above referenced cases were consolidated by Order dated February 15, 2011; (2) the action is not a class action, (3) a receiver has not been appointed, (4) the claims filed on behalf of the Discontinuing Plaintiffs are voluntarily discontinued pursuant to

compromise with Defendant and dismissed, in their entirety, with prejudice; and (5) each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER STIPULATED AND AGREED**, that the remaining plaintiffs to this action are the Town of Halfmoon, County of Saratoga and Saratoga County Water Authority, and that the caption of this case be, upon the Court's order, amended to the following caption reflecting the parties remaining in the case:

---

TOWN OF HALFMOON, COUNTY OF SARATOGA
and SARATOGA COUNTY WATER AUTHORITY,

*Plaintiffs,*

v.

GENERAL ELECTRIC COMPANY,

*Defendant.*

1:09-cv-00228 consolidated with 1:11-cv-0006, DNH-CFH

---

Dated: March 19, 2014

Donald W. Boyajian, Esq.
James R. Peluso, Esq.
Dreyer Boyajian LLP
*Attorneys for Plaintiffs Village of Stillwater, Town of Stillwater, Town of Waterford, Water Commissioners of the Town of Waterford, Village of Waterford, Saratoga County and Saratoga County Water Authority*
75 Columbia Street
Albany, NY 12210
Telephone: (518) 463-7784

Dated: ~~March~~ April 22, 2014

_____
Steven R. Kuney, Esq.
William J. Bachman, Esq.
Williams & Connolly, LLP
   *Attorneys for Defendant General Electric Co.*
725 Twelfth Street, N.W.
Washington, DC 2005
Telephone: (202) 434-5000

**SO ORDERED**

_____
**HON. DAVID N. HURD**