# Monsanto

**MONSANTO COMPANY**
ST. LOUIS, MISSOURI 63166

**DUPLICATE INVOICE**

| CUSTOMER'S ORDER NO | DATE ENTERED | DATE SHIPPED | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|
| .75150C879 IS 1 | 12-05-72 | 01-05-73 | 01-05-73 | 14-01-82947 |

**BILL TO:**
GENERAL ELECTRIC CO.
ATTN K.N. MCPHEE
JOHN STREET
HUDSON FALLS, N. Y. 12839

**SHIPPED TO:**
GENERAL ELECTRIC CO.
FT. EDWARD, N. Y.

**PAYMENT**
PLEASE MAKE CHECKS PAYABLE TO
**MONSANTO COMPANY**
MAIL TO P O BOX LISTED BELOW

MONSANTO COMPANY
BOX 8495
CHURCH ST STATION
NEW YORK N Y 10249

**MAIL INQUIRIES** — Customer Service Center - St. Louis
MONSANTO INDUSTRIAL CHEMICALS CO.
St. Louis, Missouri 63166

| FRT COLLECT | DELIVERY F O B | TERMS OF PAYMENT | SHIPPER NO |
|---|---|---|---|
| COL | AS INDICATED BELOW | NET 30 DAYS | 55.7535 |

| SHIPPED FROM | CAR NO/TT CARRIER | CUSTOMER SERVICE REPRESENTATIVE |
|---|---|---|
| SAUGET IL | MONX008612 | M MADDOX |

| ITEM | DESCRIPTION, PRICE & UNIT | | AMOUNT |
|---|---|---|---|
| 1 | 1 8000 GL TANK CAR | 96,300.00 LB | |
| | ARCCLOR 1016 AT .2050 | | 19,741.50 |
| | 1C40-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-47-06-S-02250A | | |
| | FOB SAUGET IL | 96,300.00 LB | |

THIS PRODUCT CONTAINS
POLYCHLORINATED BIPHENYLS
PCBS WHICH SOME STUDIES
HAVE SHOWN MAY BE PERSISTANT
AN ENVIRONMENTAL CONTAMINANT
AND POSSIBLY INJURIOUS TO
CERTAIN FORMS OF BIRD AQUATIC
AND ANIMAL LIFE. PREVENT ANY

ENTRY INTO THE ENVIRONMENT
THROUGH SPILLS LEAKAGE DIS
POSAL VAPOURISATION RE-USE
OF CONTAINERS OR OTHERWISE
SPILLS LEAKAGES AND WASTE
PRODUCT MUST BE COLLECTED
USE OF THIS PRODUCT MUST BE
RESTRICTED TO APPLICATIONS

PAGE 1

GENY 000648

TERMS AND CONDITIONS. NOTWITHSTANDING ANY INCONSISTENT OR ADDITIONAL TERMS THAT MAY BE EMBODIED IN YOUR PURCHASE ORDER, WE ACCEPT YOUR ORDER, SUBJECT ONLY TO THE TERMS OF THE WRITTEN CONTRACT BETWEEN US UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS, WE ACCEPT YOUR ORDER ONLY ON THE EXPRESS CONDITION THAT YOU ASSENT TO THE TERMS CONTAINED ABOVE AND ON THE REVERSE SIDE HEREOF, AND YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER SHALL CONSTITUTE ASSENT TO SUCH TERMS.

CONFIDENTIAL DOCUMENT
CONFIDENTIAL

GEHRV00065102
GEAUT-00636445

| | | | |
|---|---|---|---|
| **Monsanto** | **MONSANTO COMPANY**<br>ST. LOUIS, MISSOURI 63166 | | **DUPLICATE**<br>**INVOICE** |

| CUSTOMER'S ORDER NO | DATE ENTERED | DATE SHIPPED | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|
| 0751500679 IS 1 | 12-05-72 | 01-05-73 | 01-05-73 | 14-01-82947 |

| BILL TO | |
|---|---|
| | PAYMENT — PLEASE MAKE CHECKS PAYABLE TO: **MONSANTO COMPANY** MAIL TO P.O. BOX LISTED BELOW |
| SHIPPED TO | **MONSANTO COMPANY** |
| | MAIL INQUIRIES TO — Customer Service Center - St. Louis, MONSANTO INDUSTRIAL CHEMICALS CO, St. Louis, Missouri 63166 |

| FRT. PPD COLLECT | DELIVERY F.O.B. | TERMS OF PAYMENT | SHIPPER NO |
|---|---|---|---|
| COL | AS INDICATED BELOW | NET 30 DAYS | 5307335 |

| SHIPPED FROM | CAR NO/TT CARRIER | CUSTOMER SERVICE REPRESENTATIVE |
|---|---|---|
| SAUGET IL | MUNX008612 | W MADDOX |

| ITEM | DESCRIPTION, PRICE & UNIT | AMOUNT |
|---|---|---|
| | WHICH CAN BE CONTROLLED SO THAT ENTRY INTO THE ENVIRONMENT DOES NOT OCCUR AND TO APPLICATIONS IN WHICH IT CANNOT COME INTO CONTACT WITH FOOD ANIMAL FEEDSTUFFS OR PHARMACEUTICALS | |
| | PAGE 2 | 19,741.55 |

GENY 000650

TERMS AND CONDITIONS. NOTWITHSTANDING ANY INCONSISTENT OR ADDITIONAL TERMS THAT MAY BE EMBODIED IN YOUR PURCHASE ORDER, THE TERMS OF THE WRITTEN CONTRACT BETWEEN US UNDER WHICH YOUR ORDER IS PLACED. IF NO SUCH CONTRACT EXISTS, WE ACCEPT YOUR ORDER ONLY ON THE TERMS CONTAINED ABOVE AND ON THE REVERSE SIDE HEREOF, AND YOUR ACCEPTANCE AND RECEIPT OF THE GOODS SHIPPED HEREUNDER SHALL

CONFIDENTIAL DOCUMENT
CONFIDENTIAL

GEHRV00065103
GEAUT-00636446