1      KIRK WYE BROWN, Ph.D.

2          UNITED STATES DISTRICT COURT

       NORTHERN DISTRICT OF NEW YORK

3  ----------------------------------------------------------

   VILLAGE OF STILLWATER, TOWN OF STILLWATER,

4  TOWN OF WATERFORD, WATER COMMISSIONERS OF

   THE TOWN OF WATERFORD, VILLAGE OF WATERFORD,

5  TOWN OF HALFMOON and COUNTY OF SARATOGA,

6                          Plaintiffs,

7       -against-                1:09-CV-0228, DNH-DRH

8

   GENERAL ELECTRIC COMPANY, UNITED STATES

9  ENVIRONMENTAL PROTECTION AGENCY and LISA P.

   JACKSON, Administrator of the United States

10 Environmental Protection Agency,

11                         Defendants.

   ----------------------------------------------------------

12 SARATOGA COUNTY WATER AUTHORITY,

13                         Plaintiff,

14      -against-                1:11-CV-0006 DNH-DRH

15 GENERAL ELECTRIC COMPANY,

16                         Defendant.

   ----------------------------------------------------------

17

18        STENOGRAPHIC MINUTES OF VIDEOTAPED SWORN

19 TESTIMONY conducted of KIRK WYE BROWN, Ph.D., on the 16th

20 day of April 2014, at the offices of Dreyer Boyajian, 75

21 Columbia Street, Albany, New York, commencing at 9:06

22 a.m., before DIANE DALY-GAGE, a Shorthand Reporter and

23 Notary Public within and for the State of New York.

24

25 TSG Job #72747

1       KIRK WYE BROWN, Ph.D.

2   APPEARANCES:

3   On behalf of Plaintiffs Village of Stillwater,
    Town of Stillwater, Town of Waterford, Water

4   Commissioners of the Town of Waterford, Village of
    Waterford, County of Saratoga and Saratoga County

5   Water Authority:

6           DREYER BOYAJIAN
            75 Columbia Street

7           Albany, New York  12210
            BY:  DONALD BOYAJIAN, ESQ.

8

9

10  On behalf of Plaintiff Town of Halfmoon,

11          NOLAN & HELLER
            39 North Pearl Street

12          Albany, New York  12207
            BY:  PATRICK TEDESCO, ESQ.

13

14

15

16  On behalf of Defendant General Electric Company:

17          WILLIAMS & CONNOLLY
            725 Twelfth Street, NW

18          Washington, DC  20005
            BY:  NEELUM WADHWANI, ESQ.

19          -and-
            JONATHAN WILLIAMS, ESQ.

20

21

22

23

24

25  VIDEOGRAPHER:  DREA LEANZA

1        KIRK WYE BROWN, Ph.D.

2              S-T-I-P-U-L-A-T-I-O-N-S

3

4        It is hereby stipulated and agreed by and

5   between the attorneys for the respective parties hereto

6   that the sealing and filing of the Notary's oath be

7   waived; that the examination be conducted before Diane

8   Daly-Gage, a Shorthand Reporter and Notary Public in and

9   for the State of New York; that the filing of the

10  transcript of testimony in the Office of the Clerk of the

11  Court be waived; that all objections to questions, except

12  as to the form thereof, are specifically reserved to the

13  time of trial; and that the transcript of testimony may

14  be signed before any Notary Public or other officer

15  authorized to administer oaths.

16

17

18

19

20

21

22

23

24

25

1      KIRK WYE BROWN, Ph.D.

2      VIDEOGRAPHER:  This is the start of tape

3  labeled number one of the videotaped deposition

4  of Kirk Wye Brown, Ph.D., in the matter of

5  Village of Stillwater, et al, plaintiffs

6  against General Electric Company, defendant,

7  United States District Court, Northern District

8  of New York, case number 1:09-CV-00228 DNH-DRH.

9  This deposition is being held at Dreyer

10  Boyajian, 75 Columbia Street, Albany, New York

11  on April 16th, 2014 at approximately 9:06 a.m.

12      My name is Drea Leanza.  I am the legal

13  video specialist from TSG Reporting, Inc.

14  headquartered at 747 3rd Avenue, New York, New

15  York.  The court reporter is Diane Daly in

16  association with TSG Reporting.

17      Will counsel please introduce yourself.

18      MR. BOYAJIAN:  I'm Donald Boyajian from

19  Dreyer Boyajian on behalf of Saratoga County

20  and the Saratoga County Water Authority.

21      MR. TEDESCO:  Patrick Tedesco from Nolan

22  and Heller on behalf of the Town of Halfmoon.

23      MS. WADHWANI:  Neelum Wadhwani from

24  Williams & Connolly on behalf of General

25  Electric Company.

1          KIRK WYE BROWN, Ph.D.

2          MR. WILLIAMS:  And Jonathan Williams from

3     Williams & Connolly on behalf of General

4     Electric Company.

5          VIDEOGRAPHER:  Will the court reporter

6     please swear in the witness.

7   Thereupon,

8               KIRK WYE BROWN,

9     (having been first duly sworn by the Notary

10    Public, was examined and testified as follows:)

11         VIDEOGRAPHER:  Please proceed.

12  BY MS. WADHWANI:

13  Q    Good morning, Dr. Brown.

14  A    Good morning.

15  Q    As a prefatory statement I will tell you that I have

16    a little bit of a cold today.  So if you're having a

17    hard time hearing me, especially through my scratchy

18    voice, I apologize.  Please just ask me to speak up

19    and I will do so.

20              You've been deposed before?

21  A    I have.

22  Q    How many times?

23  A    Oh, it's near 100.

24  Q    When was the last time you were deposed?

25  A    It's on my resume.  It was late last year.

1          KIRK WYE BROWN, Ph.D.

2  Q   Okay.  Since you've been deposed well over a hundred

3      times if it's okay with you I'll skip over the

4      preamble about how this will work.  I'm sure you

5      know that very well.

6              When were you first engaged to work on the

7      matter in this case?

8  A   I was first engaged back in 2009.

9  Q   2009 did you say?

10 A   Yes.

11 Q   And at that time in 2009 what was the nature of your

12     engagement?

13 A   I was asked to look at the dredging, potential

14     dredging, I was engaged before the dredging, the

15     potential impact of the dredging on the PCB

16     concentrations in the river.

17 Q   Who were you engaged by?

18 A   Boyajian.

19 Q   Dreyer Boyajian?

20 A   Yes.

21 Q   Was it Mr. Don Boyajian sitting here today?

22 A   Yes.

23 Q   And were you retained on behalf of any particular

24     municipality or entity?

25 A   There were a group of them but I don't know whether

1       KIRK WYE BROWN, Ph.D.

2       that's changed over time.  Stillwater, Waterford are

3       the two that stick out in my mind.

4   Q   Okay.  I see that you've brought some materials with

5       you today.

6   A   Right.

7   Q   What did you bring?

8   A   I brought a copy of my report, rebuttal report,

9       other people's reports, rebuttal reports in this

10      case.  I also brought the references that I used in

11      my report.  So I have the references, in some cases

12      not the whole thing, but the excerpts from them.  I

13      brought papers -- one of the problems that we've had

14      was we were looking at papers concerning what was

15      known when about the movement of groundwater, the

16      modeling of groundwater and things of that nature

17      and that work was done particularly at the Hanford

18      site, among others, but there was a lot done at the

19      Hanford site.  And some of those papers made it into

20      my report, but because of the age of the papers,

21      it's been difficult to get them.  Since then I've

22      gotten a few more.  So I brought that to disclose

23      that for you.

24  Q   And let me ask you a question there about those

25      papers related to the Hanford site.  Did you have

1            KIRK WYE BROWN, Ph.D.

2        those papers with you when you formed your opinions

3        in this case?

4    A   Those are cited in my report I had at the time.

5        But since you have to get these off of interlibrary

6        loan and microfiche, some came in later and I just

7        wanted to be sure that you had the complete package.

8    Q   I appreciate that.  My question to you is, the ones

9        that came in later had you read those later articles

10       prior to submitting your expert report in this case?

11   A   No, I didn't have them at that time.

12   Q   And did you have those articles prior to submitting

13       your rebuttal report in this case?

14   A   One or two of them came in in between, but I would

15       have difficulty sorting out that.

16   Q   If you look through those could you tell me which

17       ones came in between your expert report and your

18       rebuttal report?

19   A   No, I couldn't tell you.

20   Q   Did you read and rely upon the one or two articles

21       related to the Hanford site that came in subsequent

22       to your original report but before your rebuttal

23       report in drafting your rebuttal report?

24   A   No, I did not.  And then to complete the response to

25       your question, I brought in a few documents that

1                    KIRK WYE BROWN, Ph.D.

2       deal with statistical analysis that I did of some of

3       the data and some excerpts of transect studies, some

4       information on sediment traps, machines and also a

5       series of memos and internal memos and other

6       correspondence concerning the notice of violations

7       and the response to those by the GE employees.

8   Q   Okay.  What we'll probably do is at a break I'll

9       take a look at these and we'll probably mark some.

10      But for now I'd like you just to set those aside and

11      at any point during my questioning if you want to

12      look at those, you should feel free to do so.

13              I'm going to go ahead and mark exhibits

14      one, two and three right now.  Exhibit 1 is the

15      expert report of Kirk Wye Brown dated

16      September 13th, 2013.

17          (Brown Exhibit 1 was marked for

18          identification.)

19          MS. WADHWANI:  I'm going to mark as

20          Exhibit 2 the expert rebuttal report of Dr.

21          Brown, dated February 14th, 2014.

22          (Brown Exhibit 2 was marked for

23          identification.)

24          MS. WADHWANI:  And we're going to mark as

25          Exhibit 3 what was handed to me this morning by

1          KIRK WYE BROWN, Ph.D.

2          Mr. Peluso and represented to be an update of

3          your resume, Dr. Brown; is that correct?

4     A    That's correct.

5          (Brown Exhibit 3 marked for identification.)

6     BY MS. WADHWANI:

7     Q    Dr. Brown, can you please confirm that the two

8          exhibits we marked as Brown Exhibit 1 and Brown

9          Exhibit 2 are the expert witness report and the

10         expert rebuttal report that you have submitted in

11         this case?

12    A    Yes, they are.

13    Q    Focusing on Brown Exhibit 1, your expert report in

14         this case, could you please turn to page 13?

15    A    Yes.

16    Q    Section 1.3 states that your hourly rate of

17         compensation in this case is $300 per hour for

18         non-testimony time, and $350 per hour for testimony

19         time.  Are those statements factually correct?

20    A    Yes.

21    Q    I saw in your report that you're an independent

22         consultant; is that right?

23    A    That's correct.

24    Q    Does that mean that you don't work for any company

25         presently?

KIRK WYE BROWN, Ph.D.

1

2  A    That's right.

3  Q    You work for yourself?

4  A    Right.

5  Q    How many non-testifying hours have you spent working

6       on this engagement?

7  A    A little bit over 100.  Now, let me also, sort of

8       full disclosure, I have a man who works with me on

9       this.

10 Q    What's the name of that gentleman?

11 A    Mike Goladay, G-O-L-A-D-A-Y.

12 Q    Do you know how many hours Mr. Goladay has worked?

13 A    I do not, but we could look at the billing through

14      what was billed.

15 Q    Okay.  Do you have a best approximation of how many

16      hours Mr. Goladay has worked?

17 A    More than I have.

18 Q    Besides Mr. Goladay did you hire, retain any other

19      person to assist you with work on this matter?

20 A    Did retain -- actually Mike did, a graduate student

21      to run the statistical analysis that I relied on.

22 Q    And what's the name of this graduate student?

23 A    Oh, boy, I don't recall.

24 Q    And what's the statistical analysis that this person

25      performed?

1                    KIRK WYE BROWN, Ph.D.

2    A    Ran a regression analysis on the concentrations

3         measured at several locations in the Hudson River,

4         concentrations of PCBs.

5    Q    Do you know when this statistical analysis was

6         performed?

7    A    Not specifically.  It was before the -- before the

8         report.

9    Q    Do you know where that data concerning the PCB

10        concentrations in the river was derived from?

11   A    Yes.  From the EPA databank.

12   Q    Do you know what years were used?

13   A    Yes.  2004 through 2013.

14   Q    When did Mr. Goladay start working on this matter?

15   A    2009.

16   Q    And what has been the nature, generally speaking, of

17        the work he has assisted you with?

18   A    Well, initially we were in the process of preparing

19        I believe it was an affidavit before there was a

20        settlement reached concerning the possibility of

21        replacing the water supplies during dredging.  That

22        was the initial activity.

23   Q    A settlement with whom?

24   A    I'm not clear on who the settlement was, but my

25        understanding was that there was an agreement that

1          KIRK WYE BROWN, Ph.D.

2      EPA would provide all the water or pay for if

3      necessary during that period.

4  Q   And for whom -- scratch that.

5          With whom was this settlement reached?

6          MR. BOYAJIAN:  Objection.  Asked and

7      answered.

8  A   Yeah.  I don't know the details of that.

9  Q   You don't know which municipality or entity received

10     the water supplies during that settlement?

11 A   I don't know what the details of that are.  No.

12 Q   Okay.  Did you know at the time?

13 A   No.

14 Q   What else has Mr. Goladay done to assist you in your

15     engagement in this matter?

16 A   Moving forward then once we were given the current

17     assignment which was to write a report.  He gathered

18     the literature and does all the electronic

19     communication on it.  He also drafted parts of the

20     report.

21 Q   Okay.  Sitting here today do you recall which parts

22     of the report that Mr. Goladay drafted or which

23     sections, subject matters?

24 A   Yeah.  We worked together on it and discussed it

25     back and forth.  And he generally after our

1                KIRK WYE BROWN, Ph.D.

2     discussions writes it up, gets the references

3     together to support it and then I review it, revise

4     it as I want.  I also tell him what points I want to

5     make and what references we ought to use for them,

6     that type of thing.  We've been doing this for 15

7     years together.  He was my graduate student at one

8     time, so we make a rather effective team at putting

9     these things together.

10   Q   Did you supervise Mr. Goladay's dissertation?

11   A   I did.

12   Q   What was the topic of his dissertation?

13   A   Oh, boy, I don't recall.  It's been too far back and

14     I've supervised so many that I don't recall.

15   Q   Was Mr. Goladay in the department of agronomy at

16     Texas A&M when he received his dissertation?

17   A   He was at that time, yes.

18   Q   And he received his dissertation from Texas A&M?

19   A   It's a master's degree.

20   Q   A master's degree, I apologize.  Thank you.

21   A   Yes.

22   Q   Do you know if Mr. Goladay went on and received a

23     Ph.D.?

24   A   He did not.

25   Q   Besides Mr. Goladay and yourself did anyone else

KIRK WYE BROWN, Ph.D.

2      draft segments of your expert rebuttal report or

3      your expert report?

4  A    No.

5  Q    Did you review and approve the final versions of

6      your report before they were submitted to GE on your

7      behalf?

8  A    Oh, yes.

9  Q    Can you please turn to page eight of your original

10     report that we've marked as Exhibit 1.  In Section

11     1.0 at the top of page eight of your initial report

12     it's entitled Introduction.  Do you see that?

13  A    Yes.

14  Q    And in this section you identified the topics you

15     were asked to opine about in this matter for

16     purposes of this report in letters A through D.

17     Does Section 1.0 accurately set forth the topics you

18     were asked to provide opinions on in this case?

19  A    Yes.  For the report.

20  Q    What do you mean by that?

21  A    Well, once it came to the rebuttal report, than that

22     expanded somewhat because we were then responding to

23     other experts' reports.

24  Q    For purposes of your expert report that you

25     submitted on September 13, 2013 the topics listed in

1          KIRK WYE BROWN, Ph.D.

2      A through D are the topics for which you were asked

3      to provide opinions on; correct?

4  A   Correct.

5  Q   And so is it fair to say that in short you were

6      asked to provide opinions concerning the impact of

7      PCBs on the Hudson River, the impacts of PCBs on the

8      public water systems that rely upon the Hudson for

9      potable water and the impacts of PCBs upon the

10     exposure of residents and communities along the

11     Hudson?

12 A   Yes.

13 Q   And what do you mean here in this Section 1.0 by

14     impacts?

15 A   Essentially how it altered the, and it changes

16     somewhat from one to another, but how the PCBs

17     altered the concentration of PCBs in the river and

18     how they were partitioned between, for instance oil

19     settlement in the river and the water, which isn't

20     specifically mentioned there.  Well, the water is

21     the second one.  And then how that would've impacted

22     the drinking water.

23 Q   Okay.  And when you say how the PCBs altered the

24     concentrations in the water, the concentrations of

25     what?

1                    KIRK WYE BROWN, Ph.D.

2    A    Of PCBs.

3    Q    So I'm a little confused now.

4    A    Well, what we were looking at is the PCBs were

5         released into the river, they're partitioned into

6         various components, the sediments, the oils, and

7         then that impacts what the concentrations are going

8         to be in the water.

9    Q    Okay.  You said just a moment ago that what you mean

10        by impacts changes a little bit for each of these

11        topics that you've listed here in Section 1.0.  So

12        looking first at Section A, what do you mean by the

13        impacts of PCBs released by the General Electric

14        Company facilities on the oil, sediments, channel

15        and river banks of the Hudson River?

16   A    What I mean is how the released PCBs changed the

17        concentration in these segments, the oil and

18        sediment and then the water.  So once they were

19        released into the river, how did they partition to

20        these different components.

21   Q    Just so I'm clear then.  For Section A you looked at

22        how once the PCBs made their way into the river they

23        partitioned into various aspects of the river, soils

24        versus sediments versus the flowing water?

25   A    Right.

1        KIRK WYE BROWN, Ph.D.

2   Q   Thank you.  And for Section B what do you mean by

3       impacts in this statement?

4   A   Here how what the concentrations were in the water.

5       So their release impacted the concentration in the

6       water is a better way to look at it perhaps.

7   Q   Okay.  I'm still a little confused as to what

8       precisely we're looking at.  PCBs released into the

9       water.  Were you looking at the impact on

10      concentrations over time of PCBs in the Hudson

11      River?

12  A   Yes.

13  Q   Was there a specific time period that you were

14      looking at?

15  A   Essentially the time period for which there's data

16      available.

17  Q   And what periods were those?

18  A   Well, samples were started back in the late '60s

19      early '70s.  Data was sporadic.  And then of course

20      much more concentrated once we got into the 2006,

21      2007 timeframe.

22  Q   What were the sources of the data that you looked at

23      concerning PCB concentrations in the river?

24  A   It was collected by the New York State Health

25      Department, it was collected by the EPA and then

1                   KIRK WYE BROWN, Ph.D.

2       ultimately it was collected by GE and their

3       contractors.

4 Q    Turning to Section C, impacts in this section means

5       what?

6 A    Means how did the concentrations in the water impact

7       the concentrations that were being picked up by the

8       water supply systems.

9 Q    And what did you conclude with regard to that?

10 A    Well, certainly that the PCBs were being picked up

11       by the water supply systems.

12 Q    Which water supply systems were you looking at?

13 A    Halfmoon, Waterford, Stillwater and yeah, I lost the

14       fourth one in my mind.  There are four of them.  For

15       some reason I'm drawing a blank on it.  I'll come up

16       with it in a bit.

17 Q    Okay.  If you remember you can let me know.  What

18       kind of impact did you conclude occurred with those

19       public water systems?

20 A    Well, certainly the PCBs were being picked up and

21       were present in the water supply systems.

22 Q    Do you recall what concentrations those PCBs were

23       present at in the water systems?

24            MR. BOYAJIAN:  Objection to form.

25 A    Not without looking back at the data.

1            KIRK WYE BROWN, Ph.D.

2  Q   Do you recall what timeframes you saw these PCBs in

3      the water supply systems?

4  A   It would've been in the 2008, 2009 timeframe.

5  Q   Okay.  And any other timeframe?

6  A   Not that I recall.

7  Q   In Section D here what do you mean by impacts?

8  A   Well, once they get into the water system then

9      they're going to be distributed to the residents who

10     drink them.  So it's a matter of the health risks to

11     those residents.

12 Q   When you say once they get into the water system,

13     are you referring to PCBs?

14 A   Yes.

15 Q   And what water system are you referring to?

16 A   The water systems in question in this case, the

17     Stillwater, Halfmoon, Waterford.

18 Q   Okay.  Are you aware that the Waterford plaintiffs

19     and the Stillwater plaintiffs have settled their

20     claims with the General Electric Company?

21 A   I am.

22 Q   So is it your intent to provide any opinions related

23     to the claims brought by the Stillwater plaintiffs

24     and the Waterford plaintiffs in this case?

25 A   No.  And I got my mind around the fourth plaintiff,

KIRK WYE BROWN, Ph.D.

1

2    and that is the County of Saratoga and their water

3    supply district.

4  Q   Okay.  Are you referring to the Saratoga County

5    Water Authority?

6  A   Yes.

7  Q   Do you know when the Saratoga County Water Authority

8    went on line?  When it first started serving water?

9  A   I don't have an exact date in mind.  It was in late

10    2010s.  We don't have a name for that decade.

11  Q   2010 does that sound right?

12  A   Well, right.

13  Q   Do you have an understanding of where the Saratoga

14    County Water Authority draws its raw water from?

15  A   Yes.

16  Q   What is your understanding?

17  A   Above the location where the river was polluted.

18  Q   Okay.  Do you know specifically that location?

19  A   Yes.  Moreau.

20  Q   Moreau?

21  A   Moreau, yes.

22  Q   And so what impacts of PCBs were you looking at

23    related to Saratoga County Water Authority?

24  A   Well, they had to make a decision as to where they

25    were going to take their water from the river.  And

1        KIRK WYE BROWN, Ph.D.

2        the impact is that the presence of PCB influenced

3        their decision to take the water out above the

4        contamination.

5    Q   How do you know that?

6    A   Reading the reports that were done on the water

7        systems.

8    Q   Which reports?

9    A   There were a series of reports going all the way

10       back to '95 in which they were aware and mentioned

11       that the PCBs were consideration in where they

12       should get their water as they began to look at

13       water sources to supply the county.

14   Q   Okay.  In your original report here do you provide

15       any opinions to the effect of what you just stated

16       about the Saratoga County Water Authority?

17   A   No.

18   Q   Looking at part D you also state here that you're

19       looking at the impacts of PCBs released by the

20       General Electric Company facilities on the

21       continuing exposure of residents of the communities

22       along the Hudson River to PCBs.  What do you mean by

23       exposure here?

24   A   Well, exposure via drinking water, but their

25       exposure by other avenues certainly.  Contamination

1                    KIRK WYE BROWN, Ph.D.

2          of the air, contamination of fish in the river.

3    Q    But for part D when you use the word exposure, you

4          were referring to the drinking water?

5    A    That was a primary exposure, but there are others.

6    Q    In preparing your initial report that we've marked

7          as Exhibit 1 did you communicate either in writing

8          or in conversation with either -- I'm sorry, with

9          any of the other plaintiffs' experts in this case?

10   A    No, I did not.

11   Q    How about as you prepared your rebuttal report that

12         we marked as Exhibit 2, did you communicate with any

13         of the other plaintiffs' experts in this case?

14   A    I did not.

15   Q    In preparing either of your reports did you review

16         any of the other reports by plaintiffs' experts in

17         this case?

18   A    Yes.

19   Q    Whose reports did you review?

20   A    I reviewed the reports of, and I have them right

21         here.  That's the best way to do it.  Johnson,

22         Shifrin, Warner and Connolly.

23   Q    And so you just mentioned --

24                   MR. BOYAJIAN:  Go ahead.  You're going

25              follow-up?

1       KIRK WYE BROWN, Ph.D.

2    Q   Yeah.  You just mentioned experts who are defense

3        experts.  Is that your understanding?

4    A   Yes.  Right, right.

5    Q   And I want to get to that but my question to you

6        was -- we'll start again.

7            In preparing your original expert report

8        that we are marked as Exhibit 1, did you review any

9        of the other reports prepared by plaintiffs' experts

10       in this case?

11   A   No.

12   Q   In preparing your rebuttal report did you review any

13       of the reports by plaintiffs' experts in this case,

14       either rebuttal or initial reports?

15   A   Not that I recall.

16   Q   Are you relying on any of the opinions expressed by

17       any of the other plaintiffs' experts in this case?

18   A   No.

19   Q   Now, sorry to cut you off earlier when you were

20       telling me the reports that you had reviewed that

21       were defense expert reports.  Did you have

22       additional ones?

23   A   The four that I mentioned were the ones that I

24       reviewed.

25   Q   Did you review those in preparation for your

1                    KIRK WYE BROWN, Ph.D.

2          rebuttal report?

3     A    Yes.

4     Q    Did you attend the deposition of Robert Michaels

5          yesterday?

6     A    I did.

7     Q    Did you attend the entire deposition?

8     A    No.

9     Q    What time did you leave the deposition,

10         approximately?

11    A    Approximately an hour before it was over is my

12         understanding.

13    Q    Do you remember what time of day you left?

14    A    It would have been approximately 3:30.

15    Q    Did you find it helpful to attend Mr. Michaels

16         deposition in preparation for your own today?

17              MR. BOYAJIAN:  Objection to the form.

18    A    It may be.  We'll find out.

19    Q    When you left yesterday did you find that experience

20         to have been helpful in your preparation for today's

21         deposition?

22              MR. BOYAJIAN:  Objection to the form.

23    A    It didn't impact it one way or the other.  I still

24         did my preparation.

25    Q    Did Mr. Michaels state any opinions at his

1                  KIRK WYE BROWN, Ph.D.

2       deposition with which you disagreed?

3                  MR. TEDESCO:  Objection to form.

4    A    No.

5    Q    Did you discuss Dr. Michaels testimony with him at

6         any point during his deposition or breaks during his

7         deposition?

8    A    No.

9    Q    Did you discuss Mr. Michaels testimony with him

10        after his deposition was completed?

11   A    No.

12   Q    Was yesterday the first time that you met

13        Mr. Michaels?

14   A    Yes.

15   Q    Are you relying on any opinions expressed by any

16        experts in this case about whether the use of the

17        Hudson River as a source of drinking water will pose

18        health risks to the citizens of Halfmoon after the

19        dredging project is over?

20   A    I guess the question kind of depends on whether or

21        not they will continue -- they'll go back to using

22        the water from the Hudson River after the dredging

23        project is over.

24   Q    Why does your response to whether you're relying on

25        any opinions expressed by other experts depends on

1              KIRK WYE BROWN, Ph.D.

2       whether Halfmoon goes back to using the Hudson River

3       as their drinking water source?

4              MR. BOYAJIAN:  Objection to the form.

5    A  Well, if they don't go back to using it then the

6       questions is answered.  They won't have continuing

7       health impacts.  If they do go back to using it in

8       my opinion they will have then continuing exposure

9       which could have health -- adverse impacts on their

10      health.

11   Q  Okay.  My question to you, Dr. Brown, is -- let's

12      start this way.  You have looked at some number of

13      expert reports in this case other than your own;

14      correct?

15   A  Right.

16   Q  And of the expert reports that you have looked at

17      are you relying on any opinions contained within

18      those reports about whether the Hudson River will

19      pose health risks to the citizens of Halfmoon if

20      they go back to using the Hudson River?

21             MR. BOYAJIAN:  Objection to the form.

22   A  No, I'm not relying on other experts for that.  I

23      have my own opinion on that.

24   Q  Okay.  And what is your opinion on that?

25   A  That they will continue to suffer exposure and

1          KIRK WYE BROWN, Ph.D.

2      health risks if they go back to using the river

3      water.

4  Q    When you say they will continue to suffer exposure

5      what do you mean by that?

6  A    Well, they've already been exposed over time.

7  Q    And it's your opinion that if the Town of Halfmoon

8      goes back to using the Hudson River its customers

9      will be further exposed to PCBs?

10 A    Yes.

11 Q    And it's also your opinion that if the Town of

12     Halfmoon goes back to using the Hudson River that

13     its customers will be at risk of adverse health

14     effects?

15 A    Yes.

16          MR. TEDESCO:  Object to the form.

17 Q    And what's the basis of your opinion that there's a

18     risk of adverse health effects to the customers of

19     the Town of Halfmoon if they use the Hudson River?

20 A    Ingestion of PCB contaminated water increases the

21     probability of cancer and other health risks.

22 Q    And how do you know that?

23 A    From reading the literature, from my studies, from

24     my awareness of this problem for decades.

25 Q    What literature have you looked at?

1        KIRK WYE BROWN, Ph.D.

2  A   Well, certainly the most recent one was the

3      International Agency on Research on cancer made a

4      statement.  But I've followed carefully over the

5      years the various sets of data that are utilized to

6      determine whether a chemical is a potential

7      carcinogen or whether it's a carcinogen, and I know

8      that process well.  Actually, I've been a reviewer

9      for the ATSDR for making that determination on

10     certain chemicals.

11 Q   Are you a toxicologist, Dr. Brown?

12 A   I have not -- I don't have a degree in toxicology,

13     but I have in fact worked on various components of

14     toxicology over the years.

15 Q   Over the years have you worked on components of

16     toxicology related to human health risks associated

17     with PCBs?

18 A   Not specifically PCBs, but I have worked on many

19     other chemicals.

20 Q   But not PCBs?

21 A   Not PCBs.

22 Q   Are you an epidemiologist?

23 A   No.

24 Q   Do you have epidemiological training?

25 A   No.

1                   KIRK WYE BROWN, Ph.D.

2    Q    Have you published any articles on the human health

3         effects of PCBs in peer reviewed literature?

4    A    I have not.

5    Q    So following up on this discussion we've been

6         having.  Can you turn to page 44 please of your

7         original report which we marked as Exhibit 1.

8    A    Yes.

9    Q    I'll be there in a second.  And I'm looking at

10        specifically here at Section 4.11 entitled

11        Alternative Water where you state that, "It is your

12        opinion that until all of PCBs already in the river

13        in the sources of PCBs still entering the river have

14        been identified and removed including those in the

15        well field at Stillwater, an alternative water

16        source that is proven and reliable must be available

17        to the Village of Stillwater and Towns of Waterford

18        and Halfmoon to protect against the risk of

19        unacceptable amounts of PCBs threatening the water

20        supplies."  Now, we've already discussed that

21        insofar as your opinions here are towards the claims

22        of the Stillwater plaintiffs and the Waterford

23        plaintiffs, you won't be offering those opinions at

24        trial; correct?

25   A    That's correct.

KIRK WYE BROWN, Ph.D.

1

2   Q   So focusing on the Town of Halfmoon.  Is it your
3       opinion that until there are zero PCBs in the river
4       it is unsafe for the Town of Halfmoon to provide
5       drinking water through its water treatment plant to
6       its customers?
7   A   Yes.
8   Q   Do you have an opinion as to when Halfmoon's
9       exposure to PCBs started?
10              MR. TEDESCO:  Objection to the form.
11  A   I'd have to look back at the record.
12  Q   What do you need to look back at?
13  A   I have to look back at something that said when
14      their water supply system was constructed.
15  Q   Is it your opinion that as soon as the Town of
16      Halfmoon built their own water treatment plant and
17      started using it, they were exposed to PCBs?
18              MR. TEDESCO:  Objection to the form.
19  A   Once they began drawing from the river and supplying
20      that water, yes, I believe people would have been
21      exposed to PCBs.
22  Q   Okay.  Were you aware that prior to the Town of
23      Halfmoon using their own water treatment plant with
24      an intake in the Hudson River, that the Town of
25      Halfmoon had obtained water from Waterford?

                         KIRK WYE BROWN, Ph.D.

1

2    A    Yes.

3    Q    And do you know what Waterford's source of drinking

4         water was that was providing to Halfmoon?

5    A    My understanding was it was the Hudson River.

6    Q    Is it your opinion then that when the customers of

7         the Town of Halfmoon were taking water from

8         Waterford, which was coming from the Hudson River,

9         that the customers of the Town of Halfmoon were

10        exposed to PCBs at that point?

11             MR. BOYAJIAN:  Note my objection to the

12        form.

13   A    Yes.

14   Q    Do you know when the Town of Halfmoon entered into

15        its contract with Waterford to take water from

16        Waterford?

17             MR. TEDESCO:  Objection to the form.

18   A    I don't have a -- I know that transition happened,

19        but I don't know the date.

20   Q    If I represent to you that it was in the early '80s,

21        my recollection is 1981, although I could be wrong,

22        but it was in the early 1980s, do you have any

23        reason to disagree with that?

24   A    No.

25   Q    So is it your opinion that the residents of the Town

1                    KIRK WYE BROWN, Ph.D.

2         of Halfmoon have been exposed to PCBs since the

3         early 1980s?

4                    MR. BOYAJIAN:  Objection to the form.

5    A    Yes.

6    Q    I'd like to turn now, and this will be a little bit

7         of a juggling act, to your resume, which is appended

8         to the back of your original report that we've

9         marked as Exhibit 1, in appendix one to that report,

10        along with your updated supplement to your resume

11        that we've marked as Exhibit 3.  Looking at

12        Exhibit 1 in appendix one, this first document is

13        your resume; correct?

14   A    That's correct.

15   Q    And subject to the supplement that you provided this

16        morning, is everything else in this resume current

17        as far as you know?

18   A    Yes.

19   Q    On the first page of your resume you list here areas

20        of expertise.  Is this a fair and accurate statement

21        of your expertise?

22   A    Yes.

23   Q    Is this section called areas of expertise fully

24        inclusive of the areas of your expertise or are

25        there other areas of expertise that are not stated

1        KIRK WYE BROWN, Ph.D.

2    here?

3  A  Well, there's always you know interpretation of that

4     and expansion of that.  For instance, I've listed

5     toxicity and risk assessment of soils, and I would

6     add water to that.  So there's some things that I

7     might if I updated it add to it or.

8  Q  And that's what I'm trying to get at, is what would

9     you add to it?  You've told me that you would add

10    water to your expertise on toxicity of soils.  And

11    is the entry that you're specifically thinking of

12    the toxicity and risk phase assessment of soil

13    contaminates to plant and animals or are you

14    thinking of a different --

15 A  Well, plant, animals and humans.

16 Q  Okay.  So you would add humans to that?

17 A  Yes.

18 Q  And what soil contaminants are you specifically

19    referring to here?

20 A  Essentially it's a very long list.  Inorganic

21    contaminants, metals, salts and then organic

22    contaminants.  I've studied all kinds of the impact

23    and what happens, fate and transport of what happens

24    to all kinds of organic chemicals, pesticides, oils,

25    organic chemicals, manufactured chlorinated organic

1          KIRK WYE BROWN, Ph.D.

2      chemicals.  A whole series of things.  In fact I

3      wrote a book for the EPA in the early '80s on how

4      these chemicals behave in the soil and how they

5      would enter the groundwater and how they would enter

6      the air from the soil.

7   Q  Are there any other areas of expertise that are not

8      included here in your resume that you would include

9      if you were updating it?

10  A  I don't here include expertise on DNAPLs, but that

11     certainly falls within the fate and transport and

12     movement in the soil, in the bedrock underneath the

13     soil, how they get from one location to another.

14     That would be another thing that I would add.

15  Q  Okay.  Anything else?

16  A  Not that I can think of at this time.

17  Q  Is there anything relevant to the opinions you're

18     offering in this case that is not included in your

19     resume?

20          MR. BOYAJIAN:  Objection to the form.

21  A  I don't believe so.

22  Q  Subject to the additions that you just discussed

23     concerning your areas of expertise, does this

24     section called Area of Expertise accurately and

25     completely describe your expertise for purposes of

1              KIRK WYE BROWN, Ph.D.

2        consultings, including litigation?

3    A    Yes, with the amendments that I made.

4    Q    Okay.  In your areas of expertise you don't list or

5         hold yourself out as an expert in the fate and

6         transport the PCBs in surface waters; correct?

7    A    Not specifically surface waters.  But the

8         distinction here is not very great because what

9         one's looking at is surface waters are just -- you

10        can look at them as soils with just a whole lot more

11        water in them.  So when you look at the chemistry of

12        them and how things partition and how they move, so

13        you're right, I didn't specifically list surface

14        waters.  But that's one that certainly could be

15        added.  I've done that in other cases.

16   Q    Is it your opinion that the fate and transport of

17        PCBs through surface waters behaves exactly like the

18        fate and transport of PCBs in soils?

19             MR. BOYAJIAN:  Objection.  Misstates the

20             witness's testimony.

21   A    No.  I didn't say exactly.  I'm saying the same --

22        some of the same relationships are used to describe

23        how the chemicals partition between the sediments,

24        the oils that are in the system and the water.  The

25        movement is controlled differently because now we

1           KIRK WYE BROWN, Ph.D.

2       have velocity of water flowing, erosion and that

3       type of thing, and certainly I've studied those in

4       other contexts.

5   Q   What other contexts have you studied those?

6   A   Well, I've worked in -- I studied the movement of

7       PCBs in particular in the Delaware River.  That was

8       for a particular litigation case, Metal Banks.

9   Q   Maybe I can orientate you towards that in your

10      listing here.  And I'm going to use the listing in

11      your original supplement, but if there's something

12      in your original resume which you supplemented

13      relevant to that case, will you point me to it?

14  A   I shall.

15  Q   Okay.  So on let's see here, if we look at page 11

16      of your original report.

17  A   Yes.

18  Q   It says in the last paragraph towards the bottom

19      that...

20              MR. BOYAJIAN:  I just want to make sure

21          that I'm looking at the right thing just before

22          you proceed.  Not in the appendix.  On the

23          body.

24              MS. WADHWANI:  Yeah, page 11 of the body.

25              MR. BOYAJIAN:  Okay.  Thank you.

1              KIRK WYE BROWN, Ph.D.

2    BY MS. WADHWANI:

3    Q    The last sentence of page 11 that bleeds over onto

4         page 12 says, "I have studied the partitioning of

5         PCBs into non-aqueous phase liquids associated with

6         the Delaware River at the Metal Bank of America

7         Superfund site in addition to the fate and transport

8         of PCB containing oils in the mud flats and river

9         banks of the Delaware River."  Is that what you were

10        just referring to?

11   A    Yes.

12   Q    And what specifically were you studying here?

13   A    Metal Banks had a piece of property which was

14        actually filled into the Delaware River, kind of a

15        peninsula stuck out into it.  And they were a metal

16        recyclers.  So what they did was they were breaking

17        and opening transformers at that location in order

18        to recover the metals.  And the PCBs were either

19        spilled or escaped from them onto the soil.  And

20        then some of them, very low concentrations, bled

21        into the Delaware River.  And then I also looked at

22        the other sources of PCBs in the Delaware River at

23        that point.  There were some up-gradient sources

24        from some creeks, there were also immediately south,

25        so down-gradient.  There was a source meaning right

1          KIRK WYE BROWN, Ph.D.

2          next to the peninsula, there was a drain that was

3          bringing water in that had PCBs in it.  And so I was

4          trying to look at the relative contribution of these

5          various sources.

6     Q    And so was the work that you describe here on pages

7          11 and 12 of your original report part of your work

8          in 2001 and 2002 on the United States versus Union

9          Corp. Metal Bank and Con Ed of New York case that

10         you listed on page 24 of the appendix two to your

11         original report?

12    A    Yes.

13    Q    Now, you note in the appendix that you were retained

14         in that case by the defendants.  Were you retained

15         by both Metal Bank and Con Ed of New York or just

16         one of them?

17    A    I believe just Metal Bank.

18    Q    And what were your opinions in that case?

19    A    My opinions were that the site did contribute to PCB

20         loaded in the river, but the concentrations that

21         were being released from the site were far lower

22         than the concentrations which already were in the

23         river.  So in fact the contribution was diluting

24         what was already in the river.

25    Q    How did you arrive at that conclusion?

KIRK WYE BROWN, Ph.D.

1

2   A   Essentially doing calculations as to the amount that

3       was being discharged from the other sources as well

4       as the amount being discharged from this source.

5   Q   And how were you able to calculate the various

6       amounts being discharged across the different

7       sources?

8   A   The flow rates and the drainage rates were used in

9       the concentrations.

10   Q   The flow rates of what?

11   A   Of the streams entering that had PCBs in them and

12       then the draining drape from the Metal Bank site.

13   Q   And what kind of information did the flow rates give

14       you that allowed you to arrive at your opinion?

15   A   The mass that was entering the system.

16   Q   And I see that you were deposed in that case as

17       well; correct?

18   A   I was, yes.

19   Q   And that that testimony took place in May 2002?

20   A   Yes.

21   Q   And that you also provided trial testimony later in

22       2002?

23   A   Yes.

24   Q   At deposition or at trial did you offer any opinion

25       in the case in addition to the ones that we've

1          KIRK WYE BROWN, Ph.D.

2     already discussed?

3  A   I'd have to go back and look at it.  I don't recall.

4  Q   Were there any opinions that you offered in your

5     reports or in your deposition in that case that you

6     were not permitted to testify to at trial by the

7     court?

8  A   Not that I recall.  No.

9  Q   Since your work on that case in 2002 have you

10    provided any consulting outside of this matter

11    related to PCBs?

12 A   I've done consulting on other cases where PCBs were

13    involved, other locations that didn't turn into

14    cases.  They were either settled or for some other

15    reason.  But I've worked on other sites where PCBs

16    had been a consideration.

17 Q   And was your consultancy work at those sites

18    specific to PCBs or were PCBs just part of the

19    issues that were going on and you were working on

20    the other issues?

21 A   PCBs were part of the issues.

22 Q   Okay.  And those were part of the issues that you

23    were specifically engaged to work upon?

24 A   Right.

25 Q   Can you tell me about those projects?

1                    KIRK WYE BROWN, Ph.D.

2    A    The one that comes to mind is the Krejci site in

3         Ohio.

4    Q    What was going on with that site?

5    A    It was a site where I believe it was a drum recycler

6         and they had spilled things around and PCBs on the

7         soil, and PCBs were among them.  And the question

8         was what was the risk, how should it be cleaned up,

9         who was responsible.

10   Q    And were those the three questions that you were

11        specifically looking at?

12   A    That's what I was looking at.  Yes.

13   Q    Were you looking at any other questions related to

14        PCBs for the Krejci site?

15                   MR. BOYAJIAN:  Objection to the form.

16   A    Movement, how far they move, and what the risk was

17        of them moving off site.

18   Q    And what was the environmental media in which the

19        PCBs were moving?

20   A    That was soil.

21   Q    And what did you ultimately conclude?

22   A    We did the study and we were working towards a

23        report and then they settled, so we never really got

24        there.

25   Q    Okay.  Any other projects that you've worked on

KIRK WYE BROWN, Ph.D.

1

2      related to PCBs besides the Krejci site, the Metal

3      Bank case and this case?

4   A  No.  Those are the three projects that I recall.

5      They've been peripheral in many other sites that

6      I've worked on, because I worked on a couple dozen

7      Superfund sites and PCBs often show up.  But none

8      that really stick out where that was the focus.

9   Q  Okay.  Do you have any background in chemical

10      engineering?

11  A  Yes.

12  Q  Are you licensed as a chemical engineer?

13  A  I'm not.

14  Q  What's your background in chemical engineering?

15  A  I've taken courses, graduate courses in chemical

16      engineering.

17  Q  You took those as part of your graduate work?

18  A  I did, yes.  And they were very valuable to me

19      throughout my career.

20  Q  Have you had any training or courses since your

21      graduate time in chemical engineering?

22  A  No.

23  Q  What about environmental engineering, did you take

24      any courses as part of your graduate work in

25      environmental engineering?

KIRK WYE BROWN, Ph.D.

1

2   A   When I was a student there were no courses in

3       environmental engineering.  In fact I developed some

4       of the courses in environmental studies that

5       engineers took.

6   Q   What courses did you develop?

7   A   I developed a course in the land disposal of waste.

8   Q   Okay.

9   A   That was taken by engineers.

10  Q   Any other courses that you developed?

11  A   Remediation of contaminated land.

12  Q   Anything else?

13  A   Those are the two.

14  Q   And when did you teach these courses, what

15      timeframe?

16  A   In the late '70s through 2000.

17  Q   Okay.  And going back for a moment to the Krejci

18      site.  When was the work that you did for that

19      performed?

20  A   I believe it would have been the late 1990s or early

21      2000s.  But in that timeframe.

22          MS. WADHWANI:  Okay.  Why don't we take a

23      break.

24          VIDEOGRAPHER:  One moment please.  Off the

25      record at 10:06 a.m.

1                    KIRK WYE BROWN, Ph.D.

2           (There was a short recess in the proceedings.)

3               VIDEOGRAPHER:   On the record at 10:22 a.m.

4    BY MS. WADHWANI:

5    Q    Dr. Brown, I just want to quickly look with you at

6         Exhibit 3 that we marked today, which was the

7         supplement to your resume and appendix one that you

8         brought in, and it looks like the supplement, the

9         supplement of the testimony that you've provided?

10   A    Yes.  An update of it.

11   Q    Could you tell me specifically what was updated

12        here?

13   A    Specifically on page five the case that's listed is

14        number 84 in August, deposition in August of 2013.

15   Q    Have you provided an expert report in that case?

16   A    Yes.  And that is probably also listed -- well, I

17        know I did an expert report in that case.

18   Q    Sure.  Can you just summarize for me quickly what

19        the nature of the opinions are in this case, Burnia

20        versus, is that pronounced Fluor?

21   A    Yes, Fluor.  This is a case involving lead

22        contamination, and lead and soils.  And my testimony

23        was concerning the concentration -- how the -- what

24        the sources of that lead would've been and the

25        concentrations and then how they would be taken up

1                      KIRK WYE BROWN, Ph.D.

2       by children in residence in that area.

3    Q   And by taken --

4    A   How they would be exposed.

5    Q   And when you say how they would be exposed, what

6        does that mean?

7    A   Well, the ingestion of soil and exposure to dust.

8    Q   Are you, strike that.

9                Have you offered any opinions in that case

10       related to the potential health effects upon those

11       children of exposure to lead?

12   A   Yes.

13   Q   What's the nature of those opinions?

14   A   Well -- and my problem is I've given several

15       testimonies on that topic.  There's good evidence

16       that ingestion of lead contaminated soils has an

17       inverse -- adverse impact on an individual's IQ.

18   Q   And is that the nature of your testimony in this

19       case?

20   A   Yes.

21   Q   This Burnia case.  Okay.  Do you have an

22       understanding as to whether the Hudson River was

23       considered a safe source for drinking water in the

24       1990s and 2000s before dredging began?

25                MR. BOYAJIAN:  Objection to the form.  You

KIRK WYE BROWN, Ph.D.

1
2          can answer.

3    A     I know it was being used.  I'm not aware of the

4          considerations of that at that -- prior to dredging.

5          I know there were PCBs in it, I know there were

6          certainly detections of PCBs in some of the drinking

7          water sources.  Some of the drinking water supplies

8          I should say.  And when I got involved in the case a

9          major emphasis was what would happen during

10         dredging.

11   Q     I take it from your earlier testimony that you

12         disagree that the Hudson River was a safe source of

13         drinking water in the 1990s and 2000s?

14   A     I do.

15   Q     Do you remember what concentrations were that you

16         saw in the 1990s of PCBs in the Hudson River?

17              MR. TEDESCO:  Objection to the form.

18              MR. BOYAJIAN:  Objection.

19   BY MS. WADHWANI:

20   Q     You can answer.

21   A     Yeah, there were a variety of concentrations that I

22         saw.  Some of them as high as a thousand.

23   Q     From the 1990s?

24   A     Yes.

25   Q     Can you please turn in your original report that

KIRK WYE BROWN, Ph.D.

1

2     we've marked as Exhibit 1 to page 19?

3  A  Yes.

4  Q  And the first opinion that you offer in this report

5     is in Section 1 entitled PCBs Longevity and

6     Lifetime; correct?

7  A  Yes.

8  Q  And your opinion states, "It is my opinion that any

9     PCBs remaining in the river environment will impact

10     all forms of life in the river ecosystem, including

11     the inhabitants that live along the river and those

12     in the municipalities that rely on the Hudson River

13     below Fort Edward as a source of water." Can you

14     explain what you mean here?

15  A  Well, the PCBs are long-lived compounds. So they're

16     going to be persistent in this environment. And

17     they are distributed throughout the ecosystem so

18     that they're in the algae, they're in the benthic

19     organisms, they're in the fish as well as being in

20     the water, the sediments, the river bank sediments,

21     the flood plains, the air, these evaporate into the

22     air. So anyone living along the river certainly has

23     potential for exposure, and then those drinking from

24     the river, using the river as water source could be

25     exposed.

1                    KIRK WYE BROWN, Ph.D.

2    Q    And what do you mean by impact here?

3    A    Impact -- what I mean is an adverse impact, that

4         they're going to have some deterioration of the

5         systems because of the presence of the PCBs.

6    Q    Of what systems?

7    A    Well, the ecosystem and certainly in situations

8         where these are then concentrated, for instance, in

9         the fish, have adverse impact there as well as

10        people who consume the fish.

11   Q    And what kind of deterioration?

12   A    The ecosystem, when these type of chemicals are

13        released in the ecosystem not only are they taken up

14        but there are changes in growth pattern and that

15        type of thing that are not normal.

16   Q    Growth pattern of what?

17   A    Well, I haven't studied the literature throughly in

18        that area, but it's my understanding that the

19        ecosystem is deteriorated when it's contaminated

20        with chemicals of this nature, PCBs.

21   Q    The entire ecosystem or what specifically?  I'm just

22        trying to understand your opinion.

23   A    Well, components of it.  Certainly the higher ends

24        of fish are deteriorated.

25   Q    And by deteriorated you mean they're physically

KIRK WYE BROWN, Ph.D.

2      deteriorating or there are less?  The population has

3      gone down?  I'm trying to understand what you mean

4      by deteriorated here in this context.

5   A  That's what I'm saying, the population has gone

6      down, they don't grow as well, they don't reproduce

7      as well.

8   Q  And what is the impact on the municipalities that

9      rely on the Hudson River below Fort Edward as a

10     source of water?

11            MR. TEDESCO:  Objection.

12  A  Well, those who are drinking the water, then the

13     PCBs are deposited in their body where they

14     accumulate in fatty tissues.

15  Q  Which tissues do they accumulate in?

16  A  Lipophilic tissue, lipids.  So they're in the

17     lipids, the fats.

18  Q  In your opinion what's the effect of this lipophilic

19     accumulation?

20  A  Well, a couple of things.  One is once it's in the

21     body it accumulates, and not -- very little of it is

22     excreted.  So you get a lifetime accumulation of

23     these chemicals.  So it's cumulative.  And that has

24     adverse impacts on various end points for health,

25     including cancer, hormone behavior and that type of

1           KIRK WYE BROWN, Ph.D.

2      thing.  And then the other thing is that it can then

3      be excreted through breast milk to infants.

4  Q    To your understanding has anyone in this case

5      brought a claim alleging that they have been

6      diagnosed with cancer as a result of PCB exposure?

7           MR. BOYAJIAN:  Objection to the form.

8  Q    You can answer.

9  A    I'm not aware of individual toxic tort lawsuits.

10          MR. BOYAJIAN:  Well, just for the record,

11          this case doesn't involve any natural persons.

12          They're municipalities.

13          MS. WADHWANI:  I understand what this case

14          involves.

15          MR. BOYAJIAN:  Okay.

16  BY MS. WADHWANI:

17  Q    To your knowledge has anyone in the Town of Halfmoon

18      been diagnosed with cancer as a result of PCB

19      ingestion?

20          MR. TEDESCO:  Objection.

21          MR. BOYAJIAN:  Objection to the form.

22  A    I've not looked into that.

23  Q    So sitting here you don't know either way --

24  A    Yes.

25  Q    -- about the human health effects of PCB ingestion,

KIRK WYE BROWN, Ph.D.

1    if any, upon the customers of the Town of Halfmoon's

2    water?

3    

4         MR. TEDESCO:  Object to the form.

5    A    Not on those individuals.  But I do know that from

6         toxicological studies the ingestion of PCB increases

7         the risk.  So their risk -- they've been impacted in

8         the sense that their risk has to get cancer, for

9         instance, has been increased by ingesting the PCB

10        contaminated water.

11   Q    By what fold has their cancer risk been increased?

12        MR. TEDESCO:  Objection to the form.

13   A    I've not done a calculation of that.

14   Q    Okay.  What would you need to do to develop such a

15        calculation?

16   A    You'd have to look at the data over time as to what

17        the concentration trends were.

18   Q    Concentration trends in what?

19   A    Well, in the water.

20   Q    The finished drinking water?

21   A    Yes.  And also then you would want to add in other

22        exposure pathways, the air, fish consumption,

23        exposure to the flood plain, that type of thing to

24        do a risk assessment.  Then you could come to a

25        calculation.

1           KIRK WYE BROWN, Ph.D.

2    Q    Would you also have to know what an individual's PCB

3         body burden was?

4    A    That's another way of going at it, but I have not.

5         I don't have experience in that area.

6    Q    Okay.  And what's the basis for your opinion here in

7         Section 4.1?

8    A    Well, one basis is that once its in the river, those

9         that are trapped in the river...

10   Q    By trapped you mean PCBs?

11   A    PCBs.  In the sediment and the oils that are in the

12        sediment, they're going to last for a very long

13        time.  So if this was just a flush and it all flowed

14        down the river, the problem would be over.  But

15        these things are in the river, they're also still in

16        the bedrock, they're also still in the soils at the

17        plant sites.  The contaminants that are in the

18        soils, the PCBs that are in the soils, and the PCBs

19        that are in the groundwater at the sites and in the

20        DNAPL at the sites, which is a component of

21        groundwater, will continue to be a source into the

22        river.  So we have ongoing sources and we have

23        sources that already have been disbursed down the

24        river.  Those are going to be very long-term.  So

25        that's one part of the component because in order to

1          KIRK WYE BROWN, Ph.D.

2      get harm, it's concentration over time.  So there's

3      the time factor.  So that's one basis.

4  Q    I'm sorry just to interrupt.  What do you mean that

5      in order to get harm it's concentration over time?

6  A    Well, if you have a very short exposure to

7      something, then since these are accumulated in the

8      body, you get body burden.  Well, a very short

9      exposure will increase your body burden a little

10     bit.  But since you have -- people who would be

11     drinking water or living near the water will be

12     exposed over a period of time.  That's where you get

13     the large buildups and concentration in your body

14     and the greatest harm.

15 Q    Okay.  So over what period --

16              MR. BOYAJIAN:  I don't think the witness

17          was done with his prior answer.  So...

18 Q    I apologize.

19 A    I was done.

20              MR. BOYAJIAN:  Okay.  I'll take your word

21          for it that you were done.

22 A    Sure.

23 Q    I thought you were done too, but I apologize if I

24     interrupted you.

25              What levels of PCBs does one have to be

1                    KIRK WYE BROWN, Ph.D.

2         exposed to to create the risk of harm?

3                    MR. BOYAJIAN:   Objection to the form.

4    A    In my view any exposure increases your risk of harm.

5    Q    And what's the basis for that view?

6    A    The MCL Goal is set at zero.  And the reason why the

7         MCL Goal is set at zero is there's no known

8         concentration, low concentration at which there's no

9         harm detected.  So the concentration that you want

10        to be exposed to is zero.

11   Q    You think that any concentration over zero PCBs

12        carries with it the risk of cancer?

13   A    I do.

14   Q    What other adverse effects, risk of adverse effects

15        do you think any exposure to PCBs above zero

16        carries?

17   A    Besides risk of cancer?

18   Q    Correct.

19   A    There are a whole series of adverse effects that

20        have been listed.  But you know some of them are

21        found at higher concentration levels.  And I haven't

22        made a study as to how low they would go, but there

23        was this horrible instance in Japan where people

24        consumed PCBs because it was mixed with the oil they

25        were using to cook with.

KIRK WYE BROWN, Ph.D.

1

2  Q    Is that the Yusho incident that you're referring to
3       in the late '60s?

4  A    Yes, right.  And they list about 20 things that
5       happened to people who did that, pigment change in
6       their skin and acne type exposures on their skin and
7       that type of thing.  But that was a single high-dose
8       exposure.  I don't have the expertise to say how far
9       down you have to go for those type of things to
10      happen.  But I do know that there are other adverse
11      impacts at some exposure level.

12 Q    Okay.  Do you know what levels of PCBs one has to be
13      exposed to to increase their risk of cancer?

14 A    Well, I already said that I think anything over
15      zero.

16 Q    Okay.

17 A    And the reason I think that is because it only takes
18      the alteration of one chemical reaction in your body
19      to be impacted by one molecule of PCB to cause a
20      change which can lead to cancer.

21 Q    So then what is that interplay between your view
22      that any exposure over zero PCBs can increase the
23      risk of cancer with your view concerning the
24      short-term exposure versus long-term exposure?

25 A    Well, I'm saying in the short-term exposure you get

1                    KIRK WYE BROWN, Ph.D.

2       a whole list of other problems, a short high-dose

3       exposure.  But any exposure increases your risk of

4       cancer in my view.

5    Q  Okay.  Are there specific medical or scientific

6       articles you're relying upon for that view?

7    A  There are articles that I've read and rely on.  I

8       can't pull the author and the dates up at this time.

9       But certainly the recent statement from the cancer

10      research group International Agency Research on

11      cancer, supports that opinion.

12   Q  Are you talking about the 2013 IRC statement?

13   A  Yes.

14   Q  Any other bases for your opinion here in 4.1 on page

15      19 of your original report?

16   A  I think we've covered them pretty well.

17   Q  Okay.  If you could turn please to page 26.

18   A  Yes.

19   Q  And I'm looking here at your opinion, 4.3, entitled

20      Dredging Failure.  And you state here that, "It is

21      my opinion that even with re-dredging it is unlikely

22      that all certification units in Phase 2 will meet

23      the residual standard for closure of the

24      certification units."  Correct?

25   A  Right.

1          KIRK WYE BROWN, Ph.D.

2    Q    What's the basis for your opinion here?

3    A    Well, first of all, as it was pointed out by, I'm

4         not sure I'm pronouncing this right, Doody.

5    Q    That's the correct pronunciation.  It's D-O-O-D-Y.

6    A    Okay.  He says that even with careful operations

7         you're going to leave some behind.  And we certainly

8         saw that in Phase 1 where the certification, many of

9         the -- well, a majority of the certification units

10        were above the standard that was set one milligram

11        per kilogram.  So then they went in and covered them

12        with a cap.  And so you leave these behind.  In my

13        view caps are own temporary solutions.  They will

14        erode away over time.  So those even in the

15        certification units, anything left there is still a

16        source that can come into the river.

17   Q    Okay.

18   A    The other thing about covering them, they're

19        covering them with a layer of sand and then rock.

20        There is water exchanged between the sand and the

21        rock.  The PCBs that remain in the sediment will

22        slowly partition into the water and diffuse up

23        through the sand around become part of the river.

24        So they will be -- they will eventually erode away,

25        most of them in my opinion, but even without that

1          KIRK WYE BROWN, Ph.D.

2    erosion they will be a continuing source of PCBs

3    into the river water.

4    Q    And the erosion, are you referring here to the

5         capping?

6    A    The capping, yes.  So the capping is not PCB proof

7         and it's only temporary.

8    Q    Okay.  Do you think that General Electric has

9         engaged in carefully operations in its execution of

10        the dredging project so far?

11             MR. BOYAJIAN:  Objection to the form.

12   A    It's my view that dredging is a difficult thing to

13        do, and that there's no way you're going to get it

14        all.  As far as careful operations, that's a

15        relative thing.  I'd like to think they're doing

16        their best to try to get it out of the river.

17   Q    Do you have any reason to believe GE is not doing

18        its best?

19   A    As far as removal I think they're trying to remove

20        it.  As far as what's going on after -- during and

21        after removal, I think they're doing some things

22        that are wrong, that misrepresent what's actually

23        going on.

24   Q    Such as?

25   A    I think the biggest problem is the -- their

KIRK WYE BROWN, Ph.D.

1
2    redeposition studies.  Certainly during Phase 1 the
3    redeposition studies I think were perfectly done.
4    You put pans out there and catch it, and then you
5    know what's being redeposited.  In Phase 2 they've
6    changed their sampling method.  Instead of setting
7    pans out, they're taking a 5-centimeter layer of
8    soil before and sometimes it wasn't exactly before,
9    it was three days after they started, but the idea
10   take a 5-centimeter sample before and after dredging
11   downstream of the site where you're not dredging,
12   and then from that calculate well, how much did the
13   concentration increase over that dredging time.
14   That's a completely wrong way of doing that.
15   Q    Why is that in your opinion?
16   A    Because you're mixing anything that came in was
17   deposited from dredging with that that's already
18   there and you'll never be able to detect an increase
19   by that method.
20           Let me lay it out for you a little bit
21   clearer.  During Phase 1 the pans downstream of
22   dredging were catching sediment that was as high as
23   120 or more milligrams per kilogram in the sediment
24   that deposited right after dredging.  Now, if you
25   take a 5-centimeter layer of soil and it has

1                 KIRK WYE BROWN, Ph.D.

2  20-milligrams per kilogram and then you dredge and

3  them come back and right next it take another

4  sample, hopefully not in the same hole, but right

5  next to it take another sample, you'll have the

6  original 20-milligrams per kilogram, and the

7  deposition of that that came out of the dredging,

8  the maximum of which was 120, the average was down

9  more like 40, so you put a very thin layer of 40 on

10 the top and then you take a 5-centimeter sample and

11 instead of that being a concentration of 20 that you

12 started with, it's something like 20.0 or 20.2.  And

13 so you're diluting this higher concentration that

14 came in with the stuff that was there originally,

15 and as a result you'll never be able to show whether

16 or not dredging redeposited on that sample, because

17 statistically you can't see that number.

18        So the way to do it is the pans, I guess

19 they didn't like the result, so then they went to

20 this system where they're diluting anything that's

21 redeposited, and now they're saying, well, nothing

22 of significance is redeposited.  They got the data

23 in Phase 1 and I think that's the reliable way of

24 doing it.  I don't believe the data from Phase 2.

25        So to answer -- back where we started, I

KIRK WYE BROWN, Ph.D.

1

2      think they're doing what they can to dredge it.

3      It's not easy.  And they are removing PCBs from the

4      river, and we could talk about whether or not we

5      think that's appropriate.  But I think they're

6      misleading people on what's being transported

7      downstream and what's being redeposited downstream.

8  Q   Do you know why GE conducted the Phase 2 downstream

9      deposition studies in the way it did?

10 A   I haven't traced that back.

11 Q   Do you know whether the EPA accepted the data from

12     the Phase 2 downstream deposition studies?

13 A   They may have, but that doesn't give it credibility

14     if the method is wrong.  Just because the EPA

15     accepted it or even approved the method, that

16     doesn't carry any water with me.

17 Q   So you criticize the downstream deposition studies?

18 A   Yes.

19 Q   And are you aware that there was coring of the

20     Hudson River in Phase 1 dredged areas prior to the

21     start of dredging?

22 A   Yes.

23 Q   And that concentrations of PCBs were measured in

24     those sediment cores prior to the start of dredging?

25 A   Yes.

1          KIRK WYE BROWN, Ph.D.

2    Q    And so why can't you use these background cores as a

3         comparator against what was taken to determine

4         downstream deposition studies after dredging had

5         occurred?

6    A    Well, first of all, the system is very heterogenous.

7         So if you take a core and you move over a foot and

8         you take another core, you're going to get different

9         answers.  So you can't go back to the same location

10        and say this was our baseline.  You got to do it by

11        some kind of a big averaging system.  And that

12        doesn't really give you an answer because the

13        variability is so great.  So there's no good way to

14        go from those cores to cores later on or samples

15        later on and say look, there's been a change or

16        look, there's not been a change.  It's just too much

17        dilution and too much heterogeneity to be able to do

18        that.

19   Q    Do you have any other criticisms of the way that GE

20        has conducted the dredging operations?

21   A    Well, I said I didn't -- you know, I wasn't

22        criticizing their dredging operations.  I was

23        criticizing how they presented what happened during

24        and after dredging.  You know you could look at it,

25        and certainly the committee that looked at it after

1                    KIRK WYE BROWN, Ph.D.

2        the initial dredging Phase 1, they made a batch of

3        recommendations.  I thought those recommendations

4        were well put.  I guess the other criticism is that,

5        you know, they are discharging more downstream than

6        was originally hoped or originally planned for.  So

7        they changed those standards and upped them.  It

8        kind of goes back to it's a difficult process.  It's

9        sloppy.  There's no way to make it not sloppy.

10   Q   Dredging in general is a sloppy process?

11   A   Dredging in general is a sloppy process.  And

12       initially when I was brought on this case I was

13       asked to form opinions on dredging, and my opinion

14       was that you shouldn't do it because they're in

15       place and they're being released slowly.  And if you

16       did it, it's going to impact the drinking water

17       sources downstream.  Well, that came to fruition.

18   Q   So you disagree with the EPA's decision to order

19       dredging?

20   A   I don't disagree with it.  My point is that once

21       they decided to dredge, they should've immediately

22       provided everybody with an alternative water source.

23   Q   Why is that?

24   A   Because there's no question in my mind, once you

25       started dredging, the concentrations go up.  And

KIRK WYE BROWN, Ph.D.

certainly the data support that, during dredging and
then sporadic occasions, high flow in particular.
Between dredging we still have these high
concentrations.

Q   And when you say high concentrations, what do you
mean?

A   We've had concentration over 500.

Q   Do you know how many times there were concentrations
over 500 during Phase 1?

A   I didn't count them.

Q   Do you know during any point in dredging how many
times the 500-parts per trillion standard has been
exceeded?

A   Again, I didn't count them.  But you know, 500 is in
my view an artificial number anyway.  It has no
meaning for risk assessment.

Q   Why is that?

A   Well, the risk assessment for PCBs that should've
been used to set the standard results in a
concentration of 34-micrograms per liter.

Q   Why do you think that's the appropriate level?

A   That's the level that the EPA used to set the risk
for most hazardous substances.  One excess cancer
per million.  And that's the risk that they

1           KIRK WYE BROWN, Ph.D.
2       should've used.  But the problem is number one,
3       analytical capabilities are not good enough to
4       consistently have samples analyzed at that level.
5       And number two, to get there would have cost a lot
6       of money and time.  And so they set an arbitrary
7       number.
8   Q   You think the EPA set an arbitrary number?
9   A   It's definitely an arbitrary number.  It has no
10      relation to risk assessment.
11  Q   You understand that the federal MCL standard for
12      drinking water of PCBs is 500-parts per trillion;
13      correct?
14  A   Yes, that's what I just said.  And I disagree with
15      that.  And the idea is that hopefully eventually
16      they will revise that to the appropriate number.
17  Q   And you understand that the New York State
18      Department of Health regulations set 500-parts per
19      trillion as the standard for drinking water?
20  A   That's one interpretation.  They've also set a 90
21      part per trillion for waters that would be
22      discharged into the state and have also indicated to
23      communities that 90 is the appropriate number to use
24      for drinking water.
25  Q   What's your understanding of what the 90-part per

1          KIRK WYE BROWN, Ph.D.

2     trillion standard is trying to achieve?

3     A     Minimize the pollution of water.

4     Q     Of all waters?

5     A     Well, that's set for surface waters and groundwater.

6     Q     And do you have an understanding of the purpose

7           behind setting 90-parts per trillion as the water

8           quality?

9     A     It's to be more protective than the 500.

10    Q     More protective for what purposes?

11    A     For protecting the waters of the state so they can

12          be used for drinking.

13    Q     Is it your understanding that that's a drinking

14          water standard?

15    A     It's a discharge standard.  And so you can interpret

16          it, you know, if they don't want you drinking -- if

17          they don't want you discharging more than 90, it

18          kind of implies that they're trying not to allow

19          that source to be contaminated more than 90 because

20          they want it that way for drinking water.  So it's

21          kind of a roundabout way.  But part of it in my view

22          is to protect drinking water.

23    Q     And do you know for a fact that that's why New York

24          State set a 90-parts per trillion standard for water

25          quality?

1                 KIRK WYE BROWN, Ph.D.

2              MR. BOYAJIAN:  Objection to the form.

3   A    I don't know.  I haven't dug back into that to know

4        why they did it.  But certainly everything I've read

5        indicates that that's what their objective was.

6   Q    Here on page 26 under 4.3 Dredging Failure I'm

7        looking at the second full paragraph at the end

8        where you cite some statements from Mr. Doody in

9        2001, specifically the last sentence which reads,

10       "The residuals left behind after dredging may be at

11       a higher concentration and more bioavailable than

12       before dredging resulting in increased risk."  Do

13       you know if it is in fact happened during the

14       dredging of the Hudson River that the residuals are

15       at higher concentrations and more bioavailable than

16       before dredging?

17  A    Well, certainly if you look at the redeposition

18       samples from Phase 1, which as I said I believe were

19       taken appropriately, there are the concentrations

20       that were found right on the surface where the

21       chemicals would be more bioavailability -- more

22       bioavailable, would result in increased risk.

23  Q    Are the residuals left behind after dredging at

24       higher concentrations then they were prior to

25       dredging?

KIRK WYE BROWN, Ph.D.

A     Well, we know that they were as high as 120

something milligrams per kilogram in some samples.

I don't know what the concentration was there before

that sample.  But when you compare that to the goal

which was to get it down to 1-milligram per

kilogram, some of the samples were 100 times over

that.  So there's a high concentration that was

redeposited downstream in my view.  Also, and part

of what he was saying here I believe and what I was

relying on, is that even though you dredge it's so

heterogeneous that you don't get it all.  So there's

going to be some hot spots that you miss.  You

just -- even with their efforts of developing prisms

and going back and resampling, there's going to be

some hot spots that you don't get.  That's just the

nature of the beast.

Q     And by heterogeneous, you're talking about the

nature of the river and the river dynamics?

A     And the pattern in which the PCBs were deposited as

a result of the nature of the river and the river

dynamics.

Q     And why does the heterogeneity of the river and the

pattern of PCBs mean that you can't get them all?

A     Because there always going to be pockets that you

1                     KIRK WYE BROWN, Ph.D.

2          missed with your sample.  Because the concentration

3          can change from one foot to another as you go

4          through it.  And despite the fact that they've taken

5          a lot of samples, you never get it all.

6    Q     Is that true of any dredging project?

7    A     I believe it would be.  Yes.

8    Q     Can you please turn to page 27?

9    A     Yes.

10   Q     And I'm looking at the first full paragraph, the

11         first sentence of that first full paragraph on page

12         27, which says, "Results from Phase 1 of the

13         dredging project clearly show the deficiencies of

14         dredging as the mechanism for the removal of PCB

15         contaminated sediments."  Do you think that the

16         Hudson should not have been dredged?

17                   MR. BOYAJIAN:  Objection.  Asked and

18              answered.

19   A     I think that once entering in dredging you have to

20         then do something for the water supplies.  Now,

21         there is -- the good reasons for trying to decrease

22         the source of a contaminant, and that's what they're

23         trying to do, they're trying to remove the PCBs from

24         the river, that has the advantage of then there's

25         less in there to continue to contaminate the water.

1          KIRK WYE BROWN, Ph.D.

2     But it has a disadvantage of while it's going on.

3     After it's going on the concentration are going to

4     be higher than they were before and also that's

5     going to move downstream.  So the answer to that

6     question is rather complex because you have to look

7     at -- half the people are going to look at what's

8     going to be the impact downstream on the ecosystem,

9     what's the impact of these things going out into the

10    ocean where they're eventually going.  So to get to

11    an answer to that is very complex.  I understand why

12    the EPA wants to remove them and I think there's

13    probably some long-term advantages to removing them.

14    But it's the short-term disadvantages that we're

15    having to deal with here.

16  Q   Okay.  I apologize, I'm not sure your answer to my

17    question here.  Taking on balances.  The advantages

18    and disadvantages as you have stated them, do you

19    think the Hudson should or should not have been

20    dredged as a remedial action to deal with the PCBs?

21

22          MR. BOYAJIAN:  Note my objection.  I

23         believe it's been asked and answered.  You can

24         try again.

25  A   My thinking is that it's good to remove the

1                    KIRK WYE BROWN, Ph.D.

2        materials that are in the river.  I would say we

3        need to also clean up the materials that have

4        potentially to get into the river that haven't

5        gotten there yet.  They've done some of that but not

6        all of it.  I think that should be intensified.  My

7        concern on the other side is that by dredging part

8        of it, just gets moved down river and there can have

9        an adverse impact.  If you balance it, in the end I

10       think probably dredging removal is appropriate.

11  Q    Okay.

12  A    Because we have high populations of people here

13       potentially continuously exposed through ongoing

14       lifetimes, and we can help it a little bit by

15       getting that out of there.  Others may have the

16       other view that it does more damage than good.

17  Q    I was just asking about your view.

18  A    Yeah.

19  Q    Could you please turn to your rebuttal report, which

20       we marked as Exhibit 2 to page 24.

21  A    Yes.

22  Q    And here again in section -- let me just make sure

23       on I'm on the right section.  Okay.  Yes.  5.3, page

24       24.  If you look at the final paragraph of that

25       section and as you've talked about earlier today you

1          KIRK WYE BROWN, Ph.D.

2     state here in the last sentence, "Because of this

3     uncertainty," and by uncertainty you're referring to

4     this heterogeneity or dynamacism of the Hudson

5     River, the variability and flow and velocity and

6     therefore the uncertainty of predicting the erosion

7     of riverbed and cap, "Because of this uncertainty

8     the resuspension and downstream migration of the

9     residual PCBs will always be a threat."  In your

10    opinion what is the likelihood that residual PCBs

11    throughout the dredging project will be resuspended

12    and migrate downstream?

13  A  Well, I think the data from Phase 1 clearly

14    demonstrates that they are resuspended and migrate

15    downstream.

16  Q  And how far down?

17  A  I know that they've migrated beyond where they've

18    dredged.  I haven't made an attempt to plot how far

19    they've gone.  But the problem is that those that

20    are redeposited then are in a position to more

21    easily be resuspended when there's a turbulent event

22    or stream flow changes, and then they can also be

23    carried downstream.  It's kind of a hopscotch

24    system.  Once -- they'll just keep on moving

25    downstream.

1                    KIRK WYE BROWN, Ph.D.

2    Q    But here are you talking about the resuspension of

3         PCBs moving downstream upon resuspension?

4    A    Yes.

5    Q    Okay.  And what I'm focusing on here from page 24 of

6         your rebuttal is going back to also in the

7         statements that you made earlier where you thought

8         that the potential for erosion of backfilling and

9         capping was a serious potential risk that eventually

10        those PCBs would find their way back up and migrate

11        downstream; correct?

12   A    Yes.

13   Q    So I'm not talking about the resuspension and

14        movement of PCBs downstream from resuspension.  Here

15        I'm talking about your view that capping is not a

16        long-term solution because of the potential for PCBs

17        to come up through the cap.

18   A    Yes.

19   Q    And then be resuspended and move down.  Do you

20        understand the distinction I'm making?

21   A    Yes.

22             MR. BOYAJIAN:  I just want to clarify for

23        the record.  Were you referring before to on

24        page 24, did you say Section 5.4 or were you

25        referring to 5.3?

1          KIRK WYE BROWN, Ph.D.

2          MS. WADHWANI:  5.3.

3          MR. BOYAJIAN:  I misheard you then.  I'm

4     sorry.

5  BY MS. WADHWANI:

6  Q    It's okay.  You understood I was talking about 5.3?

7  A    Yes.

8          MR. BOYAJIAN:  The last sentence on 5.3 on

9     page 24?

10          MS. WADHWANI:  Correct.

11          MR. BOYAJIAN:  I'm sorry.  Thank you for

12     that clarification.

13          MS. WADHWANI:  You're welcome.  Do you

14     need some more coffee?

15          MR. BOYAJIAN:  No.  But when you take a

16     break, let me know.  Don't go too long.

17  BY MS. WADHWANI:

18  Q    Okay.  So keeping in mind that we're talking now

19     about the potential down the road for residual PCBs

20     to come through the capping and the backfill, in

21     your opinion what is the likelihood that that will

22     happen?

23          MR. BOYAJIAN:  Objection to the form.

24  A    Well, the likelihood that they will partition into

25     the water and as soluble PCBs come up through the

KIRK WYE BROWN, Ph.D.

1

2     cap is 100 percent.  That will happen.  There's no

3     way you can prevent that.

4  Q   What's your basis for saying that?

5  A   My understanding of the basic principles from my

6     studies, including my chemical engineering classes,

7     which say that these things, these chemicals

8     partition to try to achieve an equillibrum.  So if

9     you have a soil particle that has some PCBs attached

10    to it and you expose that to clean water, some

11    fraction of that PCB will then dissolve in the

12    water.  The inverse also happens.  If you a have

13    cell particle that has some PCBs on it and you put a

14    concentration in the water that's higher than the

15    equilibrium concentration, it will go from the water

16    to the sole particle.  So it's a dynamic

17    relationship.  And in fact that's going to happen.

18    There's no way to prevent that.

19 Q   And how is that the PCBs that are currently capped

20    as part of the dredging project being exposed to

21    water?

22 A   The pores in the cap.  They're filled with water.

23 Q   Do you know what materials the caps are made out of

24    that GE has used during the dredging project?

25 A   The materials include rocks, I heard four-inch rocks

1          KIRK WYE BROWN, Ph.D.

2     on the surface, and then layers of sand or soil, and

3     it doesn't really make any difference what those

4     are.  They're going to allow PCBs to migrate though

5     them.

6  Q  To your knowledge have any of the caps eroded so far

7     to the point that PCBs have migrated through the cap

8     and moved down river?

9  A  Let me help by making a distinction here.  What I'm

10    saying is that they'll come up through the cap no

11    matter what.  You don't need erosion.  But I'm also

12    saying that eventually they'll erode away.  Now,

13    there was some observations that there was some

14    disturbance of the cap in a high flow event.  But

15    this is an old river, we have situations where

16    storms come through that dump massive amounts of

17    water into it, it comes up on the flood plain, and

18    during those storms, those sporadic events there are

19    instances where we get enough energy in the river,

20    enough flow that it will erode aways parts, if not

21    all, of some these caps reexposing the PCBs that

22    were not removed by dredging.

23  Q  So is it your opinion today that PCBs underneath the

24    caps that were put into place during Phase 1 and

25    Phase 2 have already come up through those caps

1                    KIRK WYE BROWN, Ph.D.

2         irrespective of whether erosion has happened or not?

3     A   Some of it already has.

4     Q   How do you know that?

5     A   The basic principles of partitioning and diffusion

6         will allow them to move them up through the cap.

7     Q   So your view is that just basic principals mean it

8         has inevitably already happened?

9     A   Yes.

10                   MS. WADHWANI:  We have to change the disk.

11                   VIDEOGRAPHER:  One moment please, at 11:14

12        a.m, this is the end of disk one.  Disk two

13        will follow.

14        (There was a short recess in the proceedings.)

15                   VIDEOGRAPHER:  At 11:20 a.m. on

16        April 16th, 2014 this is disk two of the sworn

17        testimony of Kirk Brown, Ph.D.  Please proceed.

18    BY MS. WADHWANI:

19    Q   Since we've been talking so much about your opinions

20        on capping, I thought we should just turn to those

21        sections of your report and consider them more

22        fully.

23                   So in your original report, which we

24        marked as Exhibit 1, it's my understanding that your

25        discussion of capping starts on page 28 and carries

1          KIRK WYE BROWN, Ph.D.

2      over to page 30.  Is that section entitled 4.4

3      Erosion where you discuss your opinions on capping,

4      Dr. Brown?

5  A   Yes.

6  Q   And then in your rebuttal report, which we marked as

7      Exhibit 2, your discussion of capping is on page 26;

8      is that correct?

9  A   Yes, that's correct.

10  Q   Okay.  And you state here in your report that it's

11      your opinion that capping of residual PCBs in the

12      closed certification units is only a temporary

13      solution to the containment of PCBs.  Resuspension

14      of the river bottom sediments is inevitable and will

15      result in the release of PCBs into the water column

16      and their transport down river.  And we've already

17      talked about a little bit this morning that you view

18      the suspension as inevitable for at least two

19      reasons.  One, you think that regardless of whether

20      the caps erode or not there will just be migration

21      of PCBs up through the caps into the water column?

22  A   Yes.

23  Q   And then the second is that you think the caps will

24      eventually erode; correct?

25  A   Yes.

KIRK WYE BROWN, Ph.D.

1

2  Q   And you think that both those processes are
3      inevitable; is that right?
4  A   Yes.
5  Q   Is there any other process besides the natural
6      movement of PCBs and the erosion of the caps that
7      you think will cause these residual PCBs to
8      resuspend and move downstream?
9  A   No.  I think those are the two mechanisms that we
10     need to be concerned about.
11 Q   And I think you said earlier that regardless of the
12     materials of which the caps were made, you would
13     still have these dual concerns; correct?
14 A   Yes.
15 Q   Are you aware that the caps that GE has been using
16     have been engineered to withstand high flows in a
17     100-year flood?
18 A   Yes, that's my understanding.
19 Q   And does that understanding influence your view at
20     all?
21 A   No.  Those are engineering standards, and that's the
22     way things are designed.  But we can get a 500-year
23     flood tomorrow if we had a front coming or a
24     hurricane coming, and the caps are not designed to
25     withstand that.

1                    KIRK WYE BROWN, Ph.D.

2   Q   Do you know when the last time the Hudson River

3       experienced a 500-year flood, if at all?

4   A   I haven't looked into that.  But I know that it

5       would've happened in the past and it will happen in

6       the future.

7   Q   Do you know when in the past it would've happened?

8   A   I don't.  I haven't looked back at the record to see

9       when.

10  Q   Okay.  Can you say sitting here today that a

11      500-year flood has happened in the last 50 years in

12      the Hudson River?

13  A   I can't say.  I haven't looked at it.

14  Q   Can you predict sitting here today when, if at all,

15      such a flood would take place in the future?

16  A   If I could predict such things I would instead

17      predict the stock market.  So no one can predict it.

18  Q   Are you aware that monitoring, maintenance and

19      repair of the caps installed in Phase 2 is required

20      of GE in perpetuity?

21  A   I'm aware of that.

22  Q   And that doesn't have any influence or your

23      opinions?

24  A   No.

25  Q   Do you agree that capping is an accepting method for

1              KIRK WYE BROWN, Ph.D.

2       remediating Superfund sites?

3    A   It's a method that's accepted, it's been used.

4        Mainly it's been used on surfaces, land surfaces,

5        not -- and only infrequently in beds -- in water.

6        And usually when it's been in water it's been in

7        still water or lakes where there's not this

8        potential for high flows and disruption.

9    Q   Are you aware that the National Research Council of

10       the National Academies of Science concluded in 2007

11       that capping will be part of remediation of all

12       Superfund mega sites?

13   A   I believe that's in their recommendations.

14   Q   Okay.  Does the National Research Council compose of

15       a group of people who are experts in their field of

16       study?

17   A   I would have to say yes because I've served on

18       several of their committees.

19   Q   And that was going to be my next question is, you

20       have served on the National Research Council in the

21       past; correct?

22   A   Yes, dealing with some of these same issues.

23   Q   And do you consider the National Academies of

24       Science to be a reputable entity?

25   A   I do.

KIRK WYE BROWN, Ph.D.

1

2  Q  As part of your work on the National Research

3     Council have you participated in any of these, and

4     you'll correct me if I'm using the wrong

5     terminology, but sort of panels gathered together to

6     look at specific issues?  Is panel the correct way

7     to describe it?

8  A  Yes, that's a good way to describe it.  Yes, I have.

9  Q  Okay.  On any of the panels for which you served on

10    the National Research Council have they addressed

11    PCBs?

12 A  I'm trying to roll back through.

13 Q  Sure.  Take your time.

14 A  There were several of them.

15 Q  Would it help to look at your resume?

16 A  No.  I know which panels I served on.  I don't

17    believe any of them directly involved PCBs.

18    Indirectly in the sense that one of the panels that

19    I served on was assessing the effectiveness of the

20    Superfund program and the permanents of the

21    solutions and whether the hazardous ranking score

22    had been applied properly and that type of thing.

23    So we looked at a range of sites which had a range

24    of contaminants, and PCBs may have been in that list

25    of contaminants that we were looking at.

1          KIRK WYE BROWN, Ph.D.

2    Q    That was more for the purposes of assessing the

3         Superfund program; correct?

4    A    Right.

5    Q    Had nothing to do with actually assessing Superfund

6         sites related to PCBs for remediation purposes?

7    A    That's right.  And other panels that I served on it

8         was assessing cleanups.  I don't recall that PCBs

9         were a component of that.

10   Q    Okay.  When you served on panels for the National

11        Research Council did any of them assess or evaluate

12        the effectiveness of sediment dredging?

13   A    No.

14   Q    When you were coming to your opinions concerning the

15        caps, in your view that the caps will eventually

16        fail, were you relying on any scientific literature

17        for that opinion?

18   A    Well, not so much scientific literature as an

19        understanding of the dynamics of the Hudson River.

20        I have seen it immediately after flood stage.  I've

21        been upstream of it after Irene and saw boulders as

22        big as the chair you're sitting on that have been

23        rolled down some of those tributaries to the Hudson

24        River.  The river when it goes wild, and it happens

25        occasionally, will redistribute materials within the

1                      KIRK WYE BROWN, Ph.D.

2        river, moves them downstream.  In fact there are

3        even calculations of how much material moved down

4        the Hudson River, and it's massive amounts of

5        material.  And there are times, episodic times when

6        boulders and rocks will be moved.  So 4-inch stones

7        are not going to stay in place.  It's just the fact

8        of the matter, you look at the river at places that

9        expose bedrock, obviously they're not dredging

10       there.  Other places they're sediments, they're

11       sediment on the right bank and the left bank and

12       these move with time back and forth and reposition.

13       And so there's enough energy in the river to pick up

14       large masses of material and move them from one

15       location to another always moving them downstream.

16       So I mean the caps are designed for the 100-year

17       flood, and I'm not criticizing the design of the

18       caps, but what I'm saying is they're not permanent.

19    Q  Okay.  And I just want to clarify something that you

20       just said.  Is your view on the effectiveness of

21       capping on lack thereof in your opinion in this case

22       specific to the dynamics of the Hudson River, or do

23       you believe that as a general remedial plan capping

24       is a bad idea?

25    A  I didn't say capping was a bad idea.

KIRK WYE BROWN, Ph.D.

2  Q   That's what I'm trying to clarify.

3  A   I focused on this river.  It will delay the release

4      of PCBs.  No question about it.  It will not prevent

5      the release of PCBs.

6  Q   Okay.  You mentioned as part of the basis for in

7      your opinion concerning what will happen to the

8      Hudson River based on its dynamics with regard to

9      the capping, some of your personal observations of

10     the Hudson River, as well as some calculations I

11     think you said?

12 A   Yes, calculations done by others.  I didn't do them.

13 Q   And what calculations were those?

14 A   Oh, boy.  And I don't even know who did them.  U.S

15     Geological Survey or somebody has done calculations

16     of sediment load going down the river.  And I looked

17     at those, but I can't pull a reference up or the

18     specifics of it.  I just know that those

19     calculations have been done.

20 Q   So you don't recall the date of those calculations?

21 A   No, I don't.

22 Q   And what do you calculations of the movement of

23     sediment downriver have to do with the durability of

24     capping in the Hudson River?

25 A   Well, my view of the capping material would become

1       KIRK WYE BROWN, Ph.D.

2       eventually part of the sediment moving downriver.

3   Q   And that's irrespective of whatever kind of material

4       is used in the caps?

5   A   Right.

6   Q   Do you recall the last time you looked at these

7       calculations that you believe were the U.S.G.S

8       calculations?

9   A   No.  It's sometime in the last four to six months,

10      but I couldn't give you a date.

11  Q   Did you rely on them in the development of your

12      opinions in your rebuttal and your report concerning

13      capping?

14  A   They're just a supporting element.

15  Q   Besides your personal observations and these

16      U.S.G.S. calculations did you rely on anything else

17      for your view that the Hudson River dynamics will

18      eventually lead to the erosion of the caps?

19  A   Well, that and personnel observations made.  Yeah.

20  Q   Anything else?

21  A   No.

22  Q   I'd like to turn now to page 36 of your expert

23      report.  And what I'm going to focus on here

24      Dr. Brown is your opinions contained in the section

25      marked 4.7, Sampling and Monitoring.  And I'd

KIRK WYE BROWN, Ph.D.

1  actually like you to first turn to page 37 and I

2  just want to take you to 36 to see what opinions you

3  were discussing here.  And I'm looking at the second

4  full paragraph that starts, "As specified in the

5  Community Health and Safety Plan."  Are you with me

6  on that paragraph?

7  A  Thirty-seven?

8  Q  37, second full paragraph.

9  A  Oh, got it.  Yes.

10  Q  And I'm focusing specifically here on the last two

11  sentences of that paragraph which read, "Since a

12  composite sample is essentially a time-weighted

13  sample, composite sampling will not provide

14  information on temporal conditions or short-term

15  spikes in concentration of the water column.

16  Composite samples will not guarantee that

17  representative concentrations of PCBs in the water

18  are measured."  Did I read that correctly?

19  A  Yes.

20  Q  Do you hold yourself out as an expert in the

21  monitoring of PCBs in surface waters?

22  A  I have expertise in monitoring surface waters.  I

23  have not personally done it for PCBs.  But I've

24  looked at lots of samples from other sites where

1                    KIRK WYE BROWN, Ph.D.

2       surface water have been monitored in.  I've done

3       some sampling myself.

4   Q   And my question is, do you hold yourself out as an

5       expert in monitoring of PCBs in surface waters?

6   A   Monitoring surface waters, not PCBs.  I haven't done

7       it, but my expertise from other activities carries

8       over onto PCBs.

9   Q   So if someone were to call you tomorrow and say

10      Dr. Brown, do you have expertise in the monitoring

11      of PCBs in surface waters, what would you tell them?

12                    MR. BOYAJIAN:  Objection to the form.

13  A   I have expertise in monitoring surface waters.  I've

14      done it for many chemicals and I would be happy to

15      adds PCBs to the list.

16  Q   All right.  Have you ever designed a monitoring

17      program for PCBs in surface waters?

18  A   Not for PCBs.

19  Q   Have you ever implemented a monitoring program for

20      PCBs in surface waters?

21  A   I have not.

22  Q   Have you ever designed a monitoring a program for a

23      dredging project?

24  A   I have not.

25  Q   Have you ever implemented a monitoring program for a

1                    KIRK WYE BROWN, Ph.D.

2       dredging project?

3    A   I have not.

4    Q   Is it your understanding that the monitoring program

5        adopted by the EPA and GE for the dredging project

6        includes both manual and automated sampling

7        techniques?

8    A   I am.

9    Q   Is it your opinion that the monitoring protocol

10       approved by the EPA for the dredging project was

11       inappropriate for monitoring PCB concentrations in

12       the Hudson River during the dredging on seasons?

13            MR. BOYAJIAN:  Objection to the form.

14   A   They're some things that are, you know, you might

15       consider inappropriate where the samples were taken,

16       for instance with reference to water intakes and

17       that type of thing.  So that might be criticized.

18       But monitoring in a river this dynamic is not an

19       easy thing.  And you know these people who designed

20       this supposedly had expertise.  But in fact when you

21       look at the record you find that they tried this and

22       it didn't work, they tried that and it didn't work,

23       they tried something else and it didn't work, and

24       then they finally settled on an approach.  So I

25       don't know where their expertise was so great that

1          KIRK WYE BROWN, Ph.D.

2     they couldn't find the right way -- the one that

3     they landed on the first time.

4          But my criticism more than that is that

5     when it comes to the water supply that people are

6     going to be drinking, the river is heterogenous.

7     You take a sample at one time in one location and

8     that's not going to tell you what's deeper in the

9     water, next to it in the water or what's going to be

10    taken up by the water uptake.  The problem is it's

11    just a very complicated system.  There's one set of

12    data that show that clearly where they took a series

13    of water samples across the river.  One side was

14    non-detect.  Near the other shore it was over

15    1200-micrograms per liter.  Okay.  Well, if the

16    water supply had been near that shore over there

17    where it was 1,200 and it was taken up, it would be

18    twice the 500 we're talking about, plus a little

19    bit.  If you took an average of those, does that

20    mean that's what the water supply would've been

21    taken up.  That's the problem.  It's so

22    heterogeneous that anyway you sample it, you're not

23    going to be able to provide assurance that at some

24    other point or some other time you're not going to

25    have a much higher concentration, that is a

1          KIRK WYE BROWN, Ph.D.

2     potential being taken up by water supply.

3  Q   Okay.  And is that what you mean when you say it's

4     not an easy thing to monitor PCB concentrations of

5     the Hudson River?

6  A   Right.

7  Q   Okay.  And you mentioned just a couple of minutes

8     ago that you -- insofar you had criticisms, the

9     monitoring program one of them would be the sampling

10     locations.  What is your criticism of the sampling

11     locations?

12  A   Well, I think it would've been -- they did it at

13     Waterford.  That is attach a sample to an intake

14     pipe.  I think that would've been appropriate for

15     other intake pipes on the river.

16  Q   Which intake pipes?

17  A   Well, the intake pipe for Halfmoon would have been

18     appropriate.  Of course at Stillwater you can't get

19     an intake pipe.  But I think that would've been

20     appropriate.  Also I notice that at Stillwater there

21     were long periods of time and off seasons where they

22     didn't take water samples.  Of course Stillwater is

23     no longer using the water, so that may have been the

24     reason for that.

25  Q   And why do you think that there should've been

1                    KIRK WYE BROWN, Ph.D.

2          monitoring at the intake at Halfmoon?

3    A    Well, because that's the water that would be taken

4          up for the -- by the water treatment plant.

5    Q    Okay.  Do you have any reason to believe that the

6          water at the Halfmoon intake at any given time would

7          be substantially different in concentration than the

8          water at Waterford intake?

9    A    Well, we see situations where the concentrations

10         measured downstream sometimes were higher than the

11         ones measured upstream.

12   Q    And what was the distance between the downstream and

13         upstream monitoring stations that you're referring

14         to there?

15   A    I don't have a number on the distance.  I'd have

16         look back at it.

17   Q    Was it more than a couple of miles?

18   A    I'd have to look at it.  I don't recall.

19   Q    Do you know how far the Halfmoon intake is from the

20         Waterford intake?

21   A    No.

22   Q    Would the distance between those two intakes have

23         any influence on your opinion that Halfmoon

24         should've had a monitoring station attached to it?

25   A    When they were taking water out -- if they were

1        KIRK WYE BROWN, Ph.D.

2    going to take water out, they should have a sampler

3    there.

4  Q   If who was going to take water out?

5  A   Halfmoon.

6  Q   Is it your understanding that Halfmoon has taken any

7    water from the Hudson River during the dredging on

8    seasons?

9  A   I don't have an understanding of that.  No.

10 Q   You don't know either way what Halfmoon has done?

11 A   Not during the dredging season.  I don't recall.

12 Q   Okay.  Are there any other criticisms that you have

13    besides the sampling locations at the monitoring

14    stations?

15 A   Well, they ran into problems.  And it's a typical

16    situation where you're taking samples out of a river

17    and you're sampling device gets fouled, gets flooded

18    up with vegetation and other things.  I think they

19    could have developed sampling devices that minimize

20    that problem if you put a bigger screen around it,

21    it helps minimize the problem.  But they're aware of

22    those problems and trying to deal with them.

23 Q   Any other criticisms?

24 A   No.  The main problem is it doesn't represent what's

25    going to be pulled in.

KIRK WYE BROWN, Ph.D.

Q   How much bigger of a screen would you have
    recommended that GE put on the monitoring stations
    to prevent the fouling up?

A   It minimizes it.  It doesn't prevent it.

Q   Sorry.  To minimize.

A   Yeah.  And you can make screens a foot in diameter
    or so it and just helps decrease the problem.  It
    doesn't do away with it, but that's a technique that
    I've used in the past.

Q   Do you know what size the screens were that GE used?

A   From the visual evidence they look very small to me.

Q   And what visual evidence are you referring to?

A   The photos.

Q   The photos of monitoring stations?

A   Yes.

Q   Do you know if a screen that's a foot in diameter
    would have fit onto the monitoring stations?

A   Oh, yes.

Q   And what's your basis for saying that?

A   The river is big enough to hold something a foot in
    diameter.

Q   Right.  The river is, but what about the monitoring
    stations themselves?

A   Well, you just attach it to the end that so that you

1                    KIRK WYE BROWN, Ph.D.

2        have a screen that's keeping the fouling material

3        out of the smaller area where you're sucking the

4        water in.

5    Q    Okay.

6             MS. WADHWANI:  Let's take a break.

7             VIDEOGRAPHER:  One moment please.  Off the

8        record at 11:46 a.m.

9        (There was a short recess in the proceedings.)

10            VIDEOGRAPHER:  At 12:03 a.m -- p.m.,

11       sorry, this is -- we're back on the record.

12   BY MS. WADHWANI:

13   Q    We were talking about before we took the break your

14       criticisms of the monitoring station for -- excuse

15       me, during the dredging on season.  Do you have

16       these same criticisms for the dredging off seasons

17       with regards to monitoring?

18   A    Well, it's still a problem that the river is so

19       heterogeneous.

20   Q    And the problem with the heterogeneity of the river

21       just exists as a matter of fact; correct?

22   A    Right.

23   Q    So there's nothing that anyone can do about that?

24   A    Right.  So it's difficult to monitor it.  But you

25       know when you get a series of samples, and some of

1                    KIRK WYE BROWN, Ph.D.

2          them are 300 and some of them are over 500, and then

3          when I average that and say well, it's under 500, to

4          me that's not showing the picture, because the

5          picture is there's a spot out there that is likely

6          500 or more.  And the way the data is handled is

7          also in my view and the way the standards were set

8          up to handle the data is not as protective as it

9          should be.

10    Q    How protective should it be?

11    A    Well, we're out of that business now in that no one

12         is using the water anymore.  So you know you'd have

13         to apply standards other than human consumption.

14    Q    What standards would you apply?

15    A    Well, then you're looking at standards for fish and

16         ecosystems and that type of thing.

17    Q    Do you disagree with the current standards in Phase

18         2 related to the fish and the Hudson River

19         ecosystems?

20    A    I haven't formed opinions on that.

21    Q    Do you know what work or activities GE undertook

22         prior to 2009 to satisfy itself and EPA that

23         composite sampling was representative of the river

24         conditions?

25                    MR. BOYAJIAN:  Just note my objection to

KIRK WYE BROWN, Ph.D.

2       the form.

3  A   I have a memory of some activities there, but I

4      can't pull it up.  I don't remember exactly what

5      they did concerning composite samples.

6  Q   Did you look into that question?

7  A   I don't recall looking at that.

8  Q   Okay.  Have you seen the results, the data that

9      resulted from the activities GE undertook prior to

10     2009 to test the composite sampling and monitoring

11     stations?

12  A  I recall reviewing those, yes.

13  Q  Do you remember from what years that data was

14     derived?

15  A  No.  Other than re-dredging I don't recall what

16     years it was.

17  Q  And did that data influence your opinions in your

18     report?

19  A  Well, if you're trying to get the average going down

20     a river, probably a composite sample is your only

21     choice.  But the composite sample averages the low

22     numbers with the high numbers.  So if you're trying

23     to find out whether there's going be a location

24     where there's a high concentration which could be

25     harmful to somebody, then the composite sample isn't

1                        KIRK WYE BROWN, Ph.D.

2          over space or time, doesn't give you that

3          information.

4    Q     Why is composite sampling you're only choice for

5          monitoring conditions as they move down river?

6                   MR. BOYAJIAN:  Objection to the form.

7              Misstates the witness's response, but you can

8              answer.

9    A     The composite sample at least you're taking several

10         samples to say get somewhat of an average.  But by

11         putting them all together, which is what a composite

12         sample is where you put them all together, you've

13         eliminated your high values.  So they don't show.

14         So you're not showing a true picture of the

15         potential for exposure from use of the river water.

16   Q     So what different type of monitoring protocol do you

17         think GE and EPA should have adopted?

18   A     I don't think any monitoring protocol is going to

19         give you results that are going to be protectant, no

20         matter what you do.  Because you can't -- you can't

21         take enough samples to get a true picture of what's

22         going down the river.

23   Q     Why not?

24   A     Because it's so heterogeneous.

25   Q     And so if GE or EPA had consulted with you in say

1                    KIRK WYE BROWN, Ph.D.

2          2006 about the monitoring protocol that they should

3          adopt for the dredging project, what would you have

4          said?

5     A    Well, I would have said that whatever monitoring you

6          do, you're not going to be protective of water

7          supplies.  That's number one.  So if you want to

8          find out what the dredging is doing, your only

9          choice is to use the best systems available.  And

10         they would be some kind of a sampling system where

11         you looked at individual samples.  In some cases

12         if -- but if there's nobody taking the water from

13         the river, then that's not near as necessary.  And

14         then you could go to some time and space composites.

15    Q    Do you think that GE used the best systems

16         available?

17                    MR. BOYAJIAN:  Objection to the form.

18    A    Well, they used the standard systems.  And I haven't

19         done a detailed review of it, but I -- you know the

20         ISCO water sampling system.  I knew those people

21         that were running that company back in 1965, and

22         they make good samplers.  I think they did the best

23         they could and they're continuing to do the best

24         they could.  But what I'm saying is -- and it's

25         probably okay as long as no one is drinking the

1                        KIRK WYE BROWN, Ph.D.

2          water from the river.  If they're drinking the water

3          from the river, then I would have suggested changes.

4     Q    What changes would you have suggested?

5     A    Well, more detailed sampling right around where

6          people would be withdrawing the water.  But then the

7          problem is there's always turnaround time, so you

8          can't tell them turn your water system off.  So I

9          think that the course of action that was taken is

10         the best, get out of the river.  And well, the

11         samples are what they are.  They help us understand

12         something, but not all of it.

13    Q    And you agree that some sort of sampling and

14         monitoring program was necessary for the dredging

15         project?

16    A    I think yes.

17    Q    How many samples do you think should have been taken

18         per day at the water intakes?

19              MR. BOYAJIAN:  Objection to the form.

20         Misstates the witness's prior testimony, but

21         you can answer.

22    A    I haven't attempted to do a calculation of that to

23         figure out what would be appropriate.

24    Q    Okay.  And the laboratory turnaround time that you

25         mentioned.

1                    KIRK WYE BROWN, Ph.D.

2  A    Right.

3  Q    That response time and what a lab is capable of,

4       that just exists regardless of whether there's

5       dredging or not; correct?

6  A    Right.  And I would say they've done a good job of

7       getting that down as far they can.  I give them

8       credit for that.  But still if the water is already

9       in somebody's drinking water system and you notify

10      them, well, it's a little late.

11 Q    Okay.  Is there a sampling method you believe could

12      be used to capture the concentrations of PCBs

13      absorbed to sediments that are moving downriver with

14      the bedload?

15 A    Well, the system that was used in Phase 1 I think is

16      the appropriate one, put a pan out and capture the

17      materials that are redeposited.

18 Q    Did the pans that were put out as part of the

19      deposition studies in Phase 1 in your opinion

20      capture the PCBs, absorbed sediments in terms of for

21      sampling purposes and data purposes?

22            MR. TEDESCO:  Objection to the form.

23 A    I would think so, yes.

24 Q    And how about for capturing the levels of PCBs in

25      sheens?

KIRK WYE BROWN, Ph.D.

2  A    That's always a very difficult one.

3  Q    Why is that?

4  A    Because the sheen is very thin, as thin as a

5        molecule or two.  And getting a sample of that,

6        skimming it off the water, you're always going to

7        get water.

8  Q    And so is there a way to differentiate the

9        concentration of PCBs in the water versus the

10       concentrations of PCBs in the sheen?

11 A    If you could get a big enough sample, enough sheen

12       in there compared to water, you could allow it to

13       settle, the water settled and sheen float on top.

14       If you can get a big enough sample you could then

15       measure what's in the water, measure what's in the

16       sheen.

17 Q    What's a big enough sample?

18 A    Well, you'd have to have enough that you could run

19       it through your analytical procedures.  And I don't

20       know exactly what that number is.

21 Q    And how do sheens behave in a river system like the

22       Hudson River?

23 A    Well, what happens is a free-phase liquid is

24       released at the some point below the water surface.

25       That free-phase liquid is going to be mostly oil,

1                    KIRK WYE BROWN, Ph.D.

2        not PCBs.  The PCBs are dissolved in the oil and

3        that comes up to the surface.  When it hits the

4        surface it spreads out very quickly in a layer

5        that's just a couple of molecules thick.  They're

6        all hanging onto each other.  The example I was

7        going to give you is you probably don't know about

8        this is, but fire ants.

9    Q   I know fire ants.

10   A   Okay.  Fire ants get on water, they kind of form a

11       mat.  They all grab onto each other and form a mat

12       and then some of them climb on top, and those are

13       the ones that survive.  The mat drowns.  But you can

14       picture that same thing with molecules of these

15       chemicals spreading out.  And then they get thinner

16       and thinner and some of it evaporates.  And the ones

17       that are going to evaporate most easily are the oils

18       that are not PCBs, and then some of the PCBs

19       evaporate also.  But then what's left is some of the

20       oil and some of the PCBs and they move downstream,

21       they may attach to something.  Or if enough of the

22       oil evaporates, the PCBs will then sink back to the

23       bottom.

24   Q   Okay.

25                MR. BOYAJIAN:  I hope there's no fire ant

1                    KIRK WYE BROWN, Ph.D.

2           lovers out there.

3    Q    Do you know at what depth the water take -- excuse

4         me, water intake is for Halfmoon for its water

5         treatment plant when it uses the Hudson River?

6    A    I don't have a -- I saw that somewhere, but I don't

7         have an accurate memory of that.  I don't recall

8         what depth.  I was thinking it was midway, but...

9    Q    Okay.  Now, you've reviewed the expert report of

10        GE's expert John Connolly; correct?

11   A    I have, yes.

12              MS. WADHWANI:  Sorry.  I'm going to take a

13          moment to grab it.  I'm going to mark as

14          Exhibit 4 the expert report of John Connolly

15          dated December 13, 2013.

16          (Brown Exhibit 4 was marked for

17          identification.)

18              MR. BOYAJIAN:  Does this have the updated

19          tables that he put in after the fact?

20              MS. WADHWANI:  I'm sorry, it does not.  I

21          apologize.  I wasn't going to ask questions

22          about --

23              MR. BOYAJIAN:  That's quite all right.

24              MS. WADHWANI:  -- those tables I don't

25          believe.

1          KIRK WYE BROWN, Ph.D.

2          MR. BOYAJIAN:  Now, he testified about

3          that.  So if there comes a situation where that

4          comes up, just make it clear.  I can't remember

5          what part of his testimony related to that.

6          MS. WADHWANI:  Sitting here today I can't

7          remember either.

8    BY MS. WADHWANI:

9    Q    I take it that you've read Dr. Connolly's expert

10         report in this case?

11   A    I have.

12   Q    Would you please turn to page 19...

13   A    Yes.

14   Q    Of his report.  And I want to point to you

15        specifically to the last paragraph on page 19 which

16        reads, "The Town of Halfmoon intake is located on

17        the east shore of a manmade channel that connects

18        the downstream end of Lock 1 with the Hudson River.

19        This channel is isolated from the main flow of the

20        river.  The source of the water reaching this intake

21        is either from occasional pulse flows from a lock

22        discharge or very low velocity backflow from the

23        main stem of the river below lock one.  These flow

24        patterns would result in little, if any, transport

25        of bedload materials from the main channel of the

1          KIRK WYE BROWN, Ph.D.

2     Hudson River to the intake."  Regarding the location

3     of the Town of Halfmoon's intake and the

4     characterization of the area of Halfmoon's intake,

5     do you disagree with anything that Dr. Connolly

6     states in that paragraph?

7  A   No.

8  Q   Are the statements in that final paragraph of page

9     19 fair and accurate to your knowledge?

10 A   Yes.  I have no reason to question them.

11 Q   Can you turn please to page 28 of your rebuttal

12     report, which we marked as Exhibit 2.  And in

13     Section 5.7 here on page 28 what is it in

14     Dr. Connolly's opinions that you are responding to?

15 A   Well, he's claiming that there's no bedload movement

16     along the bottom of the river, and I think there is

17     bedload movement.  It's a natural process by which

18     some of the materials in the bottom of river are

19     slowly moved downstream.  I don't know why he would

20     conclude there's no bedload movement.  And when

21     those materials contain PCBs or PCBs attach to a

22     particle, they will move downstream.  So I think

23     there is bedload movement.  And everything I've read

24     and seen indicates that that's an phenomena that

25     goes on in all of these rivers.

1                    KIRK WYE BROWN, Ph.D.

2   Q    Okay.  And did you see in Dr. Connolly's report, and

3        we can certainly turn to it, wherein discussing this

4        issue of why he would think that PCB sediment in

5        bedload would not move downstream he noted that a

6        reason was that that the Hudson River is dammed at

7        seven locations between Fort Edward and Waterford.

8   A    Right.

9   Q    And I take it that you disagree that the dams would

10       have any effect on the movement of PCB sediment in

11       the bedload as it moved downstream?

12  A    No.  I agree they have an effect.

13  Q    And what's that effect?

14  A    The bedload builds up behind those dams.  And then

15       during periods when there's a high-flow event, some

16       of that will be stirred up and taken over the dam.

17       And also these dams have locks adjacent to them.

18       And every time there's a flushing from the lock,

19       some of the sediment up-gradient of the lock will be

20       removed through and discharged down the river

21       probably too Halfmoon's intake.

22  Q    Is it your opinion that the PCB containing sediment

23       from the bedload from the locks will go straight

24       into Halfmoon water intake?

25                    MR. BOYAJIAN:  Objection.

1        KIRK WYE BROWN, Ph.D.

2   A   They go into the pool from which Halfmoon is

3       pulling.  So the potential is certainly there.

4   Q   And the bedload rests on the bottom of the river; is

5       that correct?

6   A   Yes, moves along the bottom of the river.

7   Q   You also state here on page 28 at the bottom in the

8       second paragraph in Section 5.7 that you disagree

9       with Dr. Connolly in that DNAPLs if present in the

10      sediments would not be collected in the water

11      samples collected in the monitoring system.  And you

12      refer back to your original report concerning the

13      drawbacks of the monitoring system, including the

14      inability of a stationary monitor to capture sheens

15      or PCBs absorbed to sediments moving down river with

16      the bedload; correct?

17  A   Yes.

18  Q   Also on page 28 here you mention that highly

19      contaminated sediments below the dam contain PCBs at

20      concentrations that are greater than the

21      concentrations possible by partitioning from the

22      water column.  And I'm just wondering if you can

23      tell me what that means?

24  A   It means that just as we talked about before with

25      the caps.  When there's PCBs in the soil, when

1          KIRK WYE BROWN, Ph.D.

2     they're in equillibrum with the water, the water

3     will have a given concentration.  And so to get over

4     the dam, if the water is going over the dam and then

5     recontaminating the sediment with the PCBs, what

6     we're saying is you can't get high enough

7     concentration in the water to raise the sediment to

8     the concentrations that are occurring on the

9     downside of the dam.  So it's saying somehow PCBs

10    got over the dam.  And one way is this episodic

11    stirring and some of the sediments where PCBs go

12    over the dam.  They have to get over the dam

13    somehow.  Another possibility is that during

14    disturbances or at other times a sheen is formed.

15    And there have been reports of sheens on the Hudson

16    River in the absence of dredging.  And in fact I've

17    personally seen sheens on the Hudson River in the

18    absence of dredging.  When that sheen comes up

19    behind the dam and then that water goes over the

20    dam, you can almost never see a sheen when it's

21    going over the damn.  It's too quick.  And then that

22    gets on the other side, the light oils that caused

23    it to float evaporate and the PCBs go down to the

24    bottom.  So's another mechanism by which it can get

25    over the dam.

1                    KIRK WYE BROWN, Ph.D.

2              So we've got this stuff below the dam in

3       concentrations that you couldn't get there by taking

4       it out of water and putting it in the sediment.  So

5       it tell us there are other mechanisms by which it's

6       getting over the dam.  And stirring up that bedload

7       discharging through the canals is one or a couple of

8       the mechanisms that are likely responsible.

9   Q   So when the PCBs and a sheen as you've described it,

10      the ones that do not evaporate into the air drop

11      back down into the water, do they always drop right

12      back down instantly into the sediment?

13  A   There's going to be a gradient.  The water is

14      flowing.  They don't drop instantly.  So they're

15      going downstream somewhere where they began to

16      settle, they will settle back to the sediment, back

17      to the bottom.

18  Q   Will they necessarily settle back into the sediment

19      or will some partition into a dissolved form?

20  A   Well, some will partition in dissolve form, yes.

21      absolutely.

22  Q   And those will move downstream?

23  A   Those move downstream farther.

24  Q   And is it possible then that those PCBs that have

25      partitioned into dissolve form as the sheen has

1          KIRK WYE BROWN, Ph.D.

2     moved back into the water, could be captured by a

3     sampling station?

4  A   That's a possibility if the sampling station was

5     there when that happened.

6  Q   Okay.  And what about the bedload of sediment that

7     gets captured behind the dam and then has the

8     processes that you said that it comes over the dam?

9     Do all the PCBs that were in the sediment that

10    settled behind the dam necessarily stay absorbed to

11    the sediment as it goes through the process of

12    mixing over the dam and coming out the other side?

13 A   No.  Some will partition into the water.  But it's

14    actually a very small amount that will partition

15    into the water.

16 Q   How much will partition into the water?

17 A   Typically we think of -- well, there are a couple of

18    factors, but we would think that the concentration

19    in the sediment ought to be about 1,000, 1,500 times

20    that in the water.

21 Q   What's the basis for thinking that?

22 A   The octanol-water partition coefficient, which is

23    the partition coefficient for PCBs between water and

24    oil runs on the order of ten to five, ten to 5.8

25    depending on which PCB group.  So that would say

1           KIRK WYE BROWN, Ph.D.

2      100,000 times different if you had oil.  And then

3      you got to translate that onto the organic matter in

4      the sediment that we're talking about.  And if we

5      say one percent, than that moves it over to the

6      range of 1,500 times more expected to be on the

7      sediment particles than is in the water.

8   Q  Okay.  And I'm still not sure if I understand, so

9      please bear with me.

10  A  It's not an easy concept if you never thought about

11     it.

12  Q  Okay.  My question was going to be, I'm still trying

13     to understand this amount of PCBs that gets

14     partitioned off of the sediment from the bedload as

15     it goes over the dam into the water.  Is it possible

16     to attach an average percentage to that?

17  A  No, I don't think -- there's not enough data

18     anywhere or theory that would allow you to do that.

19  Q  So what allows you, and I'm just trying to

20     understand, to characterize it as a small amount?

21  A  Because PCBs are lipophilic.  They're oil loving

22     compounds.  They are oil.  They want to be with

23     their friends, other oil.  Organic matter isn't oil,

24     but it's close to oil.  Water is polar compound.

25     PCBs don't like to be in water, so they're going to

1                    KIRK WYE BROWN, Ph.D.

2          attach themselves to other organic material, oil or

3          organic carbon in the sediment preferentially.

4     Q    Okay.  And if the parcel of sediment bedload that's

5          coming over the dam doesn't contain any oils, what

6          will happen to those PCBs as the bedload gets mixed

7          over the dam process?

8     A    Well, once it gets on the other side, either if it

9          doesn't contain oil, it contains some of the

10         sediments that are suspended contain some organic

11         matter, those on the bottom that contain some

12         organic matter.  So as you go forward down the

13         river, that process is going to try to come back to

14         equillibrium, so that the concentration in the water

15         is in equillibrum with this 1,500 times more in the

16         soil particle.

17    Q    Okay.  And as the bedload comes over the dam

18         containing sediments that have PCBs in them, in an

19         average Hudson River flow, not a high-flow

20         situation, but sort of the average flow of the

21         Hudson River, approximately how long will it take

22         for those sediments to resettle back into the water?

23              MR. BOYAJIAN:  Objection to the form.

24    A    Well, the answer to your question can be gotten from

25         Stokes Law which relates the density of the particle

1                    KIRK WYE BROWN, Ph.D.

2        and the size of the particle, the viscosity of the

3        water, and it tells you how far that will settle in

4        what time length.  And then you got to take the

5        velocity of your water moving down, and so it's

6        going to settle at an angle.  So if it's grain size

7        of sand, it's going to settle press quick.  If it's

8        clay, it might go half a mile downstream before it

9        settles.

10    Q   Okay.  And what about with sheens, once the sheen

11        starts disappearing back into water on an average

12        Hudson River flow, how long will it take for the

13        PCBs that were in that sheen to resettle?

14                    MR. BOYAJIAN:  Same objection.

15    A   There's not really enough data to get hands around

16        that because there's just too many unknowns there.

17    Q   And what are the unknowns?

18    A   Well, how big the droplet is and exactly what its

19        density is, because different Arochlors have

20        different densities.  And then the moving water

21        itself, how fast it's moving.  So there's no good

22        way to -- I mean you can try to make an estimate,

23        but I wouldn't bet on it.

24    Q   And is the movement of the sheens back into the

25        water and the PCBs in there to the extent that they

1                      KIRK WYE BROWN, Ph.D.

2        don't evaporate or partition off into the water

3        column, they're settlement also subject to Stokes

4        Law?

5    A   Yes.

6    Q   So in your statements here in your rebuttal,

7        particularly on page 29, still in Section 5.7

8        talking about the transport of PCBs with the bedload

9        sediments.

10   A   Yes.

11   Q   The last sentence of that section says, "Highly

12       contaminated sediments below the dam contain PCBs at

13       concentrations that are greater than the

14       concentrations possible by partitioning from the

15       water column.  And my first question is just a

16       clarifictory question, which is what dam are you

17       referring to here?

18   A   Any of the dams where they got measurements.

19   Q   Okay.  Just the use of the singular threw me off.

20       So I just wanted to make sure --

21   A   Right.

22   Q   And what data are you relying upon for your opinion

23       that sediments below the dam/dams contain PCBs at

24       concentrations that are greater than the

25       concentrations possible by partitioning from the

1                         KIRK WYE BROWN, Ph.D.

2          water column?

3     A    Well, we know what the saturation concentration of

4          PCBs in water is.  And even if you saturated them

5          the concentrations in sediments have been collected

6          below the dams are higher than the equillibrum would

7          allow.

8     Q    Okay.  Do you have any other basis for your opinion

9          that the series of dams in the upper Hudson River

10         will not prevent a PCB contaminated bedload of

11         sediment from moving downstream?

12    A    I think that's the evidence.  I mean we've got data

13         that shows it is downstream.  So it got over the dam

14         somehow.

15    Q    And what evidence are you referring to?

16    A    The samples that have been taken in the river.

17    Q    The water column concentration samples?

18    A    The sediment concentration samples.

19    Q    The ones from the downstream deposition studies or

20         are you referring to different sediment samples?

21    A    There were other samples taken along the river, and

22         I'd have to go back and look to see exactly which

23         ones we were relying on, but there's certainly

24         concentrations in the sediment which you couldn't

25         get from the concentrations in the water.

1                     KIRK WYE BROWN, Ph.D.

2    Q    Okay.  Outside of this litigation have you ever

3         studied the movement of sediment containing PCBs

4         across dams?

5    A    Not PCBs.  I've studied other things.  Metals.

6    Q    But not PCBs?

7    A    Not PCBs.

8    Q    I'd like to look back to your original report now

9         that we've marked as Exhibit 1, and I'll turn your

10        attention to page 38.

11                  MR. BOYAJIAN:  And just so you know, he's

12             I think brought lunch back.  So any time you

13             what to -- whenever you're at the right point

14             in time, you tell us.  The lunch material is

15             here.

16                  MS. WADHWANI:  Since we're starting a new

17             section and it's 12:40, maybe this is a good

18             time to take a lunch break.

19                  MR. BOYAJIAN:  That's why I mentioned it.

20                  VIDEOGRAPHER:  One moment please, off the

21             record at 12:40 p.m.

22             (Whereupon, a lunch recess was taken and

23             proceedings resumed at 1:40 p.m.)

24             (Brown Exhibit 5 was marked for

25             identification.)

1    KIRK WYE BROWN, Ph.D.

2        VIDEOGRAPHER:  On the record at 1:40 p.m.

3  BY MS. WADHWANI:

4  Q    Dr. Brown, during the lunch break we discussed

5       marking as an exhibit one of the sets of documents

6       that you brought in, and I've gone ahead and marked

7       it as Brown Exhibit Number 5 to your deposition.

8       And generally speaking can you tell me what this set

9       of documents are that you have brought in that we've

10      now marked as 5?

11 A    They're in several groups.  The first group is a

12      group of documents that show the regulatory history

13      and response during the '60s up through '78.

14 Q    Of GE?

15 A    Of GE for the Fort Edward and Hudson Falls plant.

16      Then there's a segment of the Phase 1 evaluation

17      report on sediment traps.  There's a segment, a part

18      of the Phase 1 evaluation report on sheens and

19      there's another one from the same report on

20      transects, and there's some statistical analysis

21      that I performed on the data and then there's a more

22      complete set of the documents that we've been able

23      to obtain from the Hanford site where research was

24      being done on the modeling and prediction of

25      groundwater movement, including not only models but

1                    KIRK WYE BROWN, Ph.D.

2          there was at least one paper on two-phase movement.

3    Q    Okay.  Forgive my memory but I just want to ask you

4          again if the documents that you brought related to

5          the Hanford site, are those the ones that you said

6          that you didn't have when you prepared your opinions

7          in this case?

8    A    I didn't have the time to sort them.  So they're all

9          the documents that we now have from the Hanford site

10         from the research that was done there.  They include

11         the ones that are cited in the report and others

12         that we didn't have at the time we wrote the report.

13   Q    Okay.  But the ones that you cited in the report

14         from when we look back at Exhibit 5 are the ones

15         that you relied upon; correct?

16   A    Yes.

17   Q    And insofar as you have documents in what we've now

18         marked as Exhibit 5 related to the Hanford site that

19         are not cited in your report, you did not rely on

20         those in coming to your opinion; correct?

21   A    Right.  Not when I wrote the report.

22   Q    Okay.  Thank you.  Outside of the Hanford documents

23         are the remaining documents in Exhibit 5 documents

24         that you relied upon in coming to your opinions in

25         this case?

1                      KIRK WYE BROWN, Ph.D.

2    A    For clarification, coming to my opinions when my

3         report was written or...

4    Q    Well, let's start with your original report.

5    A    Okay.

6    Q    Did you rely on any documents in that stack, not

7         including the Hanford documents for this purpose, in

8         coming to the opinions that you have set forth here

9         that you intend to offer in your original report?

10   A    Yes.  Those would have been the excerpts from the

11        Phase 1 evaluation report that I listed for you.

12   Q    Any other documents in that stack in Exhibit 5 that

13        you relied upon in coming to your opinions as set

14        forth in your original report we've marked as

15        Exhibit 1?

16   A    Not the original report.

17   Q    Okay.  So now you're moving onto my next question,

18        which is that, did you rely on any of those

19        documents in preparing your opinions for your

20        rebuttal report that we marked as Exhibit 2?

21   A    Yes.

22   Q    Which ones?

23   A    In particular those that have a tab on it that says

24        Notice of Violation.  And in the way of full

25        disclosure, there are a few of these that I did not

1                    KIRK WYE BROWN, Ph.D.

2       see until after the report was prepared.  This is

3       the second report that was prepared, the rebuttal

4       report.

5   Q   Which documents have you seen after the rebuttal

6       report was prepared?

7           (There was a brief pause in the proceedings.)

8   A   Okay.  So I made them into two piles, those that I

9       remember that I did see and rely on when I was doing

10      my rebuttal report, and those that I believe I

11      didn't see until after I did my rebuttal report.

12  Q   May I see the documents that you did not see or rely

13      upon to your rebuttal report?  I'm going to just try

14      to do this as quickly and painlessly as possible.

15  A   Sure.

16  Q   But indicating to the record that the documents that

17      Dr. Brown did not see and rely upon for his rebuttal

18      report nor your original report; correct?

19  A   That's correct.

20          MS. WADHWANI:  Are as follows.  I'm just

21      going to give the Bates stamps to extent that I

22      can if that's okay with.

23          MR. BOYAJIAN:  Yeah.  And if there's no

24      Bates stamp, any other reference that works.

25          MS. WADHWANI:  Sure.  A document with

1          KIRK WYE BROWN, Ph.D.

2     Bates stamp GEWS-09105946 through 47.

3          Document Bates stamped GEWS-09106269.

4          A document Bates stamped GEWS-09105644

5     through 5656.

6          A document Bates stamped GEWS-09105660

7     through 661.

8          GEWS-09105657 through 5658.

9          A document that is not Bates stamped with

10    a Bates stamp from this case, but that reads at

11    the top Declaration of John A. Harrington,

12    executed January 15, 2007.  That appears to

13    have been marked at the deposition of Neil

14    Schifrin in this case.  It was marked as

15    Exhibit 14.

16         And a document Bates stamped GEWS-09105987

17    through 990.  Thank you for allowing me to do

18    that.

19         THE WITNESS:  No problem.

20    BY MS. WADHWANI:

21    Q    And you can just hand everything back to the court

22         reporter and she'll take that as Exhibit 5.

23    A    Fine.

24    Q    One of the things I want to discuss with you right

25         now is a document you mentioned you had included in

1          KIRK WYE BROWN, Ph.D.

2     Exhibit 5 and mentioned earlier which was the

3     statistical analyses you and I believe you said the

4     graduate student who is working with you was helping

5     you on?

6   A   Yes.

7   Q   I'm going to mark these statistical analyses as

8     Exhibit 6.

9          (Brown Exhibit 6 was marked for

10          identification.)

11  BY MS. WADHWANI:

12  Q   As an initial matter can you tell me generally

13    speaking what these are statistical analyses of?

14  A   These are statistical analysis of the water samples

15    from the EPA database for 2005 through 2014 for

16    various stations.  And some of the analysis are for

17    the full data set, both off and on season.  And

18    since then I've also sorted out where we have only

19    off season points.

20  Q   And have you noted on the documents here I guess the

21    last two pages are the off-season points --

22  A   That's correct.

23  Q   -- documents.  And it appears, Dr. Brown, that there

24    are a couple of documents that don't span the 2005

25    to 2014 period, although please correct if me I'm

1                    KIRK WYE BROWN, Ph.D.

2          wrong, it look like Lock 5 might go from 2009 to

3          2014?

4    A     Right.  We were short a data set there.

5    Q     And Schuylerville goes from 2005 to 2007?

6    A     That's right.  Yes.

7    Q     And the reason you only included data points for

8          those years is because of the information you had

9          available to you at the time?

10   A     That's right.

11   Q     All right.  So will you briefly walk me through

12         these and tell me what it is that's being presented

13         on the Stillwater statistical analysis?

14   A     That's an analysis of all of the data and what we

15         did was fit -- statistically fit a line.  And that's

16         what the line is that goes through the data.

17   Q     Okay.  So the by data here, you're referring to

18         measurements?

19   A     Right.

20   Q     -- of raw water?

21   A     Yes, in the river.

22   Q     At the Stillwater monitoring station?

23   A     Yes.

24   Q     And these are 24-hour composite sample or grab

25         sample or combination of both?

1                     KIRK WYE BROWN, Ph.D.

2    A    That's correct.

3    Q    Is it a combination of both, a composite sample and

4         manual sampling as far as you know?

5    A    I think it is, yes, that's what I remember.

6    Q    Okay.  And what is the line that you said is on the

7         ascent here across?

8    A    The line is the statistical fit line.  So in a

9         standard statistical procedure you would determine

10        what line equation that line best fits the data.  So

11        you could think of it as -- one way to think of it

12        is the moving average would be the line, but that's

13        a simplification of the process.

14   Q    Well, simple is better for someone who has no

15        statistical background, which I'm ready to admit is

16        myself.  So this line represents the average PCB

17        concentrations measured at Stillwater at these

18        different years; is that correct?

19   A    It's a representation of it, yes.

20   Q    Okay.  And how did this information -- well, strike

21        that.  We'll come back to that.

22             So tell me what statistical analysis you

23        performed here related to Lock 5 and what I'm

24        looking at?

25   A    It's the same statistical analysis.  That is we

1                    KIRK WYE BROWN, Ph.D.

2        found what line would best fit the sets of data, the

3        data that's on there.

4    Q   And why is the line for Lock 5 straight as opposed

5        to an ascending slope in Stillwater?

6    A   Why is it flat as opposed to ascending?

7    Q   Yes.

8    A   They're both straight lined.

9    Q   Thank you.

10   A   You're welcome.

11   Q   Flat.  Thank you.

12   A   Because the data really show no trend.  That is flat

13       line means that the concentration is independent of

14       time.

15   Q   What does that mean?

16   A   The dredging did not decrease the concentrations in

17       the water for all the -- it didn't increase it, it

18       didn't decrease it.  It's just a flat line.  And I

19       draw your attention to the little box at the top and

20       let's go back to the first one so we can start

21       there.  There's are R square which means how well

22       does this line fit the data.

23   Q   So what is the .33 mean in terms of how well it

24       fits?

25   A   It means it's not have very good fit.  In just

1                        KIRK WYE BROWN, Ph.D.

2          looking at the data you can see the data is

3          scattered pretty far around the line, particularly

4          when you get out into the later years.  So it's not

5          a very good fit.  So this slope is not significant,

6          and the slope is very small, .05.  So what we can

7          conclude from this is that we can't conclude that

8          the concentrations increased statistically.  All we

9          can conclude is they haven't changed.

10    Q    Okay.  So all you can conclude with regard to the

11         Stillwater statistical analysis is that the

12         concentrations from 2005 to 2014 have not changed?

13    A    Right.

14    Q    Okay.  Thank you for that clarification.

15    A    Yep.

16    Q    And is that the same conclusion you reached with

17         Lock 5 even though the line is flat, is that the

18         concentrations of PCBs have not changed between 2009

19         and 2014?

20    A    Right.

21    Q    Okay.  Moving onto Schuylerville.  Please tell me

22         what the slope here represents.

23    A    Well, here the line goes down instead of up.  But

24         again the slope is very small, minus .0073, and the

25         R square is also very small .04.  So what we

1          KIRK WYE BROWN, Ph.D.

2          conclude from this is there's been no change.  The

3          line goes down but it's not statistically

4          significant decrease.  And in fact nothing we've

5          looked at is significant different, so we conclude

6          again there's no change at Schuylerville.

7     Q    So in other words, the PCB concentrations at

8          Schuylerville according to your analysis have

9          remained statistically speaking the same?

10    A    Right.

11    Q    Between, is it 2004 to 2011?

12    A    Yes.  There was some data back in 2004.

13    Q    Okay.

14    A    Through 2011.

15    Q    All right.  And then the next analysis is of the

16         information at the Waterford monitoring station?

17    A    That's correct.

18    Q    And I'm sorry, before the Waterford monitor stations

19         since you have information that precedes the sample

20         dredging project?

21    A    Right.  So we have all the way back into 2004.

22    Q    And the 2004 information you have, that's also

23         information you obtained from the EPA?

24    A    Correct.

25    Q    So what that -- I'm sorry, tell me what's going on

1                      KIRK WYE BROWN, Ph.D.

2        here.

3    A   Same conclusion, it hasn't changed.  So dredging

4        hasn't statistically increased it, hasn't

5        statistically decreased it, using all the data.  And

6        I did these in response to Connolly who said it's

7        going down.  I don't see -- statistically it's not

8        going down.

9    Q   Where did Dr. Connolly say that the concentrations

10       of PCBs were doing down?

11   A   In his report.

12   Q   Was he referring to a specific location?

13   A   I'd have to look to see, but I believe it was a

14       general statement.

15   Q   Okay.  We'll look at that in a little bit.

16   A   Okay.

17   Q   Okay.  And then with your only off season points

18       here that you have for Lock 5, Stillwater and

19       Waterford, can you tell me each one what the results

20       were?

21   A   Yes.  For Lock 5, again, very poor correlation .005,

22       and the slope was very small.  So even the off

23       season no change.  It didn't go up, it didn't go

24       down.  For Stillwater there's very little data out

25       at 2010 to 2014, but I ran it anyway.  And there

1                    KIRK WYE BROWN, Ph.D.

2        again the slope is down but it's not significant.

3        So statistically there's been no change in the off

4        season.  And then if we go to Waterford we see the

5        same thing.  There's been no statistical change.  To

6        me statistics is really the only way to look at this

7        data.

8    Q   Why is that?

9    A   Well, you can't just look at it and say oh, it looks

10       like it's going up or it looks like it's going down.

11       To make a scientific statement you have to do

12       statistics to see whether your slope or your line is

13       significant or not.  And so this -- and I haven't

14       seen where GE or the consultants have done any

15       statistics.  So that's the standard way of

16       interpreting such data.  So I did this just to

17       satisfy myself to find out what the real answer was.

18       And the real answer was dredging didn't make any

19       difference, didn't decrease it, didn't increase it.

20   Q   Okay.  When did you perform these statistical

21       analyses?

22   A   Oh, it's about a month or six weeks ago.

23   Q   So you performed these analyses not for purposes of

24       your original expert report; correct?

25   A   Right.

1          KIRK WYE BROWN, Ph.D.

2   Q    What was the purpose for which you performed these

3        statistical analyses then?

4   A    Well, I got thinking about it more and in response

5        as I said, John Connolly's statements that it was

6        going down.  I wanted see whether that was

7        statistically true or not.

8   Q    Okay.

9   A    Now, in full disclosure I did not go back to the

10       beginning of the record.

11  Q    What do you by mean by the beginning of the record?

12  A    If you go back into the early part of the century.

13  Q    The 21st century?

14  A    The 21st century and come forward there are -- if

15       you look at that data back there it was higher.

16  Q    What was higher?

17  A    The concentrations in the water were higher.

18  Q    In the turn of the 21st century?

19  A    Right.

20  Q    Okay.

21  A    Right.  In 2001, 2002 and even before that in the

22       '90s it was higher.

23  Q    Higher than what?

24  A    Higher than what we're seeing now.

25  Q    Higher than what we're seeing post dredging?

KIRK WYE BROWN, Ph.D.

1

2  A   Higher than what we're seeing pre dredging and post

3      dredging.

4  Q   So higher than what we're seeing from approximately

5      insofar as you have the information 2004, 2005

6      through 2014?

7  A   Right.  This ten year period approximately that

8      we're looking at.

9  Q   Okay.  So the concentrations were higher in 2000,

10     2001, 2002, 2003?

11 A   Right.  But that's shortly after the Allen Mills

12     spillway.

13 Q   A-L-L-E-N, second word M-I-L-L.

14 A   That release, and of course closer to the time when

15     the plant was operating and still releasing PCBs in

16     the '70s.  So those were higher.  But what I was

17     interested in and what Connolly was commenting on is

18     the impact of dredging.  So I selected approximately

19     equal time for dredging, equal time during and after

20     dredging to do this analysis.

21 Q   And you found statistically speaking there was no

22     difference in the concentrations?

23 A   Right.

24 Q   Now, please forgive me if this is an ignorant

25     question.  I don't mind if you tell me it is an

1                     KIRK WYE BROWN, Ph.D.

2           ignorant question, but are there different types of

3           statistical models that a statistician can run using

4           this information?

5     A     Yes.

6     Q     And so which model did you use?

7     A     I chose the linear model using the value of the

8           data.

9     Q     And by value of the data --

10    A     I did not --

11    Q     -- and you don't that mean in a valuative way;

12          right?  Do you mean a value as in like N equals two

13          as a value?

14    A     No.  I'm saying I used the numerical values of the

15          data.  I did not apply a change to that data.  And

16          what I mean by that is one could also run this, for

17          instance, with the log of the data.  That is

18          sometimes done, statisticians like to do that.  It

19          confuses the heck off out people, including me.

20    Q     And if would you confuse, you could imagine what it

21          would do to me.

22    A     Let's keep it simple.  Rather than talking about the

23          log of the data changing, let's see whether the data

24          changes.

25    Q     Okay.  So the ease of interpretation and

1          KIRK WYE BROWN, Ph.D.

2     presentation of the data was one of the reasons that

3     you chose to use what you've called the linear

4     model; is that correct?

5  A   Yes.

6  Q   Were there any other reasons that you chose to use

7     the linear model?

8  A   Well, it fits the data.  I mean one could've used a

9     curvilinear and asked is there a curve that fits

10     this data rather than a straight line.  But you

11     don't get much out of that because there's nothing

12     you can do with a curve anyway.

13  Q   Why not?

14  A   Well, if you use a curve model and the next set of

15     data is very flat, you can't use the same model on

16     both sets of data.  So I wanted to have the same

17     model, statistical model on both sets of data.  And

18     as I said, this is the simplest way to look at it.

19  Q   Were there any other reasons that you chose the

20     linear model?

21  A   No, that's it.

22  Q   How did this information beyond what you might've

23     already told me from the statistical analysis inform

24     your rebuttal opinions?

25  A   Well, in that it rebuts Connolly's position that

1                    KIRK WYE BROWN, Ph.D.

2          concentrations in the water columns are going down.

3     Q    Okay.  And you don't rely upon this information for

4          any other purpose in your rebuttal opinions?

5     A    No.

6     Q    In your opinion among these models that you have

7          identified for me as possible methods you could have

8          chosen in addition to the linear method for

9          addressing the data, is it your opinion that for

10         this type of data the linear method is the best

11         method?

12    A    Yes.

13    Q    Okay.  Let's turn back to your report now.  And I'm

14         going to first orient you to page 38 of your report

15         that we marked as Exhibit 1, but that's really only

16         by way of showing you that the section I want to

17         talk about now is the Section 4.8 that has been

18         labeled Standards.

19    A    Yes.

20    Q    But I'd like you actually now that you know where

21         we're at in report to turn to page 41 of your

22         report.

23    A    Yes.

24    Q    And I'm looking here at the last paragraph before

25         Section 4.9 labeled Fingerprint.

1                    KIRK WYE BROWN, Ph.D.

2    A    Right.

3    Q    And I'm going to look at actually the last sentence

4         where you say that, "It is my opinion that the

5         higher mass loading at increased concentrations

6         allowed under the engineering performance standards

7         in Phase 2 pose an additional risk to the water

8         supplies of the plaintiff municipalities."  That's

9         your opinion correct?

10   A    Right.

11   Q    And that's still your opinion today?

12   A    Yes.

13   Q    And what's the basis for this opinion?

14   A    Well, the higher mass loads going down the river

15        than were originally projected means that those

16        materials are then in a location where they can more

17        easily be resuspended and pose a risk.

18   Q    And by increased concentrations do you mean

19        increased PCB concentrations?

20   A    Yes.  And particularly we're talking about here is

21        during the dredging period.

22   Q    I'm going to mark as Exhibit 7 the December 2010 EPA

23        Revised EPS for Phase 2.

24             (Brown Exhibit 7 was marked for

25             identification.)

1                    KIRK WYE BROWN, Ph.D.

2    BY MS. WADHWANI:

3    Q    Have you seen this document before?

4    A    I have.

5    Q    Did you read this document in preparation for

6         preparing your opinions in this case?

7    A    Yes, I have.

8    Q    Did you rely upon this document in forming the

9         opinions that you have in this case?

10   A    Yes.

11   Q    If you could please turn to page 2-1 of this Phase 2

12        EPS.

13   A    Yes.

14   Q    Section 2.1 right underneath that the EPA states,

15        "That the fundamental principles that have guided

16        the development of Phase 2 EPS are described below.

17        These principles have been developed to create a

18        flexible set or revisions to the Phase 1 EPS to

19        guide the Phase 2 remediation and to ensure that the

20        cleanup meets the human health and environmental

21        objectives of the ROD.  And then they say the

22        principles include the following and they list four.

23        Including the principle that the standards have been

24        developed to protect human health and the

25        environment, while offering as much flexibility as

1                    KIRK WYE BROWN, Ph.D.

2          practicable in the Phase 2 final design and

3          implementation."  Do you have any reason to dispute

4          EPA statement that they designed the Phase 2

5          engineering performance standards to be protective

6          of human health?

7     A    Well, you know it would be as much reflexibility as

8          practical.  So they've given themselves some wiggle

9          room there.  Obviously EPA wants to protect human

10         health and the environment, but obviously also they

11         want this dredging done.  So they've given

12         themselves flexibility there.

13    Q    Just so I'm clear on what you're saying.  Do you

14         agree that the EPS has been designed by EPA with

15         standards to protect human health and the

16         environment?

17    A    They're doing it to provide some level of protection

18         to human health and the environment.

19    Q    Is it your understanding that Halfmoon has been

20         using as its water source the water from the City of

21         Troy since approximately late March 2010?

22    A    That's my understanding, yes.

23    Q    And are you also aware that EPA agreed throughout

24         the duration of Phase 2 to pay for Halfmoon's

25         incremental costs of using Troy water during all of

1               KIRK WYE BROWN, Ph.D.

2       Phase 2 dredging seasons and at least some Phase 2

3       dredging off seasons?

4   A   Yes, that's consistent with my understanding.

5   Q   And are you also aware that regardless of whether

6       the EPA pays for the other Phase 2 off seasons,

7       Halfmoon has decided they will not return to using

8       Hudson River water during the dredging project?

9   A   Yes.

10  Q   So in other words, your aware that Halfmoon is not

11      using Hudson River water during the entirety of

12      Phase 2 on season and off season; correct?

13  A   That's right.

14  Q   If we look at footnote five on page 2-3 of the

15      revised EPS we are marked as Exhibit 7 you see that

16      EPA states, "That it is expected that no public

17      water supplies in the upper Hudson portion of the

18      site will use the river as their source of drinking

19      water while Phase 2 is occurring."  And that's your

20      understanding as well; correct?

21  A   Yes.  Although that's kind of ambiguous because it

22      says all Phase 2.  Does that mean while Phase 2 is

23      dredging or the whole period of time when Phase 2 is

24      in operation.

25  Q   I can't tell you what EPA means here.  But it is

1          KIRK WYE BROWN, Ph.D.

2      your understanding at least that Halfmoon is not

3      going to use the river as its source of drinking

4      water during the on and off seasons of Phase 2?

5    A  That's my understanding.

6    Q  And EPA at least has an understanding that Halfmoon

7      along with other public water supplies will for at

8      least some portion of Phase 2, certainly at least

9      the, on seasons not be using the Hudson river?

10   A  Right.  But it is originally EPAs position that they

11     could use it during the off season.

12   Q  Right.  But my -- do you know what EPA's position is

13     now regarding Halfmoon use of river water during the

14     remaining dredging off seasons of Phase 2?

15   A  I don't know that they made a statement of that

16     effect.

17   Q  Do you know if the EPA has agreed to reimburse

18     Halfmoon for its incremental costs of using Troy

19     water during the remaining dredging off seasons?

20   A  I'm not aware of such an agreement.

21   Q  So going back to your opinion here.  Given that

22     Halfmoon is on Troy water during a Phase 2, what is

23     the additional risk to the water supplies of the

24     plaintiff municipalities that you identify here?

25   A  Well, it is an ongoing risk and that they don't have

1                    KIRK WYE BROWN, Ph.D.

2        the option of going back into the river again.

3    Q    Are the water supplies that Halfmoon is currently

4        using at any additional risk as a result of the

5        revised EPS standards by EPA for Phase 2?

6    A    No, I don't think so.

7    Q    Okay.  Do you criticize the EPA for promulgating

8        these revised EPS standards for Phase 2?

9                    MR. BOYAJIAN:  Objection to the form.

10   A    Tell me the page number again.

11   Q    I actually am just asking about a general question,

12       Dr. Brown, for these Phase 2 revised EPS standards,

13       specifically -- more specific, the ones that you

14       identify in your report including the higher mass

15       loading and increased PCB concentrations allowed

16       under the engineering performance standards.  Do you

17       criticize EPA for promulgating these standards?

18   A    Well, they didn't meet the mass loading standards

19       during Phase 1.  So EPA increased them.  I would

20       have preferred that they would've tried to develop

21       methods to decrease the mass loading rather than

22       just change the standards to a higher level.

23   Q    Okay.  And going back to the increased

24       concentrations of PCBs allowed under the engineering

25       performance standards.  What is your understanding

1                    KIRK WYE BROWN, Ph.D.

2          of what that increase was?  From what to what?

3     A    I'd have to go back and look at it, but there was --

4          I can't picture the details anymore.  It was

5          concerning how many times it had to be above 500

6          before a notification and then how many samples had

7          to be averaged to get there, and I can't pull those

8          details without looking at it again.

9     Q    So is it your understanding that the resuspension

10         standard of 500-parts per trillion did or did not

11         change between the Phase 1 EPS and these revised

12         Phase 2 EPS?

13                    MR. BOYAJIAN:  Objection to the form.

14    A    I'd have to look at it.  I don't recall.

15    Q    So sitting here today you don't know?

16    A    I don't recall at this time.

17    Q    Okay.  And you can put out of your way the revised

18         EPS for Phase 2.

19                    Now, as you state in your report and you

20         mentioned a few times today already, it's your

21         opinion that there are multiple sources of PCBs to

22         the water column of the Hudson River; correct?

23    A    Yes.

24    Q    And I'd like to look now at the opinions in your

25         report related to that view insofar as we haven't

1        KIRK WYE BROWN, Ph.D.

2    already looked at them.  So first I'd like to turn

3    to Section 4.2 at page 22 of your original report.

4    4.2 --

5            MR. BOYAJIAN:  Before you go any further,

6        I'm sorry, I don't mean to interrupt you, but

7        could I have the question before the last

8        question read back please.

9        (Whereupon, the following excerpt of the

10       proceedings was read by the Court Reporter.)

11       "Q    Now, as you state in your report and you

12   mentioned a few times today already, it's your

13   opinion that there are multiple sources of PCBs to

14   the water column of the Hudson River; correct?"

15   BY MS. WADHWANI:

16   Q    I'm going for look at Section 4.2 Mass Balance for

17       PCBs, but I'd like to turn your attention to page 22

18       of that report.  And in the last paragraph of page

19       22 of your report do you state here that PCBs in

20       DNAPL and groundwater underneath the plant sites

21       serve as potential future sources of PCBs to the

22       river until all the DNAPL can be removed from the

23       fractured bedrock?

24   A    Yes.

25   Q    And is the fractured bedrock currently serving as a

1          KIRK WYE BROWN, Ph.D.

2     source of PCBs to the river?

3          MR. BOYAJIAN:  Please note my negotiation

4          to the form of the question.  And can I just

5          clarify something for the record, because I

6          wanted to set forth an objection that the

7          question that I asked to be read back, and I

8          just want it clear that your question means

9          when you say sources, different sources of PCBs

10         in different forms as opposed to different

11         sources?  I mean it can be taken multiple ways.

12         MS. WADHWANI:  So is insofar as you're

13         worried that I'm trying to suggest that

14         multiple sources means something other than GE?

15         MR. BOYAJIAN:  Something other than GE.

16         MS. WADHWANI:  I am not.

17         MR. BOYAJIAN:  I appreciate you just

18         clarifying that for the record.  That was the

19         source of my concern, and so we're clear on it.

20         MS. WADHWANI:  Well we'll clean this up

21         with Dr. Brown.

22   BY MS. WADHWANI:

23   Q    Dr. Brown, you haven't mentioned here today as we

24        started to get into and I'm going to discuss that

25        DNAPL from the plant sites is a source of PCBs to

1          KIRK WYE BROWN, Ph.D.

2          the river; correct?

3     A    Yes.

4     Q    And DNAPL from the General Electric plant sites;

5          correct?

6     A    Yes.

7     Q    And that DNAPL from in your opinion pools underneath

8          the Hudson River is a source of PCBs to the river;

9          correct?

10    A    Yes.

11    Q    And you have mentioned that you think that in the

12         future either erosion of the caps or migration of

13         PCBs through the caps will be a source of PCBs to

14         the water column of the river; correct?

15    A    Correct.

16    Q    So you understand here that I'm not asking you to

17         perhaps do the kind of work that you performed in

18         the other PCB case that you mentioned where you

19         allocated whose PCBs came from whom among a bunch of

20         different parties.  I'm just talking about the

21         sources as you report them in your expert opinions.

22    A    Yes, that's my understanding.

23    Q    Okay.

24              MR. BOYAJIAN:  Thanks.

25              MS. WADHWANI:  Are you okay with that?

1        KIRK WYE BROWN, Ph.D.

2        MR. BOYAJIAN:  I'm fine with that.

3   BY MS. WADHWANI:

4   Q    Okay.  So back to the pending question Dr. Brown,

5        which was that we're focused right now on Section

6        4.2 that you have titled Mass Balance for PCBs and

7        where you discuss DNAPL from the plant sites as a

8        potential future source of PCBs to the river;

9        correct?

10  A    Yes.

11  Q    Is this currently an actual source of PCBs to the

12       river?

13  A    I'm well aware of efforts to capture that material

14       and remove it, and I applaud those efforts.  But in

15       my opinion they're not 100 persons effective.  So I

16       believe there are still some PCBs as DNAPLs that are

17       leaking into the river.  May not be continuous, may

18       be episodic, but I believe the potential is there

19       certainly for things to continue to leak.

20  Q    Well, I guess I want to be clear because you just

21       said the potential is there, and my question to you

22       is, is DNAPL from the plant sites through both as

23       you mentioned here groundwater underneath the plant

24       sites and DNAPL through the fractured bedrock

25       currently serving as an actual source of PCBs to the

1          KIRK WYE BROWN, Ph.D.

2     river?

3  A   I believe they are.  The difficulty is getting the

4     data to show that.

5  Q   Why is that a difficulty?

6  A   Well, there's no way to monitor every crack and

7     fissure that comes out from the bottom.  There have

8     been observations in the past of the DNAPL dripping

9     out.  The other factor here is that it's a dynamic

10    system.  So depending on the heighth of the river,

11    the river may be pushing water back into those

12    cracks and the DNAPL into the cracks and then when

13    the water goes down a little bit seeps out.  So it's

14    a dynamic system, but I believe that it is

15    continuing to leak.

16  Q   Okay.  Aren't measurements of sampling for PCBs in

17    the water column nearby and closely downstream of

18    the plant sites a good proxy for understanding what,

19    if any, contribution to PCBs in the water the plant

20    sites are contributing?

21  A   They are certainly something to be considered for

22    that purpose.

23  Q   Okay.

24          MS. WADHWANI:  We need to change the disk.

25          VIDEOGRAPHER:  One moment, please.  At

1            KIRK WYE BROWN, Ph.D.

2            2:29 p.m. this is the end of disk two.  Disk

3            three will follow.

4            (There was a brief pause in the proceedings.)

5            VIDEOGRAPHER:  At 2:34 p.m. on April 16th,

6            2014 this is the disk three of the testimony of

7            Kirk -- Dr. Brown.  Please proceed.

8   BY MS. WADHWANI:

9   Q    Do you know where Bakers Falls is, Dr. Brown?

10  A    Yes.

11  Q    Approximately where is that?

12  A    Well, Hudson River.  I've seen it on a map.  I'm

13       trying to place it in relation to the plant.

14  Q    Let me see if I can help you out here.  We're going

15       to mark as Exhibit 8 a map I've taken from the 2002

16       EPA Record of Decision.  I have the full thing which

17       is called Figures, but the type is very poor.  So I

18       will represent to you that the map that I'm taking

19       is from the figures but it's a much clearer copy.

20       Is everyone here okay with that yes?

21            MR. BOYAJIAN:  We trust you.

22            THE WITNESS:  Sounds great.

23            (Brown Exhibit 8 was marked for

24            identification.)

25

1                    KIRK WYE BROWN, Ph.D.

2    BY MS. WADHWANI:

3    Q    I know it's not noted on here, but looking at this

4         map do you have an understanding that Bakers Falls

5         is up near the upper GE plant near Hudson Falls?

6    A    Yes, that's my understanding.

7    Q    And do you see here where Rogers Island is?

8    A    Yes.

9    Q    And you see that that's south of the GE plants?

10   A    Yes.

11   Q    So my question to you first is, do you know what the

12        concentrations of PCBs have been at Bakers Falls

13        since 2009?

14   A    I've looked at that data, but I don't have it in my

15        mind.

16             MS. WADHWANI:  Sure.  What I'm going to do

17        then to make it less cumbersome than going

18        through all of Dr. Connolly's report at this

19        time is I've taken a table from it for us to

20        look at to make it easier.  Don I will

21        represent to you that the table I'm about to

22        mark was not one of the ones that Dr. Connolly

23        updated.  He updated at his deposition figures

24        C1E, C1F and C1H and I'm about to mark as

25        Exhibit 9 figure 1-3a.

1                    KIRK WYE BROWN, Ph.D.

2              MR. BOYAJIAN:  And I don't know if the

3         witness was aware of that or not, but I'll

4         discuss that later.

5              MS. WADHWANI:  And I can represent to you,

6         and you should certainly talk about with the

7         witness what you want later, but during this

8         deposition I'm not going to be marking any of

9         the charts that Dr. Connolly updated.  So there

10        will be no confusion there.  This is Exhibit 9.

11        (Brown Exhibit 9 was marked for

12        identification.)

13   BY MS. WADHWANI:

14   Q    Do you see in this chart figure 1-3a from John

15        Connolly's report that the average yearly water

16        column PCBs at concentrations -- I'm sorry, let me

17        start again.

18             Do you see in John Connolly's report in

19        this chart that the average yearly water column PCB

20        water concentrates at Bakers Falls have been at or

21        less than 2-nanograms per liter since 2005?

22   A    Yes.

23   Q    Do you have any reason to disagree with this data?

24   A    No.

25   Q    And then I'm going to mark as Exhibit 10 figure 1-3c

1        KIRK WYE BROWN, Ph.D.

2    from the Connolly report.

3        (Brown Exhibit 10 was marked for

4        identification.)

5    BY MS. WADHWANI:

6    Q    Do you see here, Dr. Brown, that this figure

7        represents average yearly water column total PCB

8        concentrations and major remediation activities at

9        Rogers Island?

10   A    Yes.

11   Q    And do you see in this chart that the average yearly

12       water column PCB concentrations at Rogers Island

13       have been at or less than 5-nanograms per liter

14       since 2005?

15   A    Yes.

16   Q    Do you have any reason to disagree with those data?

17            MR. BOYAJIAN:  Objection to the form.

18   A    No.

19   Q    So in other words, is it true that based on these

20       charts the concentrations at Rogers Island have

21       since 2005 typically been at or less than

22       3-nanograms per liter higher than at Bakers Falls?

23       And actually, I will mark another chart that shows

24       that as well.  Mark this as Exhibit 11.  This is

25       figure 1-3d from Dr. Connolly's report.

1    KIRK WYE BROWN, Ph.D.

2    (Brown Exhibit 11 was marked for

3    identification.)

4  Q  Okay.  So you just answered my question, but with

5     the benefit of this chart laying it out clearly with

6     different colors, is it true that the concentrations

7     at Rogers Island have been typically at or less than

8     3-nanograms per liter higher than at Bakers Falls

9     since 2005?

10 A  On the average that appears to be true.  Yes.

11       MR. BOYAJIAN:  And this chart with the

12    colors is Exhibit 11; right?

13       MS. WADHWANI:  Yes.  They all have colors.

14    But you mean the orange and blue.  1-3d is

15    Exhibit 11.

16 A  The only here that you couldn't say that is for

17    2012, because the statistical brackets overlap each

18    other.

19 Q  Okay.  Thank you.

20 A  Like the others do.

21 Q  So would you agree that this data suggests that

22    since 2005 the contribution of PCBs to the river

23    from the plant sites has been at very low levels?

24 A  I agree that it's decreased and I think that's

25    wonderful, but there's still PCBs coming from that

1                    KIRK WYE BROWN, Ph.D.

2      source.

3   Q   But what's coming now would you agree is at very low

4      levels of PCBs?

5   A   On the average it's a low level.

6   Q   And according to these charts from Dr. Connolly's

7      report that we marked as Exhibits 9 through 11, the

8      concentrations between 2005 and 2000 -- well, to

9      present, are on average lower than the

10     concentrations in the water column in the 1990s and

11     early 2000s when Halfmoon was obtaining their

12     drinking water from the Hudson; correct?

13  A   They are lower, yes.

14  Q   And you don't have any basis to disagree with that

15     data?

16  A   No.  But of course downstream from here they're

17     higher than this.

18  Q   They're higher than this downstream?

19  A   Yes.

20  Q   In what timeframe?

21  A   In the same period we're talking about here, 2005

22     through 2013.

23  Q   Okay.  And what about in the periods prior to 2005,

24     are the concentrations higher than what's

25     represented here as the concentrations of PCBs at

1          KIRK WYE BROWN, Ph.D.

2     Bakers Falls and Rogers Island? And we'll give that

3     a timeframe since it's a long span. We'll say

4     between 1998 and 2005.

5          MR. TEDESCO: Objection to the form.

6          MR. BOYAJIAN: Form.

7  A  I'd have to do an analysis of the data to answer

8     that question.

9  Q  Based on what's -- the data from the downstream?

10 A  Yes.

11 Q  Okay. So you're not able to answer that right now?

12 A  Not without looking at the data. No.

13 Q  But you would agree that the data presented here is

14    reflecting concentrations of PCBs at Bakers Falls

15    and Rogers Island?

16 A  Yes.

17 Q  It's not purporting to represent downstream data;

18    correct?

19 A  It's not downstream of dredging, no.

20 Q  Could you please return back to page 22 of your

21    report?

22 A  Yes.

23 Q  At the bottom in that same paragraph we were looking

24    at previously you state that, "These DNAPL zones

25    serve as potential future sources of PCBs to the

1                    KIRK WYE BROWN, Ph.D.

2          river until all of the DNAPL can be removed from the

3          fractured bedrock."  Is it your opinion that one

4          cannot state with reasonable certainty that they

5          will in fact be sources to PCBs to the river in the

6          future?

7                    MR. BOYAJIAN:  Objection to the form.

8     A    No.  It's my opinion that they will continue to be

9          and certainly the data shows there's still a source

10         of PCBs above where they dredged.

11    Q    And how far into the future will these sources be

12         sources of PCBs into the river?

13    A    There's no way to predict that.

14    Q    Could you go into your rebuttal report, page 20

15         please.  And I'm looking at the last paragraph which

16         says, "The DNAPL present in the fractured bedrock

17         below the Hudson Falls and Fort Edward facilities,

18         the potential for migration of the DNAPL toward the

19         river poses a threat to the Hudson River, especially

20         since there are voluminous fractures, both above and

21         below the water level in the river."  Are you

22         able -- strike that.

23                    Did I hear you correctly just a few

24         minutes ago when you said that it's your opinion

25         that there's not just a potential for migration but

1                    KIRK WYE BROWN, Ph.D.

2          that DNAPL will actually migrate from the fractured

3          bedrock below the Hudson Falls and Fort Edward

4          facilities into the Hudson River?

5    A     Yes, it's my opinion that some will continue to

6          migrate.

7    Q     Can you state how long that will happen?

8    A     No.

9    Q     So you can't say whether it will be two more years

10         or 20 more years?

11   A     No.

12   Q     And it could be either?

13   A     It could be.  Yes.

14   Q     Are you able to predict based on the data in

15         Exhibits 9 through 11 that we marked, the charts

16         from Dr. Connolly, whether the concentrations of

17         PCBs from the DNAPL at the plant sites will be

18         greater than the ones in the chart?

19   A     No, I wouldn't risk such a prediction because I

20         believe, as I said earlier, ongoing releases are

21         likely be to be episodic.

22   Q     Is it your understanding that these sources of PCBs

23         that we've just been discussing, the ground water

24         and the fractured bedrock, were sources that existed

25         before the dredging project?

1                    KIRK WYE BROWN, Ph.D.

2    A    Yes.

3    Q    What's your understanding of how long these have

4         been sources of PCBs to the river?

5    A    Well, the earliest records of investigations here

6         don't extend back to the beginning of the time that

7         PCBs were used there.  But from what I understand

8         about operations of the plant and the releases that

9         they had likely within a few years after they

10        started using them there were PCBs certainly in the

11        soil and if not in the groundwater moving towards

12        the groundwater.  So that would've been 1950

13        timeframe.

14   Q    Is it your opinion that the PCBs in the groundwater

15        and the fractured bedrock were entering the Hudson

16        River in the 1950s timeframe?

17             MR. BOYAJIAN:  Objection to the form.

18        Misstates the witness's prior testimony.

19   A    Well, for instance, at the Fort Edward's plant there

20        was an outfall and PCBs were discharged down that

21        outfall forming a DNAPL plume at the end of that

22        outfall on the edge of the river.  So there's one

23        example of where I believe soon after we started

24        having discharges from there there were DNAPLs that

25        were moving, that were releasing PCBs into the

1      KIRK WYE BROWN, Ph.D.

2      ground, the groundwater and the river.

3  Q   And based on the documents you've seen with the

4      caveats that you've mentioned earlier about how far

5      records go back, what's the earliest you've seen of

6      PCBs entering the river from Fort Edward?

7  A   I'd have to go back and look at when they started

8      operations there, but I believe it was shortly after

9      that.

10 Q   So before 1990?

11 A   Oh, yes.

12 Q   And would you say that it was before 1990 that the

13     PCBs in the groundwater and the fractured bedrock

14     that's part of your opinion on page 22 starting

15     entering the Hudson River?

16 A   I believe they would have, yes.

17 Q   I want to turn back to page 22 of your report as

18     well.  And again, that last paragraph, the last

19     sentence that spills over on to page 23 says,

20     "Likewise, the amount of PCBs remaining in the soils

21     and sediments at the Hudson Falls plant is as much

22     as four times the mass PCBs estimated to be already

23     in the river by EPA.  These contaminated soils and

24     sediments will continue to recontaminate the Hudson

25     River after dredging is completed."  Are you able to

1        KIRK WYE BROWN, Ph.D.

2        provide an estimate as to how long the soils and

3        sediments containing PCBs at the plant sites will

4        continue to contaminate the Hudson River after

5        dredging is completed?

6    A   No, I don't think it's possible to give you an

7        estimate.  And among other things I know that there

8        are remediation programs there, pumping groundwater

9        and things of that nature.  And I certainly applaud

10       those activities, but those are never 100 percent

11       effective.

12   Q   Why is that?

13   A   Well, you put in wells for extraction but you don't

14       catch it all.  Some get around the end of the wells.

15       The DNAPLs are particularly troublesome getting out.

16       They're at the bottom of the water column.  It's

17       difficult to recover them.  So they're to be there

18       for a long time.  And we're looking at not a few

19       pounds or a hundred pounds, but tons of DNAPL that

20       are known to be there.

21   Q   And where are you basing that estimate from?

22   A   Well, if we look at the -- for instance, Hudson

23       Falls and the soil, subscript D.

24   Q   Are you on Table One of your report on page 23?

25   A   I am.  The record of decision reported that many

1          KIRK WYE BROWN, Ph.D.

2          pounds of -- let's try again.  The record of

3          decision estimated between 176,000 and

4          582,000 pounds of PCBs remaining in the soil at

5          Hudson Falls.  So that's -- you know I took a middle

6          number there for the Hudson Falls soils.  And you

7          compare that to what's to be removed from the Hudson

8          River, and there's less being removed from the

9          Hudson River than still remains in the soil at the

10         Hudson Falls plant.

11    Q    Can you please turn to page 28 of your rebuttal.

12         And what I'm looking at here is the final paragraph

13         of Section 5.6 before it becomes Section 5.7.  Could

14         you just read that paragraph to yourself and let me

15         know when you're ready to proceed.

16         (Witness complies with request.)

17    A    Yes.

18    Q    Okay.  In the first sentence there you refer to

19         fundamental hydrologic principles.  What are those

20         fundamental hydrologic principles to which you're

21         referring?

22    A    Water flows downhill along a potential gradient.  So

23         for instance, water infiltrates into the soil on a

24         bank next to the river, percolates down, joins the

25         groundwater which then flows to the river, and in

1                    KIRK WYE BROWN, Ph.D.

2        the case of this river comes up into the river.

3        This is a receiving river.

4  Q     Any other fundamental hydrologic principles you're

5        referring to there?

6  A     Yes.  The other one is that the sediments in the

7        river are finer grain materials.  So they form some

8        barrier to the upflow of water.  If you dredge them

9        and remove them that barrier is removed so that you

10       can have increased upflow there.  And the concern is

11       if there's DNAPLs in those same cracks or dissolved

12       PCBs you'll have increased loading on the river than

13       you would've before you dredged it.

14  Q    Okay.  Any other fundamental hydrologic principles

15       you're referring to here?

16  A    No, that's it.

17  Q    A couple of sentences after this first sentence in

18       this paragraph we've been discussing you talk about

19       potential consequences of dredging.  Do you know if

20       any of these potential consequences of dredging that

21       you have listed here in this paragraph have in fact

22       happened or are happening now?

23              MR. BOYAJIAN:  Are you still referring to

24          the last paragraph 5.6?

25              MS. WADHWANI:  Yes, I am.

KIRK WYE BROWN, Ph.D.

A   My opinion is that when you remove the sediment or a
portion of sediment, that does increase the flow of
water into the river from groundwater.  So I believe
it would be happening.

Q   Okay.  And as regards to the other potential
consequences do you believe those are happening or
have happened so far?

A   Yes.

Q   All of them?

A   Yes.

Q   And what data or information or are you relying on
for that opinion?

A   It's back to first principles, that this is the way
the hydraulic system works.

Q   So you're relying on the fundamental hydraulic
principles?

A   Yes.

Q   Anything else that you're relying on?

A   No.

Q   Okay.  Back to your original report.  Sorry for the
juggling, but we'll keep doing that today.

A   That's all right.

        MR. BOYAJIAN:  I see that.  That's okay.
        I'm getting carpal tunnel syndrome.

1  KIRK WYE BROWN, Ph.D.

2  MS. WADHWANI:  Trying to keep the topics

3  together.

4  MR. BOYAJIAN:  Okay.  You have a method.

5  BY MS. WADHWANI:

6  Q  I'm sorry.  Please turn to page 23 of your original

7  report.

8  A  Got it.

9  Q  Actually, I misspoke.  I apologize to everyone.  I

10  mean 23 of your rebuttal report.  Now, you have an

11  opinion, correct, Dr. Brown, that DNAPL from pools

12  underneath the Hudson River is either or could be a

13  source of PCBs to the water column; is that correct?

14  A  Yes.

15  Q  And is your opinion that there are DNAPL pools

16  underneath the river that are currently contributing

17  PCBs to the water column or is it your opinion that

18  there are pools of DNAPL under the river that in the

19  future will contribute PCBs to the water column?

20  A  I think both.

21  Q  Okay.  So now and in the future?

22  A  Yes.

23  Q  And what's the basis for that opinion?

24  A  Well, my understanding of where the DNAPLs are and

25  how the groundwater flows.

1        KIRK WYE BROWN, Ph.D.

2  Q   What's your understanding of where the DNAPLs are?

3  A   Well, for instance, as we talked about before, the

4      outfall four with the DNAPLs right next to and in

5      the river and as water flows past them, even if the

6      DNAPL itself doesn't get to the river, the

7      contaminated groundwater will.

8  Q   Okay.  I'd like to look at the last paragraph on

9      page 23 of your rebuttal report, which is on the

10     Section 5.2 Presence of Pools of PCB DNAPLs, and you

11     state that, "The fact that no significant pools of

12     DNAPL have been found does not mean that a pool of

13     DNAPL is not present, only that a pool of

14     unspecified size or quantity has not been found to

15     this point in the dredging project."  So is it your

16     opinion that there's a pool of DNAPL in the

17     sediments of the Hudson River?

18 A   I believe there's still locations where there's

19     DNAPL in the sediments.  Yes.

20 Q   Is there a pool of DNAPL in the sediments?

21 A   Yes, I believe they're still some remain.  And the

22     evidence is particularly when they were coring

23     samples they would get -- sheens come up when they

24     were pushing sheet piles, the would get sheens to

25     come up.  That indicates that there's some pool of

1                     KIRK WYE BROWN, Ph.D.

2          DNAPL down there enough to release at least oils

3          containing PCBs that then reach the surface of the

4          sheen.

5     Q    Do you have any opinion as to what the size of these

6          pools of DNAPL in the sediments are?

7     A    No.

8     Q    And is it your opinion that there's a pool of DNAPL

9          underneath the sediments of the Hudson River?

10    A    I believe at some locations we'll find still -- if

11         you probe them you would have sheens coming up

12         indicative of pools of DNAPL.

13    Q    What locations?

14    A    I can't specify what locations.

15    Q    Why not?

16    A    Well, I haven't gone out there and probed them.

17    Q    So what's the basis for believing that such

18         locations exist?

19    A    When people probed in the past they got sheens.

20    Q    Okay.

21              MS. WADHWANI:  We need to take a break for

22         a moment.

23              VIDEOGRAPHER:  One moment, please.  Off

24         the record at 3:03 p.m.

25         (There was a short recess in the proceedings.)

1          KIRK WYE BROWN, Ph.D.

2          VIDEOGRAPHER:  On the record at 3:14 p.m.

3    BY MS. WADHWANI:

4    Q    Dr. Brown, do you have an opinion as to when the

5         pools of DNAPLs in the sediments were formed?

6    A    During the time PCBs were being released as free

7         phase to the river.

8    Q    And when was that time?

9    A    Well, certainly there are some records of it.

10        There's a memo from Dunham to Young complaining

11        about pyrrols being squeegeed down the drain.

12   Q    And is that one of the documents from Exhibit 5 that

13        you told me earlier that you did not rely on as part

14        of your expert report?

15   A    Yes.

16   Q    So for purposes of your expert report at the time

17        that you wrote it, did you have an understanding of

18        when the pools of DNAPLs in the sediment were

19        formed?

20   A    Well, I had an understanding certainly as early as

21        1963 when this is a memo from Harvey to Rossello,

22        R-O-S-S-E-L-L-O, Rossello, saying that there was a

23        visit from the Army Corps of Engineers and they saw

24        among other things, oils emanating from the end of

25        the discharge pipe into the river and that they were

1        KIRK WYE BROWN, Ph.D.

2    likely pyrroles.  So there's 1963 where they in fact

3    indicated that free -- they knew free oils were

4    going into the river.

5 Q  So you believe that the pools in the sediment or the

6    DNAPL in the sediment of the Hudson River were

7    formed at least as far back as 1963?

8 A  Yes.  And if we look at the other documents I think

9    it would indicate even back into the '50s.

10 Q  Okay.  And do you have the same opinion for when the

11    pools of DNAPL underneath the sediments of the

12    Hudson River were formed?

13 A  I believe they would've been formed in the same

14    timeframe.

15 Q  Do you have a sense, and here I'm talking about both

16    the sediments and the DNAPL underneath the sediments

17    of the Hudson River, just to try and shortcut

18    things, but if your answer is different from one or

19    the other you can certainly feel free to separate

20    them out.  Do you have a sense of how big the pools

21    of DNAPL are in the sediments that are underneath

22    the sediments?

23 A  Well, there are figures showing the extent of DNAPL

24    in the bedrock under the river, particularly in the

25    area where they put in the tunnel drains.  So you

1          KIRK WYE BROWN, Ph.D.

2          can actually get a diagram, a figure, a map that

3          shows you that.  So there's an extent of that one.

4          At outfall four there's a map that shows the extent

5          of DNAPL there.

6     Q    In the sediments?

7     A    Under the river.  Both of these are under the river.

8     Q    Okay.

9     A    As far as mapping DNAPLs in the sediments, no, I

10         don't -- I don't -- as I told you before I don't

11         think anybody knows where they are, how big they

12         are.

13    Q    And is that also your answer for the DNAPL

14         underneath the sediments, or no?

15    A    Yes, that was for DNAPL under the sediments.

16    Q    Okay.  Do you know what Aroclors are in these pools

17         of DNAPLs that you say are in the sediments and

18         underneath the sediments in the Hudson River?

19    A    I'd have to go back and see exactly.  They did do

20         congener analysis.  And so one can get a fingerprint

21         on which exact pyrrols were or Aroclors if you want

22         to think about it way, which Aroclors are in the

23         various deposits.

24    Q    Do you consider these pools of DNAPL in the

25         sediments and underneath the sediments to be a risk

1              KIRK WYE BROWN, Ph.D.

2       to Halfmoon's water supplies?

3              MR. BOYAJIAN:  Objection to the form.

4    A   They would be a risk if they went back into the

5        river for water.

6    Q   Okay.  So fair enough.  If Halfmoon used its water

7        treatment plant you would find the pools of DNAPLs

8        to be a risk to them?

9    A   Yes.

10   Q   And do you have that opinion concerning when

11       Halfmoon was using its water treatment plant to draw

12       Hudson River water?  Were those pools a risk to

13       Halfmoon at that time?

14   A   Yes.

15   Q   Prior to being retained for purposes of this

16       litigation had you formed the opinion that there

17       were pools of PCBs underneath the Hudson River?

18   A   No.  I hadn't had an opportunity to think about it.

19   Q   And I'm sorry if you told me this earlier, but I

20       just want to make clear for the record.  That your

21       opinion that the presence of sheens is indicative of

22       a pool of PCBs or PCB or DNAPLs?

23   A   Yes.

24   Q   And it's your opinion that the sheens are indicative

25       of a pool of PCBs in the sediments or underneath the

1          KIRK WYE BROWN, Ph.D.

2     Hudson River or both?

3  A   I would say both in the sediments which are under

4     the Hudson River.

5  Q   And what about underneath the sediments?

6          MR. BOYAJIAN:  I'm sorry?

7  Q   Underneath the sediments.

8  A   At least where the, for instance, at outfall four

9     and were underneath the sediments that were there,

10    when you get down stream further I don't have any

11    reason to believe that the pools would be under the

12    sediments.  I would think they would be entrapped in

13    the sediments.

14  Q   Okay.  On page 34 of our original report I'd like to

15    focus your attention on the last paragraph on that

16    page, 34.  You state here in the first sentence,

17    "While high concentrations of PCBs were detected in

18    the sheens during dredging, their presence alone is

19    not indicative of the movement of free phase PCBs in

20    the river."  Correct?

21  A   Yes.

22  Q   So please clarify for me how this statement works

23    with your opinion today that sheens are indicative

24    of a pool of DNAPL in the sediments?

25  A   Well, here we're talking about the movement.  It

1            KIRK WYE BROWN, Ph.D.

2        doesn't say anything about the presence.

3    Q   So explain to me then a little bit what you're

4        stating here in the first sentence of the last

5        paragraph on page 34.

6    A   What I'm saying is that sheens are one method of

7        movement, but they're not the complete method by

8        which PCBs move down the river.

9    Q   And they're a method of moment of PCBs like you say?

10   A   Yes.

11   Q   Okay.  Is it your view that the presence of sheens

12       is indicative of pools of DNAPL in the sediment?

13            MR. BOYAJIAN:  Objection.  Asked and

14       answered.

15   A   Yes.

16   Q   Okay.  Are sheens always indicative of PCB pools or

17       could they be indicative of something else?

18   A   Sheens can be indicative of something else.

19   Q   What else could be they indicative of?

20   A   You could get a biological sheen.  The composition

21       of organic matter with certain microbes forms a

22       sheen.  However, it only happens in stagnant water.

23       And of course, you could get a sheen that didn't

24       contain PCBs, an oil sheen that did not contain.

25       Although I'm not aware of any sheens for which PCB

1      KIRK WYE BROWN, Ph.D.

2      has been measured in this case which did not contain

3      PCBs.

4  Q   Okay.  Are you aware of any -- just so I understand

5      what you just said.  Are you aware of any sheen that

6      has appeared on the surface during dredging on

7      season or off season that has been found not to

8      contain PCBs?

9  A   Not that I'm aware of.

10 Q   That's what I was looking for clarification to.

11 A   And I wouldn't expect any, in fact.

12 Q   Why not?

13 A   Because PCBs are so common in this river and they

14     like to dissolve in oils.  So likely any oil that's

15     anywhere trapped in the river is going to have PCBs

16     in it.

17 Q   So following up on that.  Is that what you were

18     referring to here on the bottom of page 34, carrying

19     over to page 35 that there are petroleum oils in the

20     Hudson River that were released to the Hudson River

21     from a variety of industry and entities?

22 A   Yes.

23 Q   And that those petroleum oils contain PCBs within

24     them?

25 A   Yes.  Now.

1                    KIRK WYE BROWN, Ph.D.

2   Q    Now.

3   A    Not when they -- some of them reached the river.

4        But now they do.

5   Q    Fair enough.  There were PCBs oils that went into

6        the river from I think you list here a variety of

7        different industries as part of their waste into the

8        river?

9   A    Right.

10             MR. BOYAJIAN:  Objection to the form.

11        Misstates.  What the witness said, he said

12        right.  But he said oils.

13             MS. WADHWANI:  Oils.

14             MR. BOYAJIAN:  But you said PCBs oils.

15             MS. WADHWANI:  I didn't.  I said petroleum

16        oils.  We'll start again.

17             MR. BOYAJIAN:  Did you say petroleum?

18        Listen, I have a hearing aid and I might have

19        heard you incorrectly.  I could've sworn you

20        said PCB oils.  I'll withdraw my objection if I

21        heard it wrong.

22   BY MS. WADHWANI:

23   Q    We'll start again just to make sure that

24        Mr. Boyajian is not sitting here on an objection.

25        You note here at the bottom of page 34 the Hudson

KIRK WYE BROWN, Ph.D.

River has been contaminated with petroleum oils from a variety of sources for over a century; correct?

A Yes.

Q And that these losses from this industry made their way to the river through a variety of mechanisms; correct?

A Right.

Q And that those petroleum oils from these variety of sources now in your opinion have PCBs contained within them; correct?

A That's correct.

Q What form were the PCBs or are the PCBs that went into these petroleum oils? Were they in dissolved form and absorbed onto the oils, were they in sediment and the sediment holding the PCB absorbed on it and became part of the oil? I'm just trying to understand.

A Both of those can happen. And plus, at the GE plants they were using mineral oil which is a petroleum oil. And so some of these pyrrols were deluded with mineral oil. And so when they were discharged to the river immediately they were combined with oil. And we see that in this 1963 Army Corps of Engineer investigation where they saw

1          KIRK WYE BROWN, Ph.D.

2     sheen at the outfall.  Well, if it was simply pyrrol

3     you wouldn't get a sheen.  So that's the evidence

4     that there were other petroleum oils also being

5     discharged from the GE facilities.

6  Q   Okay.  The PCBs that found their ways into these

7     petroleum oils, do you have an opinion as to what

8     form they were in when they, I don't know if the

9     correct word is attached or absorbed themselves to

10    the oil, so you let me know.

11         MR. BOYAJIAN:  Objection to the form.  You

12       can answer.

13  A   Absorbed is the way to think about it or the other

14    word is to partitioned into them.

15  Q   Okay.

16  A   And they could've been in solution and then prefer

17    to be with their buddies in the oil or they could've

18    been in free-phase and a droplet of the free-phase

19    PCB came in contact with the oil and essentially

20    they mix and join together.  One dissolves in the

21    other.

22  Q   Okay.  If a pool of DNAPL is not found in the

23    sediments or underneath the Hudson River

24    during dredging operations, will that change your

25    opinion about the presence of pools of PCBs?

1                          KIRK WYE BROWN, Ph.D.

2    A    In my opinion they've already been found by evidence

3         of these sheens that come up.

4    Q    Okay.  And how are you defining pool here?  Is the

5         pool a droplet, is it an accumulation of droplets?

6         I'm just trying to understand what you mean by pool.

7    A    It's enough to cause a sheen.  And so all you need

8         is a couple of drops, and that's a pool, chemically

9         physically that's a pool of a free-phase liquid.

10        And so it could be very small.

11   Q    So can one drop be a pool in your definition if that

12        drop causes a sheen?

13   A    Yes.

14   Q    Can you please turn to page 35 of your original

15        report, which is the next page.  And again, we're

16        still on the opinions that you've offered in Section

17        4.6.

18   A    Yes.

19   Q    And I'm looking specifically here at the last four

20        lines in the last paragraph of page 35 where you

21        start with, "For the Waterford monitoring station

22        seven samples have been reported during 2010-2011."

23        Do you see that?

24   A    Yes.

25   Q    And you see the rest of the information that

1          KIRK WYE BROWN, Ph.D.

2     follows?

3  A   Yes.

4  Q   Did the seven Waterford samples in excess of

5     225-parts per trillion in 2010 and 2011 that you

6     note here contain Aroclor 1254?

7  A   I don't know whether it was analyzed so you could

8     split it out.  I haven't looked at that.  So I'd

9     have to look at the data to see whether it's there.

10 Q   Did you know when you wrote your report whether

11    these seven samples at Waterford contained Aroclor

12    1254?

13 A   I didn't make that distinction.  I was looking

14    simply at bulk PCBs.  We could go back and look at

15    that though.

16 Q   Okay.  And is that your same answer for these two

17    samples collected during the high-flow events in

18    March 2010 and May 2011 at Waterford that exceeded

19    1600-parts per trillion, did you make an assessment

20    at the time as to whether those contained Aroclor

21    1248?

22 A   No, I did not.

23 Q   Now, you've told me earlier today, correct, that you

24    believe Halfmoon needed an alternative water supply

25    during the dredging and the dredging off seasons;

1      KIRK WYE BROWN, Ph.D.

2      correct?

3    A   Yes.

4    Q   And one of the things that I'm hoping you can

5        clarify for me from your original report, Dr. Brown,

6        is whether you believe there will be some point in

7        time at which Halfmoon can return to using the

8        Hudson River as its water source or whether you

9        think that Halfmoon should permanently be on an

10       alternative water source?

11   A   It's my opinion that despite the best efforts to

12       clean up this river the PCBs will persist for a very

13       long time.  And I believe we should all be focused

14       on towards getting the concentrations down to the

15       MCL Goal, which is zero.  And I think it's going to

16       take many decades, if not a century, to flush

17       everything out of the river to a point where we can

18       begin to approach that.  So I think eventually

19       they'll be able to go back in the river, but it's

20       going to be a very long time.

21   Q   Is it your view that Halfmoon should not go back on

22       the river until the concentrations of PCBs in the

23       Hudson River are at the MCLG of zero?

24   A   Yes.

25   Q   And what's your basis for opining that that will

1      KIRK WYE BROWN, Ph.D.

2      take decades or upwards of a century?

3    A    Well, GE stops using PCBs in their plants in 1977.

4      We're now quite a few number of years past that, 40

5      years almost, and we still see significant

6      concentrations in the river.  The cleanup process

7      will and obviously has in some cases begun to

8      diminish that.  These residues last a long time, the

9      PCBs don't degrade, and so they're just going to be

10     persistent for a very long time in the river and in

11     the water next to the river.  If you think about it

12     they're now PCBs in the aquifer by Stillwater.

13     Those will have to be flushed out into the river.

14     So they're additional sources have occurred.  They

15     were sinks.  Now as the river cleans up they're

16     going to become sources to the river.  So it will

17     take a long time for nature to flush all that out

18     after man is done doing what we can.

19   Q    Are the PCBs in the Stillwater aquifer, is it

20     necessary for those in your opinion to all be

21     flushed out and to return to a level of zero before

22     Halfmoon can return to using the Hudson River?

23   A    I think what you want to do is get the river water

24     down to zero.  I don't think it will be possible to

25     ever get them all out of the aquifers in some of

1                    KIRK WYE BROWN, Ph.D.

2       these little cracks.  But if we get it to the point

3       where their release rate is so low, that when one

4       does an analysis you'll be at zero.

5    Q  What do you consider a low release rate?

6    A  A release rate that doesn't cause the river to be

7       over zero by the analysis.

8    Q  Well, is it your opinion that if you release into

9       the river say 5-nanograms per liter of PCBs, that

10      the river won't be at zero or will be at zero?

11                   MR. BOYAJIAN:  Objection to the form.

12   A  If that 5-nanograms is diluted enough so that we get

13      to the point where we're at the detection limit, the

14      detection limit is less than a part per trillion,

15      which kind of is the zero level, then small releases

16      will be diluted that you won't see it anymore.  You

17      will still have some potential, but it really

18      decreases it.

19   Q  Okay.  If you can turn to page 43 of your report,

20      please.  And I'm looking here at Section 4.10,

21      Long-Term.  And your statement here is that, "It is

22      my opinion that even with the ongoing remediation

23      the time required to return the PCB concentrations

24      in the river to levels before the start of dredging

25      could take decades, if not longer."  And then in the

1       KIRK WYE BROWN, Ph.D.

2       first paragraph concerning the basis for that

3       opinion you say, "It is unrealistic to project the

4       future concentrations of PCBs in the water column of

5       the river or the future concentrations of PCBs in

6       the water supply sources connected to the river with

7       any certainty."  Correct?

8    A  Yes.

9    Q  And you stand by that opinion sitting here today?

10   A  Yes.

11   Q  Okay.  If it's unrealistic to project the future

12      concentrations of PCBs in the water column of the

13      river, then how is it that you can state that it

14      will take decades for the river to return to pre

15      dredge levels?

16   A  Because of my understanding of the mechanisms of

17      what's going on there, they are sequestered.  And

18      certainly the caps sequestered some, which will

19      continue to diffuse into a river.  I talked to you

20      about the Stillwater aquifer and there well may be

21      others in that regard, and those are going to

22      continue to bleed.  It's just unrealistic to predict

23      how long this is going to take.  Although, certainly

24      the processes of diffusion and mass transfer in an

25      aquifer are known and they're rather slow.  Once the

1                    KIRK WYE BROWN, Ph.D.

2         PCBs are in the sediment in the aquifer or in the

3         aquifer, they prefer to stay there.  So they only

4         very slowly partition to the water.  And so we

5         looked at this at many Superfund sites, and it takes

6         a very long time to clean up the groundwater.

7    Q    Okay.  Is it your opinion that it will definitely

8         take decades before the PCB concentrations in the

9         river return to the levels they were before the

10        start of dredging?

11   A    Yes.

12   Q    And what do you base that on?

13   A    The same things I just said.

14   Q    Okay.  Are you relying on any PCB data from the

15        Hudson River in support of that opinion?

16   A    Well, in a way.  I mean we certainly that know that

17        post dredging there are areas that are capped that

18        have 10, 20-milligrams per kilogram remaining.  We

19        know as I said at Stillwater there's PCBs in that

20        aquifer.  And so there's some data points that say

21        that we're leaving significant amounts in the river

22        which will continue to then bleed out into the

23        river.

24   Q    And can you say that some of these data points will

25        bleed out into the river over time in concentrations

1                    KIRK WYE BROWN, Ph.D.

2        that will not make the goal of zero possible?

3    A   I believe eventually you will get down to the point

4        whereas if the remediation is successful and carried

5        through, whether -- we'll be approaching zero on

6        bulk samples.

7    Q   The remediation meaning the dredging?

8    A   The dredging and the other things they're doing

9        upstream, the continued pump and treat and use of

10       the tunnels that they drilled under the river.

11   Q   Are you referring to the tunnel draining collection

12       system at Hudson Falls?

13   A   Yes, Right.

14   Q   When you say decades, that could be between two and

15       nine.  Do you have an estimate of how many decades

16       it will take for the levels to return to their pre

17       dredging concentrations that you referred to in

18       opinion 4.10?

19   A   I'd say will beyond my lifetime.  And I lean towards

20       the nine.

21   Q   So you think it will be upwards of nine decades?

22       And do you have a basis for that opinion that is in

23       addition to the bases that you told me earlier for

24       your opinion that it will just take decades?

25   A   No.  I've already told you my basis.

1           KIRK WYE BROWN, Ph.D.

2   Q    Okay.  And so you do believe that there's a way to

3        broadly predict the future concentrations of PCBs in

4        the Hudson River such that you would say that it

5        could take upwards of nine decades to return to the

6        pre dredging levels?

7   A    I wouldn't use the word broadly.  I would say

8        predict.  And I would admit somewhat crudely, but

9        based on what I know about other cleanups, people

10       have pumped and treated for 30 years and turned it

11       off and went back in five years and the

12       concentrations were higher then when they started.

13       So I mean once these things get into the natural

14       deposits, it's very difficult to get them all out.

15  Q    And your experience over the last 30 years have you

16       seen what happens with concentrations of a

17       contaminant that had been dredged?

18  A    No, I haven't followed dredging.

19  Q    Okay.  And so are you able to predict future

20       concentrations in the river post dredging?

21  A    Only those that I have already given you.  That is

22       that I believe it will continue to be present for a

23       very long time.

24  Q    But that's not based on your experience with other

25       dredging sites; correct?

1                    KIRK WYE BROWN, Ph.D.

2    A    True.

3    Q    In concluding that level of PCB should be zero

4         before it would be safe for Halfmoon to return to

5         using the Hudson River as their water supply, did

6         you conduct any sort of risk assessment?

7    A    No.  I described to you earlier the basis for that.

8    Q    Okay.  Have you ever published any articles in any

9         peer reviewed scientific literature on health

10        effects of PCBs in animals?

11   A    I have not.

12   Q    Have you published any articles in peer reviewed

13        scientific literature on the health effects of PCBs

14        in humans?

15   A    I have not.

16   Q    Have you conducted any studies towards that end on

17        either animals or humans?

18   A    No.

19   Q    I wanted to ask you something about your opinion on

20        page 44.  I'm trying to find where specifically, so

21        please bear with me for a moment.  I'm not able to

22        easily identify, but I wrote out the sentence I want

23        to talk to you about and you can tell me if it

24        sounds like something that you concluded in your

25        report or not.

1    KIRK WYE BROWN, Ph.D.

2         MR. BOYAJIAN:  I'll look for it.  You go

3         ahead and ask the questions.

4    BY MS. WADHWANI:

5    Q    Thank you.  So the sentence I have here is, "That

6         such monitoring with the present technology will

7         likely not provide representative concentrations in

8         the river, nor will it identify spikes in the PCB

9         concentrations within the river flow."  And I

10        believe the monitoring you're talking about here is

11        the composite.

12   A    The composite.

13   Q    The composite.  And what do you mean by with the

14        present technology, that's my question?

15   A    Well, technology is developing rather rapidly and

16        eventually there may be a technology whereby one

17        could use, who knows, lasers or something else to

18        measure PCB in the water column.  So what I'm saying

19        is the technology isn't here now.  It may come in

20        the future.

21   Q    And how do you know that the current technology will

22        not provide representative concentrations or

23        identify spikes in PCB concentrations?

24   A    Well, because the current technology as we discussed

25        before, the compositing decrease doesn't result in

1        KIRK WYE BROWN, Ph.D.

2    the highest concentrations, the ones that we're

3    really concerned about because you're mixing it with

4    less contaminated water.  And if you take individual

5    grab samples from the surface or from some depth,

6    you're not sure that that's representative of the

7    cross section of the river that's flowing down.  So

8    it's just a very difficult thing to sample, a river,

9    because of again the heterogeneity of the system.

10  Q  Do you have an opinion as to whether there are

11     technologies for filtration that would make drinking

12     water that was provided to communities, treated

13     drinking water, towards the levels of PCBs that you

14     would like to see in water provided to customers as

15     opposed to what's in the river water?

16          MR. TEDESCO:  Objection to form.

17  A  Filtration is a common water treatment and it will

18     remove some of the PCBs.  But there's no guarantee

19     that it removes all.

20  Q  Okay.  Do you know how effective a granular

21     activated carbon system is at removing PCBs?

22  A  They have been used for PCBs.  They do provide some

23     effectiveness.  But there's always -- you have to do

24     analysis, make sure you don't exceed the capacity.

25     There's always possibility of channeling and water

1          KIRK WYE BROWN, Ph.D.

2          getting through around the filter.  So while they

3          help, they're not foolproof.

4    Q     Have you looked at, and I'm not saying there's any

5          reason why you would have, but have you looked at

6          the data concerning the drinking water that was

7          treated at the Village of Stillwater using the GAC

8          filtration system, have you looked at the

9          concentration of PCBs in the treated water?

10   A     I looked at that a long time ago, I don't recall

11         what they were.  But I do know that one of the

12         problems was the backflush water exceeded the state

13         standard for discharge.

14   Q     You mean to the Hudson River?

15   A     Into the Hudson River, yeah.

16   Q     And municipality doesn't have to discharge its

17         backwash into the Hudson River; correct?

18   A     No.  But it has to do something with it and that

19         costs money.

20   Q     Fair enough.  Do you know how much money it costs to

21         provide -- well, strike that.

22              What alternatives would a community have

23         for dealing with its backwash discharge?

24              MR. BOYAJIAN:  Objection to the form.

25   A     The most likely one would be granular activated

1          KIRK WYE BROWN, Ph.D.

2     carbon.

3  Q   But you mentioned that in your view then there are

4     issues with discharging their backwash?

5  A   Right.

6  Q   From a granulator activated carbon system that is

7     being used to treat PCBs back into a water body of

8     New York State such as the Hudson River?

9  A   Right.

10 Q   And my question is, what are some of the other

11    options for a dealing with a backwash?

12 A   Ah, you would have to containerize it and ship it

13    off somewhere for treatment and disposal.

14 Q   Okay.  Can you please turn to page 29 of your

15    rebuttal report.  And I'm looking here at 5.8,

16    Declining Water Column Concentrations Following

17    Dredging, and this was something we were speaking

18    about earlier, Dr. Connolly's opinions concerning

19    the declining of PCBs levels in the river in

20    response to the dredging program.  Do you see that?

21 A   Yes.

22 Q   And do you see here that as you've noted

23    Dr. Connolly was citing water column data for the

24    Thompson Island pool and the trend in that data from

25    on a before dredging and after dredging?

KIRK WYE BROWN, Ph.D.

1

2  A    Yes.

3  Q    And the conclusions from Dr. Connolly that you cite

4       here indicate that there is a decreasing trend in

5       PCB concentrations at Thompson Island pool after

6       dredging moved downstream from there; correct?

7  A    Yes.

8  Q    You also note that you do not question the validity

9       of this data; correct?

10  A   Right.

11  Q   And based on this data would you agree with me that

12      the reason we don't yet see the same results at Lock

13      5, Stillwater and Waterford is because dredging

14      hasn't taken place in those locations yet?

15  A   I believe that's a major factor.

16  Q   And based on the experience at Thompson Island can

17      we expect to see similar results at Lock 5,

18      Stillwater and Waterford?

19  A   I would hope so.

20  Q   Do you have any reason to think that those results

21      won't be experienced based on the experience at

22      Thompson Island?

23  A   I would hope that the dredging would not release so

24      much to areas that aren't being dredged as they move

25      down river.  That that would be true, that it would

1                     KIRK WYE BROWN, Ph.D.

2          begin to decrease as they move down river.  But the

3          data I've seen so far doesn't indicate that.

4     Q    And what about this Thompson Island data that

5          Dr. Connolly has presented?

6     A    That's shown decreases.  Yes.

7     Q    Are you aware of the health risks of lead in the

8          drinking water?

9     A    Yes.

10    Q    What are they?

11    A    The health risks of lead are particularly for

12         children under the age of five, there's a direct

13         relationship between blood lead level and impaired

14         cognitive ability.

15    Q    In fact I think you were speaking about that earlier

16         this morning, correct, in connection with a case

17         that you'd recently worked on or were still working

18         on?

19    A    Yes.

20    Q    Okay.  Do you know what the MCLG is for lead?

21    A    I have to look at the table.  I haven't looked it

22         for a while.

23    Q    Okay.  Sure.  Let me see if I can help us out here.

24         I'm marking as Exhibit 12 the annual drinking water

25         quality report for 2008 for the Town of Halfmoon.

1                 KIRK WYE BROWN, Ph.D.

2           (Brown Exhibit 12 was marked for

3           identification.)

4 BY MS. WADHWANI:

5   Q    Have you seen this document before, Dr. Brown?

6   A    I have not, but I'm familiar with it.

7   Q    And please take the time if you'd like to

8        familiarize yourself with it.  When you're ready

9        what I want to point you to specifically is page

10       five.  But you let me know when you're ready.

11   A    I'm ready.

12   Q    Do you see here in this chart entitled Town of

13       Halfmoon Consolidated Water District Table Detected

14       Contaminants, under the row listed inorganic, ten

15       contaminants there's a listing for lead?

16   A    Yes.

17   Q    And do you see that the MCLG there is zero?

18   A    Yes.

19   Q    And I'll represent to you that in 2008 the Town of

20       Halfmoon Consolidated Water District Table customers

21       were taking this water.  Will you accept that

22       representation?

23   A    Fine.

24   Q    And what was the level of lead detected?

25   A    It ranged from non-detect to three, and that would

1            KIRK WYE BROWN, Ph.D.

2       be -- let's see, the units would be part per billion

3       or micrograms per liter and the average was two.

4   Q   Okay.  And based on the fact that the MCLG here is

5       zero.  Would it be your opinion that the water in

6       the consolidated water district for the Town of

7       Halfmoon would be unsafe to drink?

8   A   No.

9   Q   Why not?

10  A   Lead is not a known carcinogen.  It has other health

11      problems, but it's not a carcinogen.

12  Q   Okay.  So is it your opinion that water that has

13      chemicals and contaminants that have MCLGs of zero

14      are nevertheless still safe to drink if there is

15      some level and if the contaminant present as long as

16      that contaminant of chemical is not a known

17      carcinogen?

18  A   That's one factor.  The other consideration here is

19      that adverse impacts of lead are on infants and

20      people with children under the age of five.

21  Q   And do you consider those vulnerable populations?

22  A   They are vulnerable population, and one can provide

23      other water sources if need be.  The MCL for lead is

24      much higher than that, than the zero.  But again,

25      there's no data that show impairment under two.

1            KIRK WYE BROWN, Ph.D.

2    Q    Okay.  And if you could turn please to page six of

3         this document.  And you see here a chart called

4         Waterford Waterworks Table?

5    A    Yep.

6    Q    And at this point in time is it your understanding

7         that Halfmoon was obtaining at least some of its

8         water for its customers from the Town of Waterford?

9    A    Yes.

10   Q    And do you see here again the entry for lead under

11        inorganic?

12   A    Yes, I do.

13   Q    And again, the MCLG is zero.  And what is the

14        reading of the level detected here?

15   A    The reading of nine is the 90th percentile of 20

16        tests.  The action level for lead was exceeded in

17        two of the 20 tests.

18   Q    Would you consider this water unsafe to drink given

19        its detection level versus the MCLG of zero?

20   A    I wouldn't hesitate to drink it because I know that

21        adults are much less likely to be impacted.  I would

22        say there might be a warning for children.

23   Q    Okay.  Can you -- scratch that.

24                 Is it your understanding that the water

25        provided by the Waterford WaterWorks to the Town of

1          KIRK WYE BROWN, Ph.D.

2     Halfmoon in 2008 was drawn from the Hudson River?

3   A   That's my understanding, yes.

4   Q   Okay.  And can you predict with any level of

5       certainty how much lead would be in Halfmoon's

6       drinking water if they went back to the Hudson River

7       after dredging operations were completed?

8          MR. TEDESCO:  Objection to the form.

9   A   No.

10  Q   Why not?

11  A   Well, there are other sources of lead than the

12      original water.  Lead is a common metal.  So there

13      could be sources in the piping and other things.  So

14      this may not be a result -- may or may not be a

15      result of the water source.

16  Q   Okay.  Would you be able to determine that with any

17      research or sampling?

18  A   Yes.  Upstream/downstream sampling would determine

19      that.

20  Q   Okay.  Based on what you're seeing here would you

21      tell Halfmoon not to resume taking Hudson River

22      water in the future because you can't tell them with

23      certainty how much lead will be in the water?

24  A   I would say you'd want to make a determination of

25      that before you made a decision.

1                    KIRK WYE BROWN, Ph.D.

2   Q    And how would you go about making a determination

3        about that?

4   A    Sampling.

5   Q    If you could please turn to page 14 of your

6        rebuttal.  I'm looking here specifically at this

7        Section 4.0, response to the opinions of Neil

8        Shifrin.  The first paragraph, last sentence says,

9        "While I do not doubt the validity of the actions on

10       the part of GE as described by Dr. Shifrin, I do

11       have reasonable doubt considering the motivations

12       behind these actions and the timing of the results."

13       Can you please explain to me what you mean here?

14  A    Well, perhaps the best example is in 1966 they had

15       an inspection by the health department.

16  Q    GE?

17  A    GE had an inspection and were told that they had to

18       do certain things, upgrades, and stop releasing

19       untreated water to the Hudson River.  And they had a

20       period of time to respond.  The record then

21       indicates that they didn't do anything.  And --

22       well, no.  The record first indicates that they then

23       asked for an extension of six months.  They got an

24       extension, but then more time went by, about a year

25       and a half, and then they began thinking about it

1                    KIRK WYE BROWN, Ph.D.

2      again.  And there's a memo from Dr. Anderson, their

3      environmental consultant, who says well, you know

4      their investigation was really superficial.  They

5      don't know what we're dumping into the river.

6      They're focused on the tin.  They don't know how

7      many outfalls we have or where they are, but maybe

8      we ought to think about taking some samples.  This

9      is about I think two years after the initial visit.

10     So they got around, and then he said let us talk to

11     them.  We knew the health department people

12     personally.  And then they got around to some

13     sampling in November.  And finally in February the

14     results were present and Dr. Anderson looked at them

15     and said well, everything looks reasonable except

16     for a few things in particular the BOD and the COD.

17     They're going to be red flags for the regulatory

18     agency.  And I believe he knew that that was,

19     particularly the COD, was the result of oils in the

20     water being discharged to the Hudson.  So he said

21     let's withhold that data.  Remove it from the

22     tables.

23  Q   So what's the --

24              MR. BOYAJIAN:  Wait.  Were you done with

25          your answer?

1                    KIRK WYE BROWN, Ph.D.

2    A    No.

3    Q    Sorry.

4    A    So then sometime later there's an internal memo, and

5         I can get all of these dates and exact who wrote

6         who, so I'm doing this from memory.  So we'll go

7         back on it if we need to pull the individual

8         documents.  But then internal memo saying well, we

9         deliberately withheld this data.  And it's a

10        layman's understanding, and I think this was Harvey

11        who's writing this, this is a layman's understanding

12        that the elevated BOD/COD would have been from oils

13        that were discharging to the river, and pyrrols and

14        oil.  So they knew that it was oil that was going to

15        the river and they had a good idea it was pyrrol.

16        Because way back in '63 they said right in their

17        document we suspect it's pyrrol going -- and PCBs

18        going into the river.

19                    So then that was about '70.  A task force

20        is formed.  The task force makes recommendations.

21        Although they're not implemented.  And then another

22        internal memo, which is about two years later, about

23        '72 a manager went into the plant and saw where PCBs

24        were being squeegeed down the drain and also looked

25        around and said that the conditions in the plant

1            KIRK WYE BROWN, Ph.D.

2    were terrible and that it was a result of

3    mismanagement, or he didn't use the word negligence,

4    but he came close to it.  So here we are '66 they

5    were told to clean up their act, '72 their still

6    thinking about it and they haven't got it yet.  But

7    he says we're going to start replumbing our drains

8    so they don't go to the river.  So this is five

9    years after they were notified first.  We're going

10   to start building pans to go under our equipment to

11   catch the leakage.  It hadn't happened yet.  This

12   goes on until finally in -- '77 -- or '75 they were

13   ordered to do things.  And in fact they were

14   required give a list, I don't have exact date on the

15   list, a list of what it is they had done.  And it

16   took an abominably long time.  In fact, it took ten

17   years for them to get around to do anything they

18   were asked to do back in 1966, which would have

19   diminished, if not, eliminated their ongoing

20   discharges to the river of at least 30 pounds a day

21   and maybe more of PCBs.  In fact I would be quite

22   sure it was more.  Then finally they're beginning to

23   implement these things.  They were told you have a

24   build a waste water treatment plant.  You have to

25   design it in a month and you have to build it in

1      KIRK WYE BROWN, Ph.D.

2      five months.  And apparently they did that after ten

3      years of dragging their feet.

4             '77 comes along and they completely stop

5      using PCBs.  They went DOP, Dioctyl phthalate,

6      P-H-T-H-A-L-A-T-E, as a substitute for the oil in

7      their transformers.  That was '77.  Sometime later

8      there's a memo in the file that reports that in fact

9      despite all their knowledge now that they shouldn't

10     be dumping this stuff in the river, the

11     concentrations of dioctyl phthalate that they've

12     been dumping in the river exceed the 5-milligrams

13     per liter standard that they had.  So for some

14     reason they never got around to doing what needed to

15     be done.  And when they finally did get around to

16     doing what needed to be done, they weren't paying

17     enough attention to get it done right so that they

18     weren't continuing to pollute the Hudson River with

19     this new chemical that they were using.  So that's

20     why I say that his statements that GE was responsive

21     to environmental concerns is not true.

22  Q  And what do you mean when you say you have

23     reasonable doubt concerning the motivations behind

24     these actions?

25  A  Well, it was coverup actions.  You don't lie to the

1                     KIRK WYE BROWN, Ph.D.

2          state by withholding data from them, and then you

3          know talk about it in further memos and still

4          nothing is done about that.  You've got to -- they

5          were being told don't dump stuff in the river, don't

6          dump your waste into the river.  And they just

7          ignored that for ten years.

8     Q    And the narrative that you just presented to me, is

9          that based on your reading of the documents?

10    A    Yes.

11    Q    Okay.  And were those documents GE documents that

12         were provided to you by Mr. Boyajian?

13    A    Yes.

14    Q    And were most of these documents sort of internal GE

15         documents or were most of them external documents to

16         GE?

17    A    Internal.

18                   MR. BOYAJIAN:  Objection to the form.

19    Q    Okay.  The 1966, the requests or notification from

20         the DOH that you mentioned earlier to stop sending

21         untreated water to the Hudson River.  Did DOH say

22         that they were concerned about PCBs?

23    A    They did not.  And you raise a good point.  The

24         analytical techniques were not really there.  So it

25         would have been difficult for DOH to even pick up a

1          KIRK WYE BROWN, Ph.D.

2      sample and take it and get it analyzed for PCBs to

3      show that that's what was going on.  But the people

4      working at the plant knew that's what was going to

5      the river, and they knew that the BOD and COD were

6      elevated because of those.  And those were the

7      standards that environmental enforcement was based

8      on at that time.  And had they complied with those

9      standards and did what they were asked to do, they

10     would've stopped dumping PCBs in the river at that

11     time.

12  Q   And you've obtained this from reading the documents?

13  A   I have.

14  Q   Okay.  When were PCBs first considered an

15      environmental concern?

16  A   Well, there are some early citations.  But really it

17      came to a head in the late '60s.

18  Q   When in the late '60s?

19  A   '68, if I recall.

20  Q   Okay.  I'd like to point you to the end of page 14

21      and the beginning of page 15 of your report, which

22      says, "In my opinion the ten-year period from when

23      PCBs were first identified as an environmental

24      hazard until the elimination of PCB discharge by GE

25      in 1977 demonstrates a lack of regard by GE for the

1             KIRK WYE BROWN, Ph.D.

2       Hudson River and the residents that utilize the

3       river as a source of drinking water." And is the

4       basis for that opinion the narrative you told me

5       about earlier?

6   A    It is.

7   Q    Okay. Are you offering here an opinion on the

8       motivations of GE in using PCBs until 1977?

9   A    No.

10   Q    Do you know what steps GE took to address its PCB

11       discharges between 1967 and 1977?

12   A    Yes. As I said, there's a list of those. They --

13       you know, for instance sealing the sewer drains they

14       said that was, if I have the dates right, ongoing

15       from '72 to '75. It doesn't take three years to

16       seal the floor drains. That can be done in one day

17       if you wish to do it.

18   Q    And do you know how many floor drains needed to be

19       sealed?

20   A    It doesn't make any difference.

21   Q    And what's your basis for saying that?

22   A    If you want to do it, you can get in there get a

23       crew of people and seal those floor drains very

24       quickly.

25   Q    And don't you have to come up with some way to deal

1                          KIRK WYE BROWN, Ph.D.

2            with water that's now pooling on the floor?

3     A      True enough.  You've got to then put sumps in them

4            and begin pumping that to some kind of facility

5            where it's recovered.

6     Q      And does that take a day to put sumps in?

7     A      Well, you got to get the sumps, but it's not going

8            to take five years or three years.

9     Q      But it'll take more than a day; correct?

10    A      I'll grant you that.  Give you two.

11    Q      Okay.  Ordering the sumps, sizing the sumps, getting

12           the sumps, installing the sumps, all these things

13           take some time; correct?

14    A      This is not rocket science though.

15    Q      All of these things take some time; correct?

16    A      It takes some time.  But they are locally available

17           from supply houses.

18    Q      Do you know it was locally available from supply

19           houses back in the early '70s near Fort Edward and

20           Hudson Falls, New York?

21    A      These were commonly used equipment.

22    Q      Do you know what was locally available in the late

23           '60s and early '70s near Hudson Falls and Ford

24           Edward, New York?

25                   MR. BOYAJIAN:  Objection to the form.

1                    KIRK WYE BROWN, Ph.D.

2    A    I have not made a survey there during that time

3         period, but I can assure you that they were

4         available.

5    Q    Okay.  I'd like you to stay on page 15 please and

6         I'm looking here at the first full paragraph that

7         starts "Monsanto the manufacturer of PCBs."  I'm

8         going to focus your attention on the last sentence

9         there which says, "In my opinion the time required

10        to complete the control and containment measures in

11        the storage and transfer locations of Pyranol show

12        the lack of commitment on the part of GE to

13        environmental protection."  Why in your opinion does

14        the time it took GE to complete control and

15        containment measures in a storage and transfer

16        location show a lack of commitment by GE to

17        environmental protection?

18   A    Well, again it just simply took far too long.

19   Q    But how does that demonstrate a lack of commitment

20        to environmental protection?

21   A    Well, if they were committed to protecting the

22        environment, they would've moved much more quickly

23        to detect and repair pipe leakage and to provide an

24        impermeable surface where the unloading was taking

25        place and where the transfers were taking place, so

1                    KIRK WYE BROWN, Ph.D.

2          that PCBs that spilled would not drain directly into

3          the soil.

4    Q     And in your opinion how long should those control

5          and containment measures in the storage and transfer

6          locations have taken?

7    A     A month.  Two at the outside.

8    Q     What's the basis for that opinion?

9    A     I've done such things myself in those timeframes.

10   Q     Okay.  Any other basis?

11   A     No.  That will do it.

12   Q     Okay.  Please turn to page 16, paragraph two which

13         is the one that starts following the Monsanto

14         announcement in 1970.  Do you see that?

15   A     Yes.

16   Q     You refer to control measures undertaken by GE to

17         reduce PCB waste water discharges and state that in

18         your opinion, "five years to implement these control

19         measures was excessive, indicating a lack of

20         responsiveness on behalf of GE to fix the problems

21         that they had allowed to continue for decades."

22         What is the basis for your opinion that GE's

23         implementation of control measures to reduce waste

24         water PCB discharges took "excessive amount of

25         time"?

1          KIRK WYE BROWN, Ph.D.

2    A    Well, as we discussed some of these things could be

3         done rather quickly.  Even if you, okay, got to get

4         a design engineer in there and get replumbing and

5         repiping.  This shouldn't take five years.  They

6         built the Pentagon in nine months.

7    Q    Do you know what drainage improvements were made?

8    A    Yes.  Eventually they developed drainage system that

9         they could collect the drainage.  They eventually

10        put a impermeable cover under the off-loading site

11        at the railroad and where the tanks were that

12        leaked, and provided pumpage so they could recover

13        that water.  And not only the rainwater, but the

14        PCBs that leaked there.

15   Q    And why do you think that the time it took GE to

16        reduce its PCB waste water discharges indicates a

17        lack of responsiveness on GE's behalf?

18             MR. BOYAJIAN:  Objection.  Asked and

19             answered.  You can answer again.

20   A    Just because it was quite possible to do it much

21        more quickly had they bothered to try.

22   Q    Okay.  On the bottom of pages 16 and the top of page

23        17 you're talking about here the disposition of the

24        notices of violation by the state.  And what is the

25        opinion you're offering here?

1                    KIRK WYE BROWN, Ph.D.

2     A    That it was ignored.

3     Q    How do you know that?

4     A    Well, the record clearly shows that they first asked

5          for, as I said before, a six-month extension.  And

6          then they drug their feet and finally got around to

7          take some samples and then they hid the data from

8          the state.  And it took them a decade to get around

9          to doing what the state asked in '66.

10    Q    So from your reading of the documents you've

11         concluded that GE just ignored the things it was

12         asked to do for a period of time that it shouldn't

13         have?

14    A    Right.  They waited until they were forced to do it.

15    Q    Moving now to Section 4.2, General Electric use and

16         handling of PCBs.  I'd like you to turn to page 18

17         on the top paragraph on page 18 which says, "The

18         loss rate of PCBs by the GE facilities was excessive

19         even when compared to relatively lack standards

20         cited by Dr. Shifrin."  On what do you base your

21         opinion that GE's loss rate of PCB at Fort Edward

22         and Hudson Falls was excessive?

23    A    Well, when you're looking at the numbers that were

24         developed, you know, 10,000-pounds a year or a

25         thousand pound a year or even smaller numbers that

1          KIRK WYE BROWN, Ph.D.

2     they proposed later, those are massive amounts of

3     PCBs.  Because we're talking about, even the lack

4     drinking water standard we're dealing with, we're

5     talking about contaminating billions of gallons of

6     water with a very small amount of PCBs, and here

7     they're discharging tons of it.

8  Q  Okay.  And did you compare GE's loss rate of PCBs

9     with that of other transformer and capacitor

10    manufacturers at the time?

11 A  They were the major manufacturer.

12 Q  My question was, did you compare GE's loss rate of

13    PCBs with that of other transformer and capacitor

14    manufacturers at the time?

15 A  I have not.

16 Q  Did you compare GE's loss rate with that of other

17    industry users of PCBs at the time?

18 A  I have not, but that's no excuse.

19 Q  Did you compare GE's loss rate with regulations and

20    scientific knowledge concerning PCBs at the time?

21 A  Well, if we look at the regulations, certainly by

22    1963 they were warned not to dump oil into the river

23    by the Army Corps of Engineers.  They said if we

24    come back and find you doing it again, we'll turn

25    you over to court, federal court.  I can't see where

1                    KIRK WYE BROWN, Ph.D.

2        they ever -- a record of what happened next.  But at

3        that time they were warned, don't dump it in the

4        river.  And they continued to do that in massive

5        amounts.

6    Q   Okay.  So that is your comparison of GE's loss rate

7        with the regulations and scientific knowledge

8        concerning PCBs at the time?

9    A   They knew it was an oil, they knew it wasn't to go

10       in the river.  That's scientific.  It's not a cow

11       that's not going in the river.  It's oil.  They knew

12       what oil was and they knew that because of the

13       navigation law Corps of Engineering was saying you

14       can't dump that in the river.  So they were warned

15       before people came out with the toxicity data.  And

16       my point is had they taken action at that time to

17       prevent it from going in the river, they would've

18       prevented such a large contamination that

19       resulted -- by going forward without stopping that

20       practice.

21   Q   Okay.  You refer here on page 18 to estimates of PCB

22       loss by J.S. Nelson and Kenneth R. Murphy, referred

23       to as K.R. Murphy.  And based on those you estimate

24       that over a million pounds of PCBs were lost to the

25       environment each year by GE; correct?

1                    KIRK WYE BROWN, Ph.D.

2    A    Yes.

3    Q    And is your opinion concerning the one million

4         pounds based on the Nelson and Murphy documents you

5         cite here?

6    A    That, among other things.

7    Q    What other things?

8    A    I'm looking for it.  Let me see if I can't it.  One

9         piece of evidence is a declaration of John A.

10        Harrington.

11   Q    And I believe you told me earlier, Dr. Brown, that

12        you had not looked at the Harrington declaration

13        until after you had written your rebuttal report.

14        Correct?

15   A    That's true.  But it's not --

16   Q    And so you did not rely on that --

17             MR. BOYAJIAN:  Would you let him finish

18         his answer?

19   A    That's true, but certainly supports it.

20   Q    But you did not rely on that for purposes of

21        drafting your opinions here; correct?

22   A    That's correct.

23   Q    And so what I'm asking is for your opinions here do

24        you base the opinion that over one million pounds of

25        PCBS were lost to the environment each year by GE on

1    KIRK WYE BROWN, Ph.D.

2    anything in addition to the Nelson and Murphy

3    documents that you cite here?

4         MR. BOYAJIAN:  Note my objection for the

5         record.  When you say here, are you referring

6         to the four corners of his written report which

7         contains a statement that he can supplement it

8         with new information, or just the report

9         itself?

10   Q   I'm referring to the report which you presented

11       contain your opinions at the time that you submitted

12       the report; correct?

13   A   Yes.  And I relied on the documents -- at that time

14       on the documents that are cited here.  Since then

15       I've come upon additional information.

16   Q   Okay.

17   A   That I wanted to share with you so it wouldn't be a

18       surprise.

19         MS. WADHWANI:  I'm going to go ahead and

20         mark both of these for housekeeping and then we

21         can deal with them one by one.  So we are going

22         to mark as Exhibit 13 a memo by J. S. Nelson

23         dated October 30th 1969.  I think that's 13

24         correct?

25         (An off-the-record discussion.)

1              KIRK WYE BROWN, Ph.D.

2              MS. WADHWANI:  And I'm going to mark as

3      Exhibit 14 a letter and attachments from

4      Kenneth R. Murphy dated June 5th, 1970 to

5      Pyranol task force.

6      (Brown Exhibits 13 and 14 was marked for

7      identification.)

8              VIDEOGRAPHER:  One moment, please.  At

9      4:34 p.m. this is the end of disk three.  Disc

10     four will follow.

11     (There was a short recess in the proceedings.)

12             VIDEOGRAPHER:  At 4:38 p.m. on April 16th,

13     2014 this is disk four of the testimony of

14     Dr. Brown.  Please proceed.

15  BY MS. WADHWANI:

16  Q   Dr. Brown, I'd like to first direct your attention

17      to what we marked just a moment ago as Exhibit 13,

18      and ask you if this is the Nelson report to which

19      you refer in your expert report and rebuttal in this

20      case?

21  A   Yes, I believe it is.

22  Q   Can you please point me to where you obtained the

23      figure that you state in your rebuttal report that

24      makes it "very clear that GE released large

25      quantities of PCBs into the environmental each

1                         KIRK WYE BROWN, Ph.D.

2        year"?

3    A    Well, we do have on page four where materials were

4         town dump or daily buried practices, 6,000 pounds.

5    Q    You referring to section four here?

6    A    Yes.

7    Q    Does it state anywhere here in section four that

8         over a million pounds of PCBs were released to the

9         Hudson River?

10   A    I don't see it in this one.

11                  MR. BOYAJIAN:  A million pounds total or

12             per year?

13   Q    Does it say anywhere here that over a million pounds

14        PCBs per year were released to the Hudson River?

15   A    Yeah.  We may have the wrong reference.  I'm not

16        clear on this.  Something doesn't seem copesetic

17        here.

18   Q    Okay.  You're not sure if this is the Nelson report

19        to which you referred?

20   A    Right.

21   Q    You think it could be a different one?

22   A    Yes.

23   Q    Can you describe that report to me that you think

24        you might be referring to?

25   A    I'd have to look it up, see where I can find it.

1                    KIRK WYE BROWN, Ph.D.

2    Q    Is it listed in the documents you considered in your

3         expert report?

4    A    I believe it is.  Yes.

5    Q    So let's move on then to Exhibit 14.  Is this the

6         K.R. Murphy document you referred to in your report?

7    A    Yes.

8    Q    Does it state anywhere here that over a million

9         pounds of PCBs were released into the Hudson River

10        each year?

11   A    Well, it gives a range, 500,000 pounds to 1,400 --

12        1,400,000 pounds of liquid PCB were discharged

13        directly to bodies of water.  And the Hudson River

14        was the major receiving stream.

15   Q    Does it say 500,000 pounds to 1,400,000 pounds or

16        500,000 thousand pounds a year of the 1.4 million

17        pounds a per year of liquid PCBs?

18   A    Okay.  Yes, it says 500,000 pounds per year of the

19        1.4 million pounds per year.

20   Q    Do you know what Dr. Murphy did to arrive at the

21        estimates he presented here?

22   A    It's my understanding that he interviewed people.

23   Q    What's the basis of that understanding?

24   A    That's just a vague memory.

25   Q    Do you know -- do you know who Dr. Murphy

1          KIRK WYE BROWN, Ph.D.

2     interviewed?

3  A  No.  I haven't been able to track that.

4  Q  Do you know what analyses Dr. Murphy performed?

5  A  No.

6  Q  Do you know if Dr. Murphy looked at any data?

7  A  I don't know whether he did or not.  He was sent

8     there to figure out how much was lost, but I don't

9     know what his procedure was.

10 Q  Do you know how long Dr. Murphy spent working on

11    this issue?

12 A  No.

13 Q  Do you know if others at the General Electric

14    Company disagreed with Dr. Murphy's estimates here?

15 A  Apparently there's some disagreement, because if you

16    look at the table on -- it has a couple of Bates

17    stamps.

18 Q  Sure.  If you can just tell me what the table title

19    is that might help us?

20 A  Okay.  Specific pyrrol losses pounds per year.

21 Q  So that's the second to last page of this document?

22 A  Yes.  And there's a number which I think was

23    2,500 pounds from Hudson Falls.  Someone crossed it

24    out and said 15,000.  And they did the same thing on

25    the next diagram.  I have a vague memory that that

1                    KIRK WYE BROWN, Ph.D.

2      was because they were trying to reflect what they

3      were doing later on, that they were decreasing this

4      number.

5   Q  What who was doing later on?

6   A  That GE was beginning to decrease their releases and

7      that the 15,000 was a number which would have

8      applied to years after Murphy did his original

9      study.  But that's just a vague memory.  I'd have to

10     dig things out to...

11  Q  Do you know if others at the GE Company disagreed

12     with Dr. Murphy's estimates contemporaneous with the

13     time at which he submitted his memo?

14                 MR. BOYAJIAN:  Objection to the form.

15  A  Yeah.  I don't know the timeframe in which those

16     agreements or disagreements took place.

17  Q  Okay.  So you don't know if there were disagreements

18     with Dr. Murphy in 1970 after June 5th when he

19     submitted this memo?

20  A  That's correct.

21  Q  Can you please turn to Section 4.3 of your rebuttal,

22     which is on pages 18 through 19.  And I'm actually

23     going to direct you to page 19.

24  A  I've got it.

25  Q  Are you there?

KIRK WYE BROWN, Ph.D.

A   Yes.

Q   And I'm going to focus on the paragraph that is arguably the second full paragraph, but it's the one in the middle of the page that starts, "I strongly disagree with Dr. Shifrin." Do you see that?

A   Yes.

Q   And you say, "I strongly disagree with Dr. Shifrin in that GE did understand the potential for leaks and spills to cause environmental concerns." And you cite here to is it the Hanford site?

A   Yes.

Q   And this project at the Hanford site involved radionuclides?

A   It did.

Q   Why in your opinion should the information gleaned by GE from working with radionuclides at the Hanford site have taught them something about fate and transport of PCBs?

A   That the mechanisms are the same.

Q   What are those mechanisms?

A   The leaking of these containments onto the surface is well understood at Hanford, which was the United States Atomic Energy Commission site that was managed by GE at the time, so these people worked

1          KIRK WYE BROWN, Ph.D.

2    for GE.  They well understood that contaminants

3    released on the surface drained down and reached the

4    water table, and that it then moved laterally

5    down-gradient towards the river and eventually

6    discharged into the river.  And in fact they

7    eventually traced it all the way to the Pacific

8    Ocean.  They were doing calculations of that.  They

9    had models set up and they also had computer models

10   set up.  The first models were done by hand.  They

11   then developed computer models.  And they studied

12   not only radioactive things that moved, but also in

13   addition to just moving in the water.  They looked

14   at moving in oil.  So they were looking at two-phase

15   movement.  All that information was available, was

16   available to GE because these people were on GE's

17   payroll.  In fact you can trace that some of those

18   reports were sent to Schenectady here to GE.  So

19   they were aware of it here in New York.  It wasn't

20   something in some foreign land somewhere else.  And

21   Shifrin says nothing was known about this.  He's

22   right, nothing was known to him about this.  But GE

23   knew it, and they could have used that information

24   to begin investigating and finding out what happened

25   to the leaked PCBs and could have stopped the flow

                        KIRK WYE BROWN, Ph.D.

2       to the river a whole lot quicker.

3    Q  Are the fate and transport mechanisms of

4       radionuclides and PCBs the same?

5    A  They differ, but the principles are known how they

6       differ.

7    Q  How do they differ?

8    A  Well, they both dissolve in water.  They will have

9       different absorption coefficients on the particles

10      through -- pass which they move.  But those are

11      parameters that were being studied and known at the

12      time.

13   Q  And what are radionuclides?

14   A  Radionuclides are chemicals or atoms that emit

15      radiation.

16   Q  And thank you.  Even though it's spelled the way it

17      is, it's radionuclides.

18   A  Oops.

19   Q  I'm going to follow your pronunciation because you

20      will know better than me.

21   A  Yep.  Radionuclides is what it should be.

22   Q  Okay.  Radionuclides?

23   A  Yes.  Spellcheck doesn't catch these things.

24   Q  No worries.  Do radionuclides share the same

25      chemical properties as PCBs?

KIRK WYE BROWN, Ph.D.

1

2    A    They will -- as I said, there are certain

3         characteristics that are known about different

4         chemicals, their solubility in water, their

5         partition coefficients, their density, their vapor

6         pressure, their Henry's Law constant.  All of those

7         parameters can be put into a model that will handle

8         radionuclides.  The same model will handle organic

9         chemicals like PCB if you just change the parameters

10        in there that are specific to each chemical and that

11        you can calculate how far these move.

12   Q    Do -- strike that.

13        Is a radionuclide an atomic particle?

14   A    Yes.

15   Q    Do radionuclides contain the same level of

16        solubility as PCBs?

17   A    It's different.  But what I said is if you have a

18        model that runs radionuclides and now you want to

19        run the model with PCBs, you change the parameters

20        that are specific to PCBs and then the model will

21        show you how the PCBs move in the groundwater.

22   Q    Right.  By my question wasn't about the model.  My

23        question was just do they contain the same level of

24        solubility?

25   A    No.  They will differ.

1                    KIRK WYE BROWN, Ph.D.

2    Q    Okay.  Can you please turn to page 32 of your

3         rebuttal.  And I'd like to look at Section 6.2, Use

4         of Granular Activated Carbon.  Can you tell me what

5         opinion you're offering here?

6    A    Well, as I said before, it's a potential water

7         treatment.  It's been used elsewhere for other

8         chemicals and PCBs.  It's expensive.  You've got to

9         discharge the water.  The backflush exceeds the

10        90-nanograms per liter for the State of New York.

11        It's a -- there are -- it's not perfect.  There's a

12        list they're tunneling which causes breakthrough,

13        ineffective absorption, loss of particulates from

14        the filter, additional manpower, testing, energy.

15        So it's cost -- and it's not foolproof.  So that's

16        the problem with it.

17   Q    And when you're talking about in the second

18        paragraph on page 32, "I was not in favor with the

19        decision to use activated carbon as a treatment

20        process for drinking water," are you referring there

21        to both granular activated carbon and powered

22        activated carbon?

23   A    Yes.

24   Q    Are you aware that Halfmoon designed and built its

25        water treatment plant in the early 2000s with a

1           KIRK WYE BROWN, Ph.D.

2      powder activated carbon or PAC systems?

3   A   Yes.

4   Q   Before Halfmoon switched over to Troy water during

5      the Phase 1 dredging season in May of 2009, what did

6      the Town of Halfmoon do with its backwash from its

7      PAC system?

8   A   I'm not aware of what they did with it.

9   Q   Okay.  And is that also true of when Halfmoon

10     resumed using its water treatment plant after the

11     Phase 1 dredging season and before again went to

12     Troy water in March of 2010 that you don't know how

13     it disposed of its PAC backwash?

14  A   No, I don't.

15  Q   You refer here in this paragraph that I was just

16     talking about at the end of the paragraph in

17     parentheticals to the added expense for disposal and

18     handling costs Halfmoon would have incurred had it

19     relied on a PAC system during dredging.  Do you know

20     how much those added expenses would have been?

21  A   No.  I didn't have an opportunity to get those

22     together.

23  Q   Okay.  So can you say sitting here today whether

24     those expenses would have been more or less than the

25     incremental cost Halfmoon was paying for obtaining

1                    KIRK WYE BROWN, Ph.D.

2        Troy water?

3    A   I don't know.

4                MR. TEDESCO:  Object to the form.

5    Q   Please turn to page 33 at the top.  So I'm still in

6        the Section 6.2 and just closing out with your

7        opinions here.  What is the basis for your opinion

8        that the Troy water connection was the least

9        additional cost for the Town of Halfmoon?

10   A   Well, most reliable I believe -- I have to go back

11       and check what I looked at on the costs.  I don't

12       recall.

13   Q   Do you know what the cost differential between the

14       incremental water used through the connection with

15       Troy versus Halfmoon using a PAC system

16       during dredging would have been?

17   A   No, I'd have to look at the information on that.

18   Q   So are you able to say that the City of Troy

19       connection was the least add-on cost option?

20                MR. TEDESCO:  Objection to the form.

21   A   At the time I wrote the report that opinion was

22       based on what I had available to me.  But I haven't

23       looked at that since.

24   Q   And what was available to you?

25   A   There were some documents, but it's vague to me.

1          KIRK WYE BROWN, Ph.D.

2     I'd have to go back and look.

3  Q   All right.  But you didn't include in your report

4     here any assessment on the cost?

5  A   I did not.

6  Q   If you could please turn to page 35 of your

7     rebuttal.  Now, it's your opinion, correct, that

8     Halfmoon's use of Troy water full-time during the

9     Phase 1 on-season dredging period and since March

10    2010 is consistent with the NCP; correct?

11 A   Yes.

12 Q   What is the basis for that opinion?

13 A   Well, the EPA and the state approved that.  And if

14    they're the regulatory agency, so my understanding

15    is their approval of such a switch means that it's

16    substantially in compliance with the NCP.

17 Q   Did you review any provisions of the NCP prior to

18    arriving at your opinions in these reports?

19 A   I don't remember specific provisions, but I've

20    looked at that many times in the past.  And so I was

21    relying on my memory and understanding of it.

22 Q   And when you say in the past, do you mean for

23    projects other than the project that you engaged for

24    in this case, meaning these rebuttal reports?

25 A   Yes.

KIRK WYE BROWN, Ph.D.

1

2  Q  When is the last time that you looked at the NCP?

3  A  Oh, it's been three or four years.

4  Q  Now, you don't cite any NCP provisions in your

5     rebuttal report.  So my question is what provisions

6     did you rely upon in coming to your conclusion here

7     that Halfmoon's decision to go on Troy water

8     full-time was consist with the NCP?

9  A  I didn't cite anything.  And the other thing I would

10    say it's more really a legal question than a

11    scientific technical question.

12  Q  Okay.  But you've offered an opinion --

13  A  I did, yes, I admit that.

14  Q  Dr. Brown, and I'm just trying to understand the

15    basis for that opinion.

16  A  It was my understanding of what was consistent with

17    the NCP.

18  Q  And I'm saying what provisions of the NCP did you

19    rely upon in coming to your conclusion that

20    Halfmoon's use of Troy water was consistent with the

21    NCP?

22  A  I'd have to go back and review it to tell you which

23    ones.

24  Q  Is it your opinion that Halfmoon's actions

25    constitute a response action or a remedial action

1          KIRK WYE BROWN, Ph.D.

2     under CERCLA and the NCP?

3  A   Well, that's a legal question.

4  Q   So you're not able to say either way?

5  A   I wouldn't say either way.

6  Q   Does the NCP include the steps that a party has to

7     take in order to make a cost recovery claim for

8     response costs under CERCLA?

9  A   Yes, they do.

10 Q   What steps under the NCP was Halfmoon required to

11    take?

12 A   I'd have to go back and check.  I haven't looked at

13    that for a long time.

14 Q   Do you know if Halfmoon in fact took those steps?

15 A   I do not.

16 Q   And what is the basis for your disagreement with

17    Mr. Johnson that Halfmoon was not responsible for

18    performing an RI/FS under the NCP?

19 A   Well, if you're the responsible party for a

20    Superfund sight and your waste leaks over onto

21    somebody else's property or runs down a stream and

22    inhibits somebody from using that, the owner of the

23    property or the person trying to draw that stream

24    are not responsible for doing an RI/FS.  It's the

25    originator of the waste.  The originator of the

1          KIRK WYE BROWN, Ph.D.

2     contamination in my view that has to do that RI/FS.

3  Q   Do you know if under the NCP Halfmoon was required

4     to perform an RI/FS?

5  A   If they were, I'm not aware of that.

6  Q   I just have a few housekeeping things to discuss

7     with you, so I'm going to go back to your original

8     report, and I'd like to focus you on Section 4.9.

9     And the opinion that -- I'm sorry, that's on page

10    41, but I think you might have found that.  The

11    opinion here is, "That in order to restore the well

12    field for future use, it is my opinion that the PCBs

13    and the aquifer materials of the Stillwater aquifer

14    must be removed, and the aquifer must be isolated

15    from the river so that infiltration from the river

16    cannot recontaminate the aquifer."  Was this an

17    opinion that you were offering in support the

18    Village of Stillwater's claims in this case?

19 A   Yes.

20 Q   And now that the Village of Stillwater has settled

21    with GE, do you intend not to offer this opinion at

22    trial?

23 A   It won't be pertinent.

24 Q   Okay.  And is that true throughout your reports that

25    insofar as you have opinions here concerning claims

1          KIRK WYE BROWN, Ph.D.

2     for alternative water by Waterford and Stillwater,

3     you don't intend to offer those at trial; correct?

4   A   Some of those would also be applicable to Halfmoon

5     and the potential for Saratoga County Water

6     Authority claims and I would reserve those to be

7     used at trial as necessary.

8   Q   Well, I guess my question is, you don't intend to

9     speak to the claims by Waterford and the Village of

10    Stillwater as made in this litigation that they

11    required alternative water and that they are owed

12    recovery for the costs incurred?

13  A   No, not that.  But the technical basis is the same

14    for all parties.

15        MS. WADHWANI:  Okay.  Just give me two

16      minutes.  I think we're done, but I just want

17      to look at my notes.

18        VIDEOGRAPHER:  Would you like to go off

19      the record?

20        MS. WADHWANI:  Yes, please.

21        VIDEOGRAPHER:  Off the record at 5:04 p.m.

22    (There was a short recess in the proceedings.)

23        VIDEOGRAPHER:  On the record at 5:09 p.m.

24        MS. WADHWANI:  Dr. Brown, I have no

25      further questions.  Thank you very much for

1          KIRK WYE BROWN, Ph.D.

2     your time today.

3          THE WITNESS:  Thank you.

4          VIDEOGRAPHER:  At 5:09 p.m. this ends

5     today's deposition.  Thank you.

6     (Whereupon, at 5:09 p.m., the examination of

7     KIRK WYE BROWN, Ph.D. in the above-entitled

8     matter was concluded.)

9                    *****

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2                          EXHIBITS
3  BROWN
   EXHIBIT NO.            DESCRIPTION                    PAGE
4
   Exhibit 1    Dr. Brown's expert witness report          10
5
   Exhibit 2    Dr. Brown's expert rebuttal report         10
6
   Exhibit 3    Dr. Brown's updated resume                 11
7
   Exhibit 4    John Connolly's expert witness report     106
8
   Exhibit 5    Group of documents                        119
9
   Exhibit 6    Statistical analysis of water
10               sample for Stillwater                     125
11 Exhibit 7    Hudson River PCBs Site Revised
                Engineering Performance Standards
12              for Phase 2                                138
13 Exhibit 8    Hudson River PCBs Reassessment
                RI/FS Feasibility Study                    150
14
   Exhibit 9    Figure 1-3a from Connolly's report        152
15
   Exhibit 10   Figure 1-3c from Connolly's report        153
16
   Exhibit 11   Figure 1-3d from Connolly's report        154
17
   Exhibit 12   Annual Drinking Water Quality
18              Report for 2008 for Town of
                Halfmoon Consolidated Water District       194
19
   Exhibit 13   Memo by J.S. Nelson, 10/30/69             215
20
   Exhibit 14   Letter w/attachments to Pyranol
21              Task Force from K.R. Murphy,
                6/5/70                                     215
22
23                       WITNESS INDEX
24                                                        PAGE
25 Examination by Ms. Wadhwani                              5

1

2  STATE OF NEW YORK              )

3                                 ss.

4  COUNTY OF                      )

5

6          I, Kirk Wye Brown, Ph.D., have read the

7          foregoing record of my testimony taken at the

8          time and place as noted in the heading hereof

9          and I do hereby acknowledge it to be a true and

10         correct transcript of the same.

11

12

        _____

13

                        KIRK WYE BROWN, Ph.D.

14

15 Sworn to before me this _____

16

   day of _____, 201____

17

18

_____

19 Notary Public

   Commission Expires:

20

21

22

23

24

25

1

2

C E R T I F I C A T I O N

4

5          I, Diane Daly-Gage, Shorthand Reporter and

6          Notary Public in and for the State of New York,

7          do hereby certify that the foregoing record

8          taken by me at the place and date noted in the

9          heading hereof is a true and accurate

10         transcript of same to the best of my ability

11         and belief.

12

13                              _____

14                                   Diane Daly-Gage

15

16    Dated:  April 28, 2014

17

18

19

20

21

22

23

24

25

1   NAME OF CASE:

2   DATE OF DEPOSITION:

3   NAME OF WITNESS:

4   Reason Codes:

5          1.  To clarify the record.

6          2.  To conform to the facts.

7          3.  To correct transcription errors.

8   Page _____ Line _____ Reason _____

9   From _____ to _____

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22

23                          _____

24

25

1

2  STATE OF ~~NEW YORK~~ )
3            *TEXAS*
                            ss.
4  COUNTY OF Brazos )

5

6       I, Kirk Wye Brown, Ph.D., have read the
7       foregoing record of my testimony taken at the
8       time and place as noted in the heading hereof
9       and I do hereby acknowledge it to be a true and
10      correct transcript of the same. *See Attached*
11 *Errata Sheets.*

12                    _Kirk Wye Brown_

13

                    KIRK WYE BROWN, Ph.D.

14

15 Sworn to before me this  12

16 day of  June     , 2014

17

18      _____

19 Notary Public
   Commission Expires:

20

21

22

23

24

25

**CASE:**     Town of Halfmoon v. General Electric Company, 1:109-cv-00227;
              SCWA v. General Electric Company, 1:11-cv-0006
**DATE:**     April 16, 2014
**WITNESS:**  Kirk W. Brown

Reason Codes:

1.   To clarify the record.
2.   To conform to the facts.
3.   To correct transcription errors.

## ERRATA SHEET

| Page/Line | Description | Reason |
|-----------|-------------|--------|
| P7 L11 | Replace "report" with "reports" | 3 |
| P8 L24 | Insert "for my original report" after the word "not" | 1 |
| P11 L11 | Replace "Goladay" with "Golladay" | 1 |
| P12 L8 | Insert the word "rebuttal" before the word "report" | 1 |
| P12 L11 | Replace the word "databank" with "database" | 3 |
| P14 L6 | Replace "15" with "17" | 1 |
| P16 L17 | Replace "altered" with "were altered," | 3 |
| P39 L20 | Replace "loaded" with "load" | 3 |
| P40 L12 | Replace "drape" with "rate" | 3 |
| P51 L3 | Replace "excreted" with "transferred" | 1 |
| P58 L13 | Replace "own" with "only" | 3 |
| P58 L23 | Replace "around" with "and" | 3 |
| P65 L21 | Replace "micrograms" with "nanograms" | 1 |
| P72 L7 | Insert comma after "dredging" | 3 |
| P72 L8 | Delete comma after "it" | 3 |
| P73 L24 | Replace "--" with "suspended" | 3 |
| P76 L13 | Replace "cell" with "soil" | 3 |
| P76 L16 | Replace "sole" with "soil" | 3 |
| P78 L6 | Delete "them" after the word "move" | 3 |

| Page/Line | Description | Reason |
|-----------|-------------|--------|
| P98 L15 | Replace "re-dredging" with "during dredging" | 3 |
| P98 L25 | Replace "isn't" with "is" | 1 |
| P99 L19 | Replace "protectant" with "protective" | 3 |
| P115 L7 | Replace "press" with "pretty" | 3 |
| P129 L5 | Replace "significant" with "significantly" | 3 |
| P134 L19 | Replace "off out" with "out of" | 3 |
| P165 L22 | Insert the word "clear" after the word "particularly" | 3 |
| P165 L24 | Replace the word "the" with "they" | 3 |
| P167 L11 | Replace "pyrrols" with "pyranols" | 3 |
| P168 L1 | Replace "pyrroles" with "pyranols" | 3 |
| P169 L21 | Replace "pyrrols" with "pyranols" | 3 |
| P175 L21 | Replace "pyrrols" with "pyranols" | 3 |
| P175 L22 | Replace "deluded" with "diluted" | 3 |
| P176 L1 | Replace "pyrrol" with "pyranol" | 3 |
| P184 L19 | Replace "will" with "well" | 3 |
| P199 L13 | Replace "pyrrols" with "pyranol" | 3 |
| P199 L15 | Replace "pyrrol" with "pyranol" | 3 |
| P199 L17 | Replace "pyrrol" with "pyranol" | 3 |
| P211 L11 | Delete the word "not" after the word "that's" | 3 |
| P211 L13 | Insert a comma after the word "law" | 3 |
| P212 L8 | Replace "can't it" with "can get it" | 3 |
| P215 L5 | Insert the words "disposed in the" | 1 |
| P215 L5 | Replace "6,000" with "60,000" | 1 |
| P215 L15 | Replace "yeah" with "no". On page 18 of my rebuttal report, my report stated, "Based on the estimates of Nelson and Murphy, it is very clear that GE released large quantities of PCBs, in excess of 1,000,000 lbs, to the environment each year, which contributed to the contaminated sediments and water column concentrations in the Hudson River." | 1,2 |
| P217 L20 | Replace "pyrrol" with "pyranol" | 3 |

| Page/Line | Description | Reason |
|-----------|-------------|--------|
| P217 L23 | Replace "2,500" with "250,000" | 1 |
| P223 L9 | Insert the word "wash" before the word "water" | 1 |
| P223 L12 | Replace "list they're" with "list, there is" | 3 |
| P228 L20 | Replace "sight" with "site" | 3 |
| P228 L23 | Insert the word "from" after the word "draw" | 1 |

Kirk W. Brown