UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TOWN OF HALFMOON, COUNTY OF SARATOGA
and SARATOGA COUNTY WATER AUTHORITY,

                                  Plaintiffs,

- vs. -

GENERAL ELECTRIC COMPANY,

                                  Defendant.

**STIPULATION AND ORDER OF PARTIAL DISMISSAL**

1:09-CV-00228, DNH-CFH
consolidated with
1:11-cv-0006, DNH-CFH

---

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between the undersigned, the attorneys for plaintiffs County of Saratoga and Saratoga County Water Authority ("Discontinuing Plaintiffs") and defendant General Electric Company ("Defendant"), that: (1) the above referenced cases were consolidated by Order dated February 15, 2011; (2) the action is not a class action, (3) a receiver has not been appointed, (4) the claims filed on behalf of the Discontinuing Plaintiffs are voluntarily discontinued pursuant to compromise with Defendant and dismissed, in their entirety, with prejudice; and (5) each party shall bear its own attorneys' fees and costs.

**IT IS FURTHER STIPULATED AND AGREED**, that the remaining plaintiff to this action is the Town of Halfmoon and that the caption of this case be, upon the Court's order, amended to the following caption reflecting the party remaining in the case:

TOWN OF HALFMOON,

    *Plaintiff,*

v.                                                                       1:09-cv-00228

GENERAL ELECTRIC COMPANY,

    *Defendant.*

Dated: June 14, 2014

_____
Donald W. Boyajian, Esq.
James R. Peluso, Esq.
Dreyer Boyajian LLP
    *Attorneys for Plaintiffs Saratoga County and*
    *Saratoga County Water Authority*
75 Columbia Street
Albany, NY 12210
Telephone: (518) 463-7784
Dated: March   , 2014

_____
Steven R. Kuney, Esq.
Williams & Connolly, LLP
    *Attorneys for Defendant General Electric Co.*
725 Twelfth Street, N.W.
Washington, DC 2005
Telephone: (202) 434-5000

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated:  August 1, 2016
    Utica, NY