

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TOWN OF HALFMOON,

          Plaintiff,

-against-

GENERAL ELECTRIC COMPANY,

          Defendant.

**STIPULATION AND ORDER OF DISMISSAL**

Case No. 1:09-cv-00228

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between the undersigned, the attorneys for plaintiff Town of Halfmoon ("Plaintiff") and defendant General Electric Company ("Defendant"), that: (1) the action is not a class action, (2) a receiver has not been appointed, (3) the claims filed on behalf of Plaintiff are hereby discontinued pursuant to compromise with Defendant and dismissed, in their entirety, with prejudice, and (4) each party shall bear its own attorneys' fees and costs.

Dated: August 23, 2016

_____
David A. Engel, Esq.
Nolan & Heller, LLP
*Attorneys for Plaintiff Town of Halfmoon*
39 North Pearl Street, 3rd Floor
Albany, New York 12207
Telephone: (518) 449-3300

_____
Steven R. Kuney, Esq.
Williams & Connolly, LLP
*Attorneys for Defendant General Electric Co.*
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000

**SO ORDERED**

_____
HON. DAVID A. HURD

8-24-16

Utica, N.Y.

117114-1